# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

PARTNERS IN HEALTH CARE
    ASSOCIATION, INC. (also d/b/a/ Partners
    In Health Care, Inc.),
GARY L. KIEPER (individually and as officer or
    director of Partners In Health Care
    Association, Inc.),
UNITED SOLUTIONS GROUP INC. (also d/b/a
    Debt Relief Experts, Inc.),
WALTER S. VARGAS (individually and as an
    officer or director of United Solutions Group
    Inc.),
CONSTANZA GOMEZ VARGAS (individually
    and as a director or manager of United
    Solutions Group Inc.),

    Defendants.

Per Local Rule 5.4(d), the matter(s) shall remain sealed:
____ years; ✱ (specific date);
____ permanently; ____ (other).

Case No. 14-23109

CIV-SCOLA

[Proposed] ORDER TEMPORARILY SEALING DOCKET AND ENTIRE FILE

✓ SEALED
___ NOT SEALED

THIS MATTER is before the Court upon Plaintiff Federal Trade Commission's *Ex Parte* Motion to Temporarily Seal the Docket and Entire File, filed August 25, 2014. The Court has carefully considered the merits of said Motion and is otherwise fully advised of the premises.

Accordingly, after due consideration,

**IT IS HEREBY ORDERED** that, good cause having been shown, the entire file, docket sheet and all pleading and papers filed in the above-caption matter shall be temporarily sealed. The seal shall lift automatically without further order of the Court when the Defendants have been served or three (3) days after entry of the Temporary Restraining Order, whichever is earlier.

✱ earlier of 8/28/14 or upon service of Defendants. RS

**IT IS FURTHER ORDERED** that this Order does not preclude the Clerk of the Court from providing counsel for the FTC with copies of orders issued by the Court while the seal remains in effect, and this Order shall not be construed to prohibit the FTC from providing this Order, and any pleadings and papers filed in this action, to Defendants; a receiver appointed in this action; process servers; financial institutions, or other persons or entities who may hold assets of Defendants; law enforcement authorities; consumer victims; potential witnesses for a possible preliminary injunction hearing; and credit reporting agencies.

**IT IS FURTHER ORDERED** that persons who receive notice of this action and this Order before the seal is lifted shall not disclose the existence of this action, this Order, or the terms of any orders entered by this Court, except to the extent necessary to implement any temporary restraining order that the Court may enter.

**DONE AND ORDERED**, this 25 day of August, 2014

_____
United States District Judge
**ROBERT N. SCOLA, JR.**