UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:14-cv-23109-RNS

FEDERAL TRADE COMMISSION,

    Plaintiffs,

v.

PARTNERS IN HEALTH CARE ASSOCIATION, INC. (also d/b/a/ Partners In Health Care, Inc.), GARY L. KIEPER (individually and as officer or director of Partners In Health Care Association, Inc.), UNITED SOLUTIONS GROUP INC. (also d/b/a Debt Relief Experts, Inc.), WALTER S. VARGAS (individually and as an officer or director of United Solutions Group Inc.), CONSTANZA GOMEZ VARGAS (individually and as a director or manager of United Solutions Group Inc.)

    Defendants.
_____/

## **MELAND RUSSIN & BUDWICK, P.A.'S NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned law firm hereby enters its appearance in this case on behalf of Peter D. Russin, only in his capacity as receiver, and respectfully requests that all future pleadings, filings and correspondence be served upon the undersigned.

Dated:  September 3, 2014.

                                                                        Respectfully submitted,

                                                                        /s/Lawrence E. Pecan
                                                                        Lawrence E. Pecan, Esquire
                                                                        Fla. Bar No. 99086
                                                                        lpecan@melandrussin.com
                                                                        MELAND, RUSSIN & BUDWICK, P.A.
                                                                        200 S. Biscayne Blvd, Suite 3200
                                                                        Miami, Florida 33131
                                                                        T: (305) 358-6363 F: (305) 358-1221

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on September 3, 2014.

/s/Lawrence E. Pecan
Lawrence E. Pecan

**Via CM/ECF:**
Gary L. Ivens, Esq.
Christopher E. Brown, Esq.
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Email: givens@ftc.gov
Email: cbrown3@ftc.gov

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363