# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. **14 CV 23109 SCOLA**

NOTICE OF APPEARANCE

## CLERK'S NOTICE OF FILING DEFICIENCY

The Clerk's Office has received the document(s) submitted in the above referenced case. The document(s) do not comply with the requirements of the Local Rules, CM/ECF Administrative Procedures, or the Federal Rules. The documents have been accepted for filing; however, please note the deficiencies noted below.

- [✓] Document(s) were filed conventionally that should have been filed electronically (CM/ECF Administrative Procedures).

- [ ] Document(s) missing required signature(s) (Fed.R.Civ.P. 11(a); Fed.R.Cr.P 49(d)).

- [ ] Translation not provided for documents written in foreign language (CM/ECF Administrative Procedures).

- [ ] Civil Cover Sheet not filed pursuant to Local Rule 3.3.

- [ ] Motion for Appearance Pro Hac Vice was not filed with the required fee of $_____ ($75.00 per attorney per case), pursuant to Special Rules Governing the Admission and Practice of Attorneys, Local Rule 4(b). Please submit the required fee.

- [ ] Case was not filed with required filing fee of $_____ (civil cases:$400.00; memo cases: $46.00; habeas cases: $5.00) pursuant to 28 U.S.C. § 1914 (a), and the CM/ECF Administrative Procedures. *Summons(es) will not be issued until the filing fee is paid or an order granting the Application to Proceed In Forma Pauperis is entered.*

Date: **09/03/14**

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

By: **Pedro Gutierrez**
Deputy Clerk

Revised May 2013