P11 0001 03152

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

000251268630

03/03/13--01011--021  **35.00

FILED
13 SEP -3 AM 8:03
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

NC

SEP 11 2013

R. WHITE

EXHIBIT B



## ECHEVERRIA CALVO & ASSOCIATES
ACCOUNTING, TAX & CONSULTING SERVICES

August 28, 2013

Amendment Section
Division of Corporations

RE: Articles of Amendment

We are enclosing the articles of amendment of World Parcel Express Service Inc, along with the applicable fees.

In addition we request that the owner of the two fictitious names be changed accordingly, we have attached both registrations of the fictitious names.

Please contact us if you have any questions regarding the above.

Regards,

Juan Carlos Echeverria

## COVER LETTER

**TO:** Amendment Section
Division of Corporations

**NAME OF CORPORATION:** BANESTRAL GROUP USA INC

**DOCUMENT NUMBER:** P11000103152

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

JUAN CARLOS ECHEVERRIA
Name of Contact Person

ECHEVERRIA CALVO & ASSOCIATES
Firm/ Company

7900 SW 57 AVE STE 12
Address

SOUTH MIAMI, FL 33143
City/ State and Zip Code

JECHEVERRIA@ECHEVERRIACALVO.COM
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

JUAN CARLOS ECHEVERRIA at ( 786 ) 718-1490
Name of Contact Person            Area Code & Daytime Telephone Number

Enclosed is a check for the following amount made payable to the Florida Department of State:

☒ $35 Filing Fee   ☐ $43.75 Filing Fee &   ☐ $43.75 Filing Fee &   ☐ $52.50 Filing Fee
                      Certificate of Status      Certified Copy           Certificate of Status
                                                 (Additional copy is      Certified Copy
                                                 enclosed)                (Additional Copy
                                                                          is enclosed)

**Mailing Address**
Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address**
Amendment Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

Articles of Amendment
to
Articles of Incorporation
of

# WORLD PARCEL EXPRESS SERVICE INC



(Name of Corporation as currently filed with the Florida Dept. of State)

## P11000103152

(Document Number of Corporation (if known))

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

**A. If amending name, enter the new name of the corporation:**

## BANESTRAL GROUP USA INC
_____ *The new*
name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or "Co.," or the designation "Corp," "Inc," or "Co". A professional corporation name must contain the word "chartered," "professional association," or the abbreviation "P.A."

**B. Enter new principal office address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS )*

**C. Enter new mailing address, if applicable:**
*(Mailing address MAY BE A POST OFFICE BOX)*

**D. If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:**

*Name of New Registered Agent* _____

_____
*(Florida street address)*

*New Registered Office Address*: _____, Florida _____
                                      *(City)*                       *(Zip Code)*

**New Registered Agent's Signature, if changing Registered Agent:**
*I hereby accept the appointment as registered agent. I am familiar with and accept the obligations of the position.*

_____
*Signature of New Registered Agent, if changing*

**If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer and/or Director being added:**
*(Attach additional sheets, if necessary)*
*Please note the officer/director title by the first letter of the office title:*
*P = President; V= Vice President; T= Treasurer; S= Secretary; D= Director; TR= Trustee; C = Chairman or Clerk; CEO = Chief Executive Officer; CFO = Chief Financial Officer. If an officer/director holds more than one title, list the first letter of each office held. President, Treasurer, Director would be PTD.*
*Changes should be noted in the following manner. Currently John Doe is listed as the PST and Mike Jones is listed as the V. There is a change. Mike Jones leaves the corporation, Sally Smith is named the V and S. These should be noted as John Doe, PT as a Change, Mike Jones, V as Remove, and Sally Smith, SV as an Add.*

**Example:**

| | | |
|---|---|---|
| X Change | PT | John Doe |
| X Remove | V | Mike Jones |
| X Add | SV | Sally Smith |

| Type of Action (Check One) | Title | Name | Address |
|---|---|---|---|
| 1) ____ Change<br>____ Add<br>____ Remove | | | |
| 2) ____ Change<br>____ Add<br>____ Remove | | | |
| 3) ____ Change<br>____ Add<br>____ Remove | | | |
| 4) ____ Change<br>____ Add<br>____ Remove | | | |
| 5) ____ Change<br>____ Add<br>____ Remove | | | |
| 6) ____ Change<br>____ Add<br>____ Remove | | | |

E. **If amending or adding additional Articles, enter change(s) here:**
   (Attach *additional sheets. if necessary).*   *(Be specific)*

F. **If an amendment provides for an exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself:**
   *(if not applicable. indicate N/A)*

**The date of each amendment(s) adoption:** _____, if other than the date this document was signed.

**Effective date if applicable:** _____
(no more than 90 days after amendment file date)

**Adoption of Amendment(s)**     (CHECK ONE)

☒ The amendment(s) was/were adopted by the shareholders. The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval

by _____."
       *(voting group)*

☐ The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

☐ The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Dated   8/28/2012

Signature _____
(By a director, president or other officer – if directors or officers have not been selected, by an incorporator – if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)

Walter Steven Vargas
(Typed or printed name of person signing)

VICE PRESIDENT
(Title of person signing)