## 2014 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P09000021145

**Entity Name:** UNITED SOLUTIONS GROUP INC

**Current Principal Place of Business:**

28 WEST FLAGLER ST
900
MIAMI, FL 33130

**Current Mailing Address:**

28 WET FLAGLER ST
900
MIAMI, FL 33130

**FEI Number:** 26-4478009

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

VARGAS, WALTER S
28 WEST FLAGLER ST
900
MIAMI, FL 33130 US

FILED
May 01, 2014
Secretary of State
CC4655355063

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

                Electronic Signature of Registered Agent            Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | VARGA, WALTER S |
| Address | 28 WEST FLAGLER ST SUITE 900 |
| City-State-Zip: | MIAMI FL 33130 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: WALTER S VARGAS        PRESIDENT        05/01/2014

      Electronic Signature of Signing Officer/Director Detail        Date

**EXHIBIT C**