



EXHIBIT D



**Constanza Gomez**
CEO | United Solutions
cgomez@myunitedsolutions.com
gomezjcrs@yahoo.com

USA • COLOMBIA • PERU • EUROPA

USA 28 West Flagler St. Suite 900
Miami, Fl 33130
Tel  305-249-1652

COL Cra 28 # 85A-09
Bogota, Colombia
Tel  (571) 325 9848

www.myunitedsolutions.com



WPES    BANESTRAL GROUP

MEGA Vacations    UNITED Solutions

//MARKETING AND ADVERTISING//CALL CENTER

//CONSTANZA GÓMEZ
//305 418 3161 MIAMI
//FAX 786 439 2216 MIAMI
//constanzag42@gmail.com



Mega Vacations

JVIG Brickell group

NATIONAL HELP
LEGAL CONSULTAN



BANESTRAL GROUP

## STEVEN VARGAS
PRESIDENT

O: 305.649.0492 | svargas@banestralgroup.com
M: 305.649.0496 | 28 West Flagler Street Suite 900 Miami, FL 33130

# PUNTOVIAJE



