**2014 FLORIDA PROFIT CORPORATION AMENDED ANNUAL REPORT**

DOCUMENT# P11000103152

Entity Name: BANESTRAL GROUP USA INC

**Current Principal Place of Business:**

28 WEST FLAGLER ST
900
MIAMI, FL 33130

**FILED**
**Jul 02, 2014**
**Secretary of State**
**CC4870623968**

**Current Mailing Address:**

28 WEST FLAGLER ST
900
MIAMI, FL 33130

FEI Number: 45-3990326

Certificate of Status Desired: Yes

**Name and Address of Current Registered Agent:**

VARGAS, WALTER S
28 WEST FLAGLER ST
900
MIAMI, FL 33130 US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:   WALTER S VARGAS                                                                        07/02/2014
              Electronic Signature of Registered Agent                                                 Date

**Officer/Director Detail :**

| Title | VP | Title | PRESIDENT |
|---|---|---|---|
| Name | VARGAS, WALTER S | Name | VARGAS, WALTER S |
| Address | 28 WEST FLAGLER ST SUITE 900 | Address | 28 WEST FLAGLER ST 900 |
| City-State-Zip: | MIAMI FL 33130 | City-State-Zip: | MIAMI FL 33130 |
| Title | SECRETARY | | |
| Name | VARGAS, WALTER S | | |
| Address | 28 WEST FLAGLER ST 900 | | |
| City-State-Zip: | MIAMI FL 33130 | | |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: WALTER S VARGAS                                               VP                           07/02/2014
              Electronic Signature of Signing Officer/Director Detail                                   Date

EXHIBIT E