# Banestral Group USA corp

## Employees List

| Date | 11/13/2013 |
|---|---|
| Time | 5:04:36 PM |

| Name | ID | Position | ID Card | Salary | #Employee | Status | Department |
|---|---|---|---|---|---|---|---|
| Alejandra Bonilla | 1 | | 1 | $5.85 | 1 | Active | Salud |
| Arianny Larrain | 2 | | 2 | $5.85 | 2 | Active | Servicio a c |
| Claudia De Castro | 4 | | 4 | $5.85 | 4 | Active | Salud |
| Claudia Otero | 5 | | 5 | $5.85 | 5 | Active | Servicio a c |
| Cynthia Guido | 6 | Secretary | 6 | $5.85 | 6 | Active | Administrati |
| Dianny Fontelo | 7 | Supervisora | 7 | $5.85 | 7 | Active | Reservas |
| Doris Bennett | 37 | Supervisora | 37 | $5.85 | 37 | Active | Salud |
| Eliana Franco | 8 | | 8 | $5.85 | 8 | Active | Reservas |
| Ernesto Alfonso | 10 | | 10 | $5.85 | 10 | Active | |
| Esmeralda s | 11 | | 11 | $5.85 | 11 | Active | Ventas |
| Freddy Solano | 12 | | 12 | $5.85 | 12 | Active | Ventas |
| German Diaz | 13 | | 13 | $5.85 | 13 | Active | Ventas |
| Gisella Garcia | 14 | Supervisora | 14 | $5.85 | 14 | Active | Servicio a c |
| Heather Batista | 38 | | 38 | $5.85 | 38 | Active | Reservas |
| Iraida Prado | 15 | | 15 | $5.85 | 15 | Active | Verificacion |
| Jerson Granada | 16 | | 16 | $5.85 | 16 | Active | Ventas |
| Jorge Arredondo | 17 | | 17 | $5.85 | 17 | Active | Ventas |
| Jose Saballos | 18 | Supervisor | 18 | $5.85 | 18 | Active | Finanzas |
| Judith Garcia | 19 | | 19 | $5.85 | 19 | Active | Reservas |
| Liliana Villasmil | 20 | | 20 | $5.85 | 20 | Active | Ventas |
| Lineth Lopez | 21 | | 21 | $5.85 | 21 | Active | Ventas |
| Lucia Silva | 35 | | 35 | $5.85 | 35 | Active | Salud |
| Luciana Morales | 22 | | 22 | $5.85 | 22 | Active | Reservas |
| Mabel Slepper | 23 | | 23 | $5.85 | 23 | Active | Servicio a c |
| Maggie Rivera | 24 | | 24 | $5.85 | 24 | Active | Verificacion |
| Marcela Quiroga | 25 | | 25 | $5.85 | 25 | Active | Reservas |
| Marcia Gonzalez | 26 | Supervisora | 26 | $5.85 | 26 | Active | Referidos |
| Mirioska Lugones | 27 | | 27 | $5.85 | 27 | Active | Reservas |
| Monica Navarro | 28 | | 28 | $5.85 | 28 | Active | Salud |
| Orlando San Roman | 29 | Supervisor | 29 | $5.85 | 29 | Active | Verificacion |
| Rosa Velez | 31 | | 31 | $5.85 | 31 | Active | Ventas |
| Tania Prida | 32 | | 32 | $5.85 | 32 | Active | Reservas |
| Tulia Gonzalez | 36 | | 36 | $5.85 | 36 | Active | Salud |
| Veronica Rivera | 33 | Supervisora | 33 | $5.85 | 33 | Active | Ventas |
| Yasmary Negron | 34 | | 34 | $5.85 | 34 | Active | Verificacion |

*36*
*37*

EXHIBIT F

FTC-PIHC-USG-00000499