# PETER D. RUSSIN, RECEIVER

3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
pihcreceiver@gmail.com

September 15, 2014

      Re:    Receivership of:
            **Partners in Health Care Association, Inc. f/k/a Partners in Health Care, Inc.**
            **PIHC, Inc. d/b/a Partners in Health Care**
           (collectively, the "*PIHC Companies*")

**ATTENTION**: YOU MAY BE A MEMBER/CUSTOMER/CREDITOR OF ONE OR MORE OF THE PIHC COMPANIES AND ANY HEALTH BENEFITS YOU PURCHASED HAVE CEASED

      The Federal Trade Commission filed suit against Partners in Health Care Association, Inc. (among others) in the United States District Court, Southern District of Florida, Case No. 14-cv-23109-SCOLA.  The Court entered a Temporary Restraining Order on August 25, 2014 and appointed me as Receiver.

      **On September 4, 2014, the Court ruled that the PIHC Companies shall cease operating and entered a preliminary injunction.**

      The PIHC Companies were primarily engaged in the sale and administration of Medical Discount Plans. Because the PIHC Companies are shut down, that means any benefits you believe you may have purchased are no longer available.  You may wish to seek alternative sources of benefits.

      You also may wish to promptly contact your banking and/or credit card institution to cease any further payments for such services.

      At this time there is not a claims procedure in place to assert a claim for any monies you may be due.  Should the Court institute a claims process, at that time you will be notified at the address at which you received this notice by mail.

Sincerely,

*Peter D. Russin,*

as and only as Receiver

{Firm Clients/5522/5522-1/01505484.DOCX.}