# PETER D. RUSSIN, RECEIVER

3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
pihcreceiver@gmail.com

septiembre 15, 2014

  Re: Administación judicial de:
    **Partners in Health Care Association, Inc. f/k/a Partners in Health Care, Inc.**
    **PIHC, Inc. d/b/a Partners in Health Care**
    (las "*Compañias PIHC*")

**ATENCION**: ES POSIBLE QUE USTED SEA UN CLIENTE, MIEMBRO O ACREEDOR DE UNA DE LAS COMPAÑIAS PIHC Y UN PLAN DE DESCUENTO MEDICO HAYA TERMINADO.

  La Comisión Federal de Comercio ("FTC") ha comenzado un procedimiento judicial contra Partners in Health Care Association, Inc. (y otras compañías) en el Tribunal de los Estados Unidos, Distrito Sur de la Florida, No. Caso 14-cv-23109-SCOLA.  El 25 de agosto, la Corte firmó una orden, y me designó como administrador judicial (Receiver), para administrar los bienes durante la sustanciación de este procedimiento judicial.

  **El 4 de septiembre, la Corte determinó que las Compañías PIHC tenían que parar operaciones.**

  Principalmente, las Compañías PIHC vendieron y tuvieron responsabilidad para la administración de planes de descuentos médicos. Es probable que los beneficios que usted ha comprado ya no existan debido a que las Compañías PIHC no están operando.  Es posible que usted necesite buscar otra forma de asegurarse que tenga un plan médico adecuado.

  También es posible que usted necesite contactar a su banco o compañía de tarjeta de crédito para suspender los pagos por el plan que compró de las Compañías PIHC.

  En este momento, no hay un procedimiento para presentar un reclamo por dinero que las Compañías PIHC le puedan deber. Si la Corte determina que ese tipo de procedimiento es apropiado, recibirá una notificación por correo a la dirección en la cual recibió esta carta.

Atentamente,

*Peter D. Russin,*

Como y solamente como administrador judicial (Receiver)