**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| | ) Case No. 1:14-cv-23109 RNS |
| Plaintiff, | ) |
| | ) |
| | ) **PLAINTIFF'S NOTICE OF** |
| v. | ) **NON-OPPOSITION TO THE** |
| | ) **RECEIVER'S PENDING MOTION** |
| | ) **FOR NOTICE TO CONSUMERS** |
| PARTNERS IN HEALTH CARE | ) |
| ASSOCIATION, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff hereby respectfully notes that it does not oppose the Receiver's Motion

for Notice to Consumers (dkt. 38).

Respectfully submitted,

s/          *Gary L. Ivens*
Gary L. Ivens (Special Bar No. A5500671)
Christopher E. Brown (Special Bar No. A5501993)
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW, CC-8528
Washington, DC  20580
(202) 326-2330, givens@ftc.gov (Ivens)
(202) 326-2825, cbrown3@ftc.gov (Brown)
(202) 326-3395 (Fax)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 16, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to the following:

KEITH T. GRUMER
Grumer & Macaluso PA
1 East Broward Blvd., Suite 1501
Fort Lauderdale, FL  33301
Email: kgrumer@grumerlaw.com

LAWRENCE E. PECAN
Meland Russin & Budwick, P.A.
200 South Biscayne Blvd., Suite 3200
Miami, FL  33131
Email: lpecan@melandrussin.com

BRUCE S. ROGOW
Bruce A. Rogow PA
500 East Broward Blvd., Suite 1930
Fort Lauderdale, FL  33394
Email: brogow@rogowlaw.com

TARA A. CAMPION
Bruce A. Rogow PA
500 East Broward Blvd., Suite 1930
Fort Lauderdale, FL  33394
Email: tcampion@rogowlaw.com

s/      *Gary Ivens*
Gary Ivens