UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:14-cv-23109-SCOLA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

PARTNERS IN HEALTH CARE
ASSOCIATION, INC., *et al.,*

    Defendants.
_____/

**ORDER GRANTING RECEIVER'S EXPEDITED MOTION FOR THE ENTRY OF AN ORDER APPROVING THE NOTICE TO BE SENT TO BENEFICIARIES OF PLANS SOLD OR ADMINISTERED BY PARTNERS IN HEALTH CARE ASSOCIATION, INC.**

    THIS CAUSE came before the Court upon Peter Russin's (the ***"Receiver"***) Expedited Motion for the Entry of an Order Approving the Notice to be Sent to Plan Beneficiaries (ECF No. 38) (the "***Motion***") and the Court, having reviewed the Motion, the Defendants' response (ECF No. 44) (the ***"Response"***), and the Receiver's reply (ECF No. ___) (the ***"Reply"***), the Court determines that there is good cause for granting the Motion, that notice of the Motion was appropriate under the circumstances, and that relief requested in the Motion is in the best interest of the receivership estate, the Court finds that the notices attached to the Motion comport with the Court's ruling at the hearing on the preliminary injunction, and the plain language of the Corrected Preliminary Injunction Against Partners In Health Care Association, Inc. and Gary L. Kieper [ECF No. 36]. Thus, it is ORDERED that

    1.    The Motion is GRANTED.

2. The notices attached to the Motion are approved, and the Receiver is authorized and directed to send such notices to those beneficiaries enrolled in the plans at issue as of the commencement of the Receivership.

SO ORDERED, this ___ day of September 2014.

_____
UNITED STATES DISTRICT JUDGE
ROBERT N. SCOLA, JR.