United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission, Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 14-23109-Civ-Scola |
| ) | |
| Partners In Heath Care Association, ) | |
| Inc., *et al.*, Defendants ) | |

**Order Granting Receiver's Expedited Motion
For The Entry Of An Order Approving Notice**

This matter came before the Court on Peter Russin's (the Receiver) Expedited Motion for the Entry of an Order Approving the Notice to be Sent to Plan Beneficiaries (ECF No. 38). The Court has reviewed the Motion, the Defendants' response (ECF No. 44), and the Receiver's reply (ECF No. 45) and finds that the proposed Notice is appropriate under the circumstances and that the relief requested in the Motion is in the best interest of the receivership estate. Furthermore, the Court finds that the notices attached to the Motion comport with the Court's ruling at the hearing on the preliminary injunction and the plain language of the Corrected Preliminary Injunction Against Partners In Health Care Association, Inc. and Gary L. Kieper.

Accordingly, the Court **grants** the Motion (ECF No. 38). The notices attached to the Motion are approved, and the Receiver is authorized and directed to send such notices to those beneficiaries enrolled in the plans at issue as of the commencement of the Receivership.

**Done and ordered** in chambers, at Miami, Florida, on September 22, 2014.

_____
Robert N. Scola, Jr.
United States District Judg