UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>PARTNERS IN HEALTH CARE<br>    ASSOCIATION, INC., *et al.*,<br><br>    Defendants. | Case No. 1:14-cv-23109 RNS<br><br>**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO THE RECEIVER'S PENDING MOTION FOR TURNOVER OF RECEIVERSHIP FUNDS** |

Plaintiff hereby respectfully notes that it does not oppose the Receiver's Motion for Turnover of Receivership Funds (dkt. 46).

Respectfully submitted,

s/       *Christopher E. Brown*
Gary L. Ivens (Special Bar No. A5500671)
Christopher E. Brown (Special Bar No. A5501993)
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW, CC-8528
Washington, DC  20580
(202) 326-2330, givens@ftc.gov (Ivens)
(202) 326-2825, cbrown3@ftc.gov (Brown)
(202) 326-3395 (Fax)

CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to the following:

KEITH T. GRUMER
Grumer & Macaluso PA
1 East Broward Blvd., Suite 1501
Fort Lauderdale, FL 33301
Email: kgrumer@grumerlaw.com

LAWRENCE E. PECAN
Meland Russin & Budwick, P.A.
200 South Biscayne Blvd., Suite 3200
Miami, FL 33131
Email: lpecan@melandrussin.com
Email: brogow@rogowlaw.com

TARA A. CAMPION
Bruce A. Rogow PA
500 East Broward Blvd., Suite 1930
Fort Lauderdale, FL 33394
Email: tcampion@rogowlaw.com

BRUCE S. ROGOW
Bruce A. Rogow PA
500 East Broward Blvd., Suite 1930
Fort Lauderdale, FL 33394

                                                s/     *Christopher E. Brown*
                                                Christopher E. Brown