

John W. Menn
Steinhilber, Swanson, Mares, Marone & McDermott
107 Church Ave
PO Box 617
Oshkosh, WI 54903-0617
920-235-6690
jmenn@oshkoshlawyers.com

September 17rd, 2014

Mr. Menn;

Thank you for the opportunity to consider us for this project.  We believe we have a proven reputation of honesty and integrity in all we do to represent our clients for each project we take on.  If awarded this project you will find our seasoned firm will work to expedite the sale of your assets in a manner that will not be surpassed!  Our proven efforts in past auctions show our market presence will bring a broad buyer base that will add more to the net bottom line out of this project.  We look forward to the relationship we can develop with you and your team on this project.

Please feel free to contact us with any questions or concerns that you may have.  Once again, thank you for this opportunity and we look forward to serving you.

Sincerely,

Bryce Hansen
Keith Killam
Hansen & Young Auctioneers, Inc.
A MarkNet Alliance Company
1264  5th Ave
Prairie Farm, WI  54762
715-837-1015 Office
715-418-1030 Cell
920-379-3910
www.hansenandyoung.com
bryce@hansenandyoung.com

**Prepared For:**
John W. Menn
Steinhilber, Swanson, Mares, Marone & McDermott
107 Church Ave
PO Box 617
Oshkosh, WI 54903-0617
920-235-6690
jmenn@oshkoshlawyers.com

**Property To Be Marketed:**
PIHC Receivership Property
Contents of Office Call Center

**Proposed Auction Date**:
Auction Close : To be Determined-

**Auction Method:**
Online Only Auction

**Cost Summary:**
10% Buyer's Fee (Charged to buyer)
15% Commission on office contents
Marketing: Not to exceed $1,400 (taken out of Proceeds)
Estimated moving cost: $1,500-2000.  No cost for storage if sold within 60 days.  $150 per month storage fee after 60 days.

**Hansen & Young Advantage**
\*National Network of Auctioneers through MarkNet Alliance
\*MarkNet Alliance team has sold over $ 1 Billion in 2013!
We Know Auctions!!  We have over 128,000 registered bidders and have over 400,000 email addresses in our database to market to!!!  Bidders from all 50 states and 80 foreign countries have registered for our auctions!!
We bring true experience and seasoned team.
\*National Award winning marketing department with proven success
\*Auctions are marketed on over 130 different websites
\*Sellers are provided with own username and password to website to daily track the activity on the website!

*This proposal prepared for marketing the property using a competitive bidding process through accelerated auction marketing.  All information contained in this proposal is property of Hansen & Young Auctioneers, Inc.  and shall not be distributed to any party other than the intended recipient named above.  All rights retained by Hansen & Young Auctioneers, Inc.*

## About Auctions… About Hansen & Young Auctioneers, Inc. A MarkNet Alliance Company

**An Experienced Innovative Company!**
Just as the market has changed, so has the auction industry.  Our firm is part of the most innovative network of auction professionals in the world.  The MarkNet Alliance brings local market expertise to a national servicing organization.  The collective experience in MarkNet allows our offices to meet any asset disposition challenge, no matter where the asset is located.  MarkNet has sold over $1 billion in assets in 2013.  We are not only experts in the auction industry, but are setting the standards!

**Innovation, Information, & Efficiency**
We provide the industry's only auction management software application that facilitates the procedures for an organized method of asset liquidation, whether it's for one property or thousands. It enables managerial oversight of all projects and easy delegation of tasks and provides nationwide promotion with a few keystrokes.  It also supplies the client with more project data, all in "real" time.

**Good Information = Good Decisions**
With Internet access and a password, our clients can access real time, valuable information about each project in your portfolio.  These statistics allow our clients to make informed decisions regarding assets with information that is seconds, not weeks old.

## MARKETING STRATEGY

**MARKETING ASSIGNMENT:**
The Auction firm's challenge is to produce the highest dollar return with the least amount of expense to the seller. We will endeavor to complete this task using the most effective media to inform the prospective purchasers, arousing interest and turning attendees into bidders.

Our professional marketing plan takes advantage of the benefits of direct mail marketing while also utilizing many local advertising media, signs as well as the world-wide internet marketing opportunities.  I believe this is where we set ourselves apart.  We will customize an ad campaign for this auction.


**\*\*Listed on over 60 auction company websites across America with over 128,000 registered bidders
\*\*Email to over 400,000 email addresses in our database from all 50 states and 80 foreign countries

**Other Websites auction will be marketed:**



### INSPECTION PERIOD
We recommend a pre-determined inspection. This will provide prospective purchasers with a chance to view the property prior to the Auction.  Hansen & Young Auctioneers, Inc. will provide experienced sales people to work during the inspection period.


### SETTLEMENT AND ACCOUNTING
Net proceeds on all items sold will occur 14 business days following the auction.
Auction firm will retain the buyer's premium collected and the agreed upon commission as compensation and agree to provide seller with an itemized accounting of all items sold.

## **SETTING HANSEN & YOUNG TEAM ABOVE**

***Hansen & Young brings a huge local buyer base allowing us to market to the end user in addition to the national and international buyer, bringing more money to the bottom line.**

***Hansen & Young is a local company, seeing the project through its entirety, not just for the first big auction.  Hansen & Young will work throughout the process of the dispersal.**

***Hansen & Young's team combines product knowledge and unsurpassed marketing will bring the highest return.**

Auctions Generates Action!

*A HANSEN & YOUNG AUCTION GENERATES COMPETITION
WHICH GENERATES A BETTER SELLING PRICE.*

*We sincerely appreciate the opportunity to provide this proposal and look forward to working together on this project!*

Honors graduates of South Dakota State University, University of Wisconsin- Stout, and World Wide College of Auctioneering of Iowa.

Some of our Auctioneers have been and/or are currently elected to the Board of Directors of the Wisconsin Auctioneers Association as well as past president of the association.

Our auctioneers have earned the distinguished CAI (Certified Auctioneers Institute) designation - which is the highest Professional designation recognized by the National Auctioneer Association.

Two auctioneers have complete classes for the Accredited Auctioneer of Real Estate (AARE) designation.

Award Winning Bid Callers.  Bid Calling Champions on staff including auctioneers who have been rated as among the top 15 in the nation.

Bonded as required by the U.S. Bankruptcy Court, State of Minnesota and on the Approved Auctioneers List of Major Banks and Financial Institutions across the country.

Members of the NAA - National Auctioneers Association, the WAA - Wisconsin Auctioneers Association, MSAA- Minnesota State Auctioneers Association, and the CAI - Certified Auctioneers Institute.  Our staff regularly attends meetings and seminars to improve and update our auctioneering and appraisal skills.

Professional Seminar Presenters - Our staff has used their expertise to present various seminars for educational purposes of the Wisconsin Auctioneers Continuing Education licensing requirements.

Expert auctioneering, appraisal writing and estimating for many of the largest financial institutions.  Some past clients include:  M&I BANK, US BANK, FIRST NATIONAL BANK & TRUST, FIRST NATIONAL BANK, WELLS FARGO, UNITED STATES FARM SERVICE AGENCY, US BANKRUPTCY COURT, BANK OF BARRON, DAIRY STATE BANK, BRILL STATE BANK,  plus many other financial institutions, attorneys, law firms, corporations, and individuals.