# Larry Pecan

| | |
|---|---|
| **From:** | Larry Pecan |
| **Sent:** | Monday, October 20, 2014 4:14 PM |
| **To:** | Keith T. Grumer (kgrumer@grumerlaw.com) |
| **Subject:** | FTC v Partners in Health |
| **Attachments:** | 01520781.PDF |

Mr. Grumer,

By now, I am sure you have seen the attached order on the turnover motion. Please forward us a check by no later than this Friday (10/24) for $20,000.00, and please ask Mr. Kieper to do the same concerning the $5,500.00 referenced in the order. Additionally, please note that the order requires that you turn over any other receivership assets of which you are in receipt. Please advise us if you or Mr. Kieper is in receipt of any other receivership assets or (if not) please represent to us that neither you nor Mr. Kieper is in possession of any assets which might be considered assets of the receivership estate.

-Larry

**Lawrence E. Pecan**



Meland · Russin · Budwick
ATTORNEYS AT LAW

3200 Southeast Financial Center
200 South Biscayne Blvd. Miami, FL 33131
Tel: 305.358.6363 || Fax: 305.358.1221

Email: LPecan@melandrussin.com

Web: http://www.melandrussin.com

View VCard | View Bio

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@melandrussin.com