UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14- 23109-CIV-SCOLA

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

PARTNERS IN HEALTH CARE ASSOCIATION, INC. (also d/b/a/ Partners In Health Care, Inc.),
GARY L. KIEPER (individually and as officer or director of Partners In Health Care Association, Inc.),
UNITED SOLUTIONS GROUP INC. (also d/b/a Debt Relief Experts, Inc.),
WALTER S. VARGAS (individually and as an officer or director of United Solutions Group Inc.),
CONSTANZA GOMEZ VARGAS (individually and as a director or manager of United Solutions Group Inc.),

        Defendants.

_____/

## NOTICE OF FILING AFFIDAVIT OF KEITH GRUMER

      Defendants, PARTNERS IN HEALTH CARE ASSOCIATION, INC. and GARY L. KIEPER, through undersigned counsel, hereby file the Affidavit of Keith T. Grumer as to Attorney's Fees and Costs in Support of Defendants' Motion for Limited Relief for Payment of Attorney's Fees from Frozen Assets and Incorporated Memorandum of Law [DE 60]. Affidavit is attached hereto as Exhibit "1".

Respectfully submitted,

GRUMER & MACALUSO, P.A.
Attorneys for DEFENDANTS
One East Broward Boulevard, Suite 1501
Fort Lauderdale, Florida 33301
(954) 713-2700
(954) 713-2713 (fax)
Primary Email:        Service@grumerlaw.com
Secondary Emails:     kgrumer@grumerlaw.com
                      slopez@grumerlaw.com

By: __/s/ Keith T. Grumer_____
        KEITH T. GRUMER
        FLORIDA BAR No.:  550416

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 24th day of October, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or vial U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Keith T. Grumer