# GRUMER & MACALUSO, P.A.
## Time by Job Detail
### August 26 through September 4, 2014

| Date | Name | Billing Status | Duration | Notes |
|---|---|---|---|---|

**Kieper, Gary:1603.001 Partners In Health**

**KTG-M**

| Date | Name | Billing Status | Duration | Notes |
|---|---|---|---|---|
| 08/26/2014 | Keith T Grumer | Billed | 0.70 | Initial Conference Re: FTC Injunction |
| 08/28/2014 | Keith T Grumer | Billed | 0.30 | Telephone Conference With G.Keiper; Review Email; Draft Email To P.Russin |
| 08/28/2014 | Keith T Grumer | Billed | 3.50 | Multiple Conferences With Gary Keiper, John Schuster; Review Temporary Restraining Order; Review Co |
| 08/29/2014 | Keith T Grumer | Billed | 2.50 | Prepare For Hearing; Analyze Claims; Telephone Conference With P.Russin; Conference Call With Clien |
| 09/02/2014 | Keith T Grumer | Billed | 0.40 | Review And Forward P. Russin's Email; Review And Forward To Gary FTC Discussion Of Health Insurance |
| 09/03/2014 | Keith T Grumer | Billed | 0.20 | Review Email Exchange Regarding FTC Complaint |
| 09/03/2014 | Keith T Grumer | Billed | 3.80 | Conference With Client In Anticipation Of Order To Show Cause Hearing; Telephone Conference With An |
| 09/04/2014 | Keith T Grumer | Billed | 6.80 | Conference With Gary; Prepare For And Attend TRO Hearing; Post Hearing Conference With P.Russin And |

Total KTG-M                                      18.20

**MM-M**

| Date | Name | Billing Status | Duration | Notes |
|---|---|---|---|---|
| 08/28/2014 | Maidenly Sotuyo | Billed | 3.60 | Various Telephone Calls With New Client Gary Kieper; Telephone Conference With Atty Schuster; Telep |
| 09/02/2014 | Maidenly Sotuyo | Billed | 2.40 | Telephone Calls With Client Re: Background Facts And Operation Of Companies; Telephone Call With P. |
| 09/03/2014 | Maidenly Sotuyo | Billed | 2.50 | Meeting With K. Grumer And Client In Preparation For Hearing On Temporary Injunction; Reviewed & Ga |
| 09/03/2014 | Maidenly Sotuyo | Billed | 0.60 | Prepared Summary Of Case Facts From Conference With Client; Email To K.Grumer |
| 09/03/2014 | Maidenly Sotuyo | Billed | 0.20 | Email To Lisa Tannenbaum With Insurance Dec Page |
| 09/04/2014 | Maidenly Sotuyo | Billed | 4.00 | Attended Hearing On Temporary Injunction (Including Travel); Follow Up Conference With K. Grumer An |

3:43 PM
10/23/14

**GRUMER & MACALUSO, P.A.**
**Time by Job Detail**

Case 1:14-cv-23109-RNS   Document 61-2   Entered on FLSD Docket 10/24/2014   Page 2 of 10

**August 26 through September 4, 2014**

| Date | Name | Billing Status | Duration | Notes |
|---|---|---|---|---|
| | | | | |
| Total MM-M | | | 13.30 | |
| **SL-M** | | | | |
| 08/28/2014 | Sandra M. Lopez | Billed | 0.60 | Review Online Docket; Prepare and E-Service Notice of Appearance |
| 08/29/2014 | Sandra M. Lopez | Billed | 0.20 | Telephone Call to Court Regarding Case |
| 08/29/2014 | Sandra M. Lopez | Billed | 0.20 | Mail Notice of Appearance |
| 08/29/2014 | Sandra M. Lopez | Billed | 0.40 | Review and Calendar Restraining Order |
| 09/03/2014 | Sandra M. Lopez | Billed | 0.60 | Gather Documents In Preparation of Hearing |
| 09/04/2014 | Sandra M. Lopez | Billed | 0.20 | Prepare a Draft Affidavit |
| Total SL-M | | | 2.20 | |
| Total Kieper, Gary:1603.001 Partners In Health | | | 33.70 | |
| **TOTAL** | | | **33.70** | |

# GRUMER & MACALUSO, P.A.
## Time by Job Detail
### September 5 - 30, 2014

| Date | Name | Billing Status | Duration | Notes |
|---|---|---|---|---|
| **Kieper, Gary:1603.001 Partners In Health** | | | | |
| **KTG-M** | | | | |
| 09/05/2014 | Keith T Grumer | Billed | 1.50 | Exchange Email With Gary; Review And Forward Email Re: Wisconsin Access; Cinference With Client; Te |
| 09/05/2014 | Keith T Grumer | Billed | 0.20 | Telephone Conference With D.Garfinkle |
| 09/07/2014 | Keith T Grumer | Billed | 0.20 | Review And Forward Notice Of Agreement Between FTC & Vargas |
| 09/07/2014 | Keith T Grumer | Billed | 0.20 | Review And Forward P.Russin Email |
| 09/08/2014 | Keith T Grumer | Billed | 0.20 | Review And Forward Order Canceling Hearing |
| 09/08/2014 | Keith T Grumer | Billed | 0.20 | Telephone Conference With Gary |
| 09/10/2014 | Keith T Grumer | Billed | 0.80 | Conference Call With G.Kieper |
| 09/11/2014 | Keith T Grumer | Billed | 0.30 | Review Email Exchanges Re: Status |
| 09/11/2014 | Keith T Grumer | Billed | 0.30 | Review Order Relinquishing Temporary Restraining Order With Regard To Banestral Group USA,Inc.: Rev |
| 09/12/2014 | Keith T Grumer | Billed | 0.40 | Review Documentation Re: Compliance With Court Order |
| 09/15/2014 | Keith T Grumer | Billed | 0.20 | Review Email Re: Access |
| 09/17/2014 | Keith T Grumer | Billed | 0.40 | Review Affirmative Defense Issue, Review Retainer Demand Letter |
| 09/18/2014 | Keith T Grumer | Billed | 0.10 | Review Status Of Compliance |
| 09/18/2014 | Keith T Grumer | Billed | 0.30 | Review And Revise Response |
| 09/22/2014 | Keith T Grumer | Billed | 0.20 | Review Email Re: Receiver Claim For Funds |
| 09/22/2014 | Keith T Grumer | Billed | 0.30 | Review Motion Re: Retainer Status |
| 09/26/2014 | Keith T Grumer | Billed | 0.20 | Review Email Exchange |
| 09/27/2014 | Keith T Grumer | Billed | 0.30 | Review Emails, Motion |
| 09/29/2014 | Keith T Grumer | Billed | 0.10 | Review Status |
| **Total KTG-M** | | | **6.40** | |
| **MM-M** | | | | |
| 09/05/2014 | Maidenly Sotuyo | Billed | 2.50 | Conference With Client And K.Grumer; Prepared Comprehensive Email To P.Russin And Conf With K.Grume |
| 09/05/2014 | Maidenly Sotuyo | Billed | 0.60 | Telephone Call With John Menn Receiver's Local Counsel Re: Access; Confirming Email To J.Menn And E |
| 09/08/2014 | Maidenly Sotuyo | Billed | 0.50 | Various Emails Exchanged With Client And Transmittal Of Documents |

# GRUMER & MACALUSO, P.A.
## Time by Job Detail
### September 5 - 30, 2014

| Date | Name | Billing Status | Duration | Notes |
|---|---|---|---|---|
| 09/09/2014 | Maidenly Sotuyo | Billed | 1.30 | Reviewed Temporary Injunction Order (.5); Emails Exchanged With Client (.2); Conference With J. Fra |
| 09/10/2014 | Maidenly Sotuyo | Billed | 0.80 | Telephone Conference With Client Re: Deadlines For Financial Disclosures And Next Steps |
| 09/10/2014 | Maidenly Sotuyo | Billed | 0.30 | Reviewed Incoming Emails From Client With Names And Addresses For Mailing Of Order |
| 09/10/2014 | Maidenly Sotuyo | Billed | 0.30 | Email To Client Summarizing Open Issues And Requesting Info |
| 09/10/2014 | Maidenly Sotuyo | Billed | 0.40 | Online Research Of FTC Consent Judgments |
| 09/11/2014 | Maidenly Sotuyo | Billed | 0.70 | Telephone Call With FTC Counsel And Follow Up Call With Client; Email To Gary Ivens Re: Status Of |
| 09/12/2014 | Maidenly Sotuyo | Billed | 1.10 | Telephone Calls With Client Re: Financial Disclosures; Reviewed Incoming Client Emails With Financi |
| 09/12/2014 | Maidenly Sotuyo | Billed | 0.20 | Transmittal Emails To FTC And Receiver With Financial Disclosures |
| 09/15/2014 | Maidenly Sotuyo | Billed | 0.40 | Telephone Call With Client; Email Exchanged With Larry Pecan Re: Privileged Emails |
| 09/16/2014 | Maidenly Sotuyo | Billed | 0.60 | Email And Follow Up Telephone Call With Client Re: Emails Accessed By Receiver |
| 09/17/2014 | Maidenly Sotuyo | Billed | 2.70 | Drafted Answer And Affirmative Defenses; Researched Claims, Defenses, Statute Of Limitations |
| 09/17/2014 | Maidenly Sotuyo | Billed | 0.20 | Reviewed Incoming Receiver Motion For Order Approving Notice; Reviewed Letter |
| 09/18/2014 | Maidenly Sotuyo | Billed | 2.00 | Email Transmission To Client; Reviewed Receiver's Motion And Drafted & Revised Response In Oppositi |
| 09/19/2014 | Maidenly Sotuyo | Billed | 0.60 | Conference With S. Lopez Re: Additional Corporate Disclosures; Emails Exchanged With Client;     Re |
| 09/22/2014 | Maidenly Sotuyo | Billed | 0.40 | Reviewed Incoming Motion For Return Of Retainer Funds; Email To Client |
| 09/22/2014 | Maidenly Sotuyo | Billed | 0.20 | Email Exchange With Client Re: Additional Financials |
| 09/23/2014 | Maidenly Sotuyo | Billed | 0.30 | Exchange Emails With Client; Reviewed Incoming Order Re: Receiver Letters To Customers |
| 09/26/2014 | Maidenly Sotuyo | Billed | 0.40 | Email To Client With Status And Explanation |
| 09/29/2014 | Maidenly Sotuyo | Billed | 1.10 | Reviewed Receiver's Motion For Return Of Funds; Researched Response And Conference With K. Grumer; |

| | | | | |
|---|---|---|---|---|
| Total MM-M | | | 17.60 | |

**SL-M**

| Date | Name | Billing Status | Duration | Notes |
|---|---|---|---|---|
| 09/08/2014 | Sandra M. Lopez | Billed | 0.20 | Review Email from Peter Russian Regarding Thumb Drive |
| 09/09/2014 | Sandra M. Lopez | Billed | 0.20 | Review Email from Meland & Russin Regading Thumb Drive; Telephone Call to Courier |
| 09/10/2014 | Sandra M. Lopez | Billed | 2.00 | Review, Organize and Rename Thumb Drive Documents |

# GRUMER & MACALUSO, P.A.
## Time by Job Detail
### September 5 - 30, 2014

| Date | Name | Billing Status | Duration | Notes |
|---|---|---|---|---|
| 09/11/2014 | Sandra M. Lopez | Billed | 2.50 | Prepare a Service List to all Employees and Marketing Enteties; Mail Preliminary Injunction Order t |
| 09/12/2014 | Sandra M. Lopez | Billed | 0.50 | Prepare and E-File Certificate of Service Re: [DE 32] Injunction Order |
| 09/12/2014 | Sandra M. Lopez | Billed | 1.00 | Review Online Docket and Gather Copies of Pleadings; Calendar Deadlines |
| 09/12/2014 | Sandra M. Lopez | Billed | 1.00 | Review and Bate Stamp Financial Disclosure Documents |
| 09/17/2014 | Sandra M. Lopez | Billed | 0.50 | Finalize and E-File Answer and Affirmative Defenses |
| 09/18/2014 | Sandra M. Lopez | Billed | 0.50 | Finalize and E-File Defendants' Response to Motion to Approve the Notice |
| 09/19/2014 | Sandra M. Lopez | Billed | 1.00 | Review and Bates Stamp Affiliates Disclosures; Bates Stamp Same |
| 09/22/2014 | Sandra M. Lopez | Billed | 0.50 | Organize Financial Disclosures |
| 09/24/2014 | Sandra M. Lopez | Billed | 0.20 | Review Pleadings; Calendar Deadlines |
| 09/26/2014 | Sandra M. Lopez | Billed | 0.20 | Review and Calendar Paperless Order Regarding Deadline |
| **Total SL-M** | | | **10.30** | |
| **Total Kieper, Gary:1603.001 Partners In Health** | | | **34.30** | |
| **TOTAL** | | | **34.30** | |

**GRUMER & MACALUSO, P.A.**
ONE EAST BROWARD BOULEVARD
SUITE 1501
FORT LAUDERDALE, FL 33301

# Invoice

9/30/2014

Invoice #: 10476

**Bill To:**

Gary L.Kieper
TRI Resource Group, LTD
1519 Oshkosh Avenue
Oshkosh, Wisconsin 54902

Terms-DUE ON RECEIPT

Re Matter ID: 1603.001 Partners In Health

| Date | Description | Time | Attorney | Amount |
|---|---|---|---|---|
| 8/26/2014 | Initial Conference Re: FTC Injunction | 0.7 | KTG-M | 385.00 |
| 8/28/2014 | Review Online Docket; Prepare and E-Service Notice of Appearance | 0.6 | SL-M | 90.00 |
| 8/28/2014 | Telephone Conference With G.Keiper; Review Email; Draft Email To P.Russin | 0.3 | KTG-M | 165.00 |
| 8/28/2014 | Multiple Conferences With Gary Keiper, John Schuster; Review Temporary Restraining Order; Review Complaint And Exhibits; Telephone Conference With P.Russin; Telephone Conference With Gary; Draft Email To P.Russin | 3.5 | KTG-M | 1,925.00 |
| 8/28/2014 | Various Telephone Calls With New Client Gary Kieper; Telephone Conference With Atty Schuster; Telephone Conference With K. Grumer And Receiver Russin; Online Research Re: FTG Telemarketing Sales Regs & Individual Liability Reviewed Temporary Restraining Order; Reviewed Complaint And Began Review Of Supporting Exhibits And Conf With K.Grumer | 3.6 | MM-M | 1,926.00 |
| 8/29/2014 | Telephone Call to Court Regarding Case | 0.2 | SL-M | 30.00 |
| 8/29/2014 | Mail Notice of Appearance | 0.2 | SL-M | 30.00 |
| 8/29/2014 | Review and Calendar Restraining Order | 0.4 | SL-M | 60.00 |
| 8/29/2014 | Prepare For Hearing; Analyze Claims; Telephone Conference With P.Russin; Conference Call With Client | 2.5 | KTG-M | 1,375.00 |
| 9/2/2014 | Telephone Calls With Client Re: Background Facts And Operation Of Companies; Telephone Call With P.Russin; Email To Givens Re: Proposed Stipulated Injunction Order; Online Research Re: Preparation For Injunction Hearing | 2.4 | MM-M | 1,284.00 |
| 9/2/2014 | Review And Forward P. Russin's Email; Review And Forward To Gary FTC Discussion Of Health Insurance Versus Health Discount Plans | 0.4 | KTG-M | 220.00 |
| 9/3/2014 | Gather Documents In Preparation of Hearing | 0.6 | SL-M | 90.00 |
| 9/3/2014 | Meeting With K. Grumer And Client In Preparation For Hearing On Temporary Injunction; Reviewed & Gathered Materials For Hearing | 2.5 | MM-M | 1,337.50 |
| 9/3/2014 | Prepared Summary Of Case Facts From Conference With Client; Email To K.Grumer | 0.6 | MM-M | 321.00 |
| 9/3/2014 | Email To Lisa Tannenbaum With Insurance Dec Page | 0.2 | MM-M | 107.00 |
| 9/3/2014 | Review Email Exchange Regarding FTC Complaint | 0.2 | KTG-M | 110.00 |

**Total**

**Payments/Credits**

**Balance Due**

| Phone # | Fax: |
|---|---|
| 954-713-2700 | 954-713-2713 |

Page 1

FOR YOUR CONVENIENCE, WE NOW ACCEPT MASTERCARD, VISA, AND AMERICAN EXPRESS. TO PAY BY CREDIT CARD, PLEASE CONTACT Joulia Yakubovsky at 954-713-2712 or email at JYakubovsky@grumerlaw.com

**GRUMER & MACALUSO, P.A.**
ONE EAST BROWARD BOULEVARD
SUITE 1501
FORT LAUDERDALE, FL 33301

# Invoice

9/30/2014

Invoice #: 10476

Terms-DUE ON RECEIPT

**Bill To:**

Gary L. Kieper
TRI Resource Group, LTD
1519 Oshkosh Avenue
Oshkosh, Wisconsin 54902

Re Matter ID: 1603.001 Partners In Health

| Date | Description | Time | Attorney | Amount |
|---|---|---|---|---|
| 9/3/2014 | Conference With Client In Anticipation Of Order To Show Cause Hearing; Telephone Conference With Angela And Dean Garfinkle; Telephone Conference With Mitch Roth; Telephone Conference With P Russin (Left Message); Review Reciever's Interim Report. | 3.8 | KTG-M | 2,090.00 |
| 9/4/2014 | Prepare a Draft Affidavit | 0.2 | SL-M | 30.00 |
| 9/4/2014 | Attended Hearing On Temporary Injunction (Including Travel); Follow Up Conference With K. Grumer And Client | 4 | MM-M | 2,140.00 |
| 9/4/2014 | Conference With Gary; Prepare For And Attend TRO Hearing; Post Hearing Conference With P.Russin And Client; Draft Witness Affidavit; Exchange Email | 6.8 | KTG-M | 3,740.00 |
| 9/4/2014 | Pull 28 U.S.C. 1746 And Circulate (0.10). Research | 0.1 | MEM-M | 25.00 |
| 9/5/2014 | Conference With Client And K.Grumer; Prepared Comprehensive Email To P.Russin And Conf With K.Grumer | 2.5 | MM-M | 1,337.50 |
| 9/5/2014 | Telephone Call With John Menn Receiver's Local Counsel Re: Access; Confirming Email To J.Menn And Email To Client | 0.6 | MM-M | 321.00 |
| 9/5/2014 | Exchange Email With Gary; Review And Forward Email Re: Wisconsin Access; Cinference With Client; Telephone Conference With P.Russin's Office | 1.5 | KTG-M | 825.00 |
| 9/5/2014 | Telephone Conference With D.Garfinkle | 0.2 | KTG-M | 110.00 |
| 9/7/2014 | Review And Forward Notice Of Agreement Between FTC & Vargas | 0.2 | KTG-M | 110.00 |
| 9/7/2014 | Review And Forward P.Russin Email | 0.2 | KTG-M | 110.00 |
| 9/8/2014 | Review Email from Peter Russian Regarding Thumb Drive | 0.2 | SL-M | 30.00 |
| 9/8/2014 | Various Emails Exchanged With Client And Transmittal Of Documents | 0.5 | MM-M | 267.50 |
| 9/8/2014 | Review And Forward Order Canceling Hearing | 0.2 | KTG-M | 110.00 |
| 9/8/2014 | Telephone Conference With Gary | 0.2 | KTG-M | 110.00 |
| 9/9/2014 | Review Email from Meland & Russin Regading Thumb Drive; Telephone Call to Courier | 0.2 | SL-M | 30.00 |
| 9/9/2014 | Reviewed Temporary Injunction Order (.5); Emails Exchanged With Client (.2); Conference With J. Franco Re: Deadlines In Order And Reviewed Chart Of Deadlines (.4); Follow Up Emails With Client (.2) | 1.3 | MM-M | 695.50 |
| 9/9/2014 | Schedule Temp Injunction Order Deadline Dates | 0.5 | JF | 32.50 |

**Total**

**Payments/Credits**

**Balance Due**

| Phone # | Fax: |
|---|---|
| 954-713-2700 | 954-713-2713 |

Page 2

FOR YOUR CONVENIENCE, WE NOW ACCEPT MASTERCARD, VISA, AND AMERICAN EXPRESS. TO PAY BY CREDIT CARD, PLEASE CONTACT Joulia Yakubovsky at 954-713-2712 or email at JYakubovsky@grumerlaw.com

**GRUMER & MACALUSO, P.A.**
ONE EAST BROWARD BOULEVARD
SUITE 1501
FORT LAUDERDALE, FL 33301

# Invoice

9/30/2014

Invoice #: 10476

**Bill To:**

Gary L. Kieper
TRI Resource Group, LTD
1519 Oshkosh Avenue
Oshkosh, Wisconsin 54902

Terms-DUE ON RECEIPT

Re Matter ID: 1603.001 Partners In Health

| Date | Description | Time | Attorney | Amount |
|---|---|---|---|---|
| 9/10/2014 | Review, Organize and Rename Thumb Drive Documents | 2 | SL-M | 300.00 |
| 9/10/2014 | Telephone Conference With Client Re: Deadlines For Financial Disclosures And Next Steps | 0.8 | MM-M | 428.00 |
| 9/10/2014 | Reviewed Incoming Emails From Client With Names And Addresses For Mailing Of Order | 0.3 | MM-M | 160.50 |
| 9/10/2014 | Email To Client Summarizing Open Issues And Requesting Info | 0.3 | MM-M | 160.50 |
| 9/10/2014 | Online Research Of FTC Consent Judgments | 0.4 | MM-M | 214.00 |
| 9/10/2014 | Conference Call With G.Kieper | 0.8 | KTG-M | 440.00 |
| 9/11/2014 | Prepare a Service List to all Employees and Marketing Enteties; Mail Preliminary Injunction Order to all; Prepare Packages | 2.5 | SL-M | 375.00 |
| 9/11/2014 | Telephone Call With FTC Counsel And Follow Up Call With Client; Email To Gary Ivens Re: Status Of Financials And Enlargement Needed; Conference With S. Lopez Re: Mailing Of Temporary Injunction Order To Employees And Sales Agents | 0.7 | MM-M | 374.50 |
| 9/11/2014 | Review Email Exchanges Re: Status | 0.3 | KTG-M | 165.00 |
| 9/11/2014 | Review Order Relinquishing Temporary Restraining Order With Regard To Banestral Group USA,Inc.: Review Status | 0.3 | KTG-M | 165.00 |
| 9/12/2014 | Prepare and E-File Certificate of Service Re: [DE 32] Injunction Order | 0.5 | SL-M | 75.00 |
| 9/12/2014 | Review Online Docket and Gather Copies of Pleadings; Calendar Deadlines | 1 | SL-M | 150.00 |
| 9/12/2014 | Review and Bate Stamp Financial Disclosure Documents | 1 | SL-M | 150.00 |
| 9/12/2014 | Telephone Calls With Client Re: Financial Disclosures; Reviewed Incoming Client Emails With Financial Disclosures Attached (Personal And PIH); Conference With S. Lopez Re: Production; Drafted Declaration Of No Foreign Assets; Reviewed Corrected Temporary Injunction Order | 1.1 | MM-M | 588.50 |
| 9/12/2014 | Transmittal Emails To FTC And Receiver With Financial Disclosures | 0.2 | MM-M | 107.00 |
| 9/12/2014 | Review Documentation Re: Compliance With Court Order | 0.4 | KTG-M | 220.00 |
| 9/12/2014 | Locate And Re-Circulate 28 U.S.C. § 1746 (0.10). | 0.1 | MEM-M | 25.00 |
| 9/15/2014 | Review Email Re: Access | 0.2 | KTG-M | 110.00 |

| Phone # | Fax: |
|---|---|
| 954-713-2700 | 954-713-2713 |

**Total**

**Payments/Credits**

**Balance Due**

FOR YOUR CONVENIENCE, WE NOW ACCEPT MASTERCARD, VISA, AND AMERICAN EXPRESS. TO PAY BY CREDIT CARD, PLEASE CONTACT Joulia Yakubovsky at 954-713-2712 or email at JYakubovsky@grumerlaw.com

**GRUMER & MACALUSO, P.A.**
ONE EAST BROWARD BOULEVARD
SUITE 1501
FORT LAUDERDALE, FL 33301

# Invoice

9/30/2014

Invoice #: 10476

Bill To:

Gary L. Kieper
TRI Resource Group, LTD
1519 Oshkosh Avenue
Oshkosh, Wisconsin 54902

Terms-DUE ON RECEIPT

Re Matter ID: 1603.001 Partners In Health

| Date | Description | Time | Attorney | Amount |
|---|---|---|---|---|
| 9/15/2014 | Telephone Call With Client; Email Exchanged With Larry Pecan Re: Privileged Emails | 0.4 | MM-M | 214.00 |
| 9/16/2014 | Email And Follow Up Telephone Call With Client Re: Emails Accessed By Receiver | 0.6 | MM-M | 321.00 |
| 9/17/2014 | Finalize and E-File Answer and Affirmative Defenses | 0.5 | SL-M | 75.00 |
| 9/17/2014 | Review Affirmative Defense Issue, Review Retainer Demand Letter | 0.4 | KTG-M | 220.00 |
| 9/17/2014 | Drafted Answer And Affirmative Defenses; Researched Claims, Defenses, Statute Of Limitations | 2.7 | MM-M | 1,444.50 |
| 9/17/2014 | Reviewed Incoming Receiver Motion For Order Approving Notice; Reviewed Letter | 0.2 | MM-M | 107.00 |
| 9/18/2014 | Finalize and E-File Defendants' Response to Motion to Approve the Notice | 0.5 | SL-M | 75.00 |
| 9/18/2014 | Review Status Of Compliance | 0.1 | KTG-M | 55.00 |
| 9/18/2014 | Review And Revise Response | 0.3 | KTG-M | 165.00 |
| 9/18/2014 | Email Transmission To Client; Reviewed Receiver's Motion And Drafted & Revised Response In Opposition To Expedited Motion Re: Correspondence To Beneficiaries | 2 | MM-M | 1,070.00 |
| 9/19/2014 | Review and Bates Stamp Affiliates Disclosures; Bates Stamp Same | 1 | SL-M | 150.00 |
| 9/19/2014 | Conference With S. Lopez Re: Additional Corporate Disclosures; Emails Exchanged With Client; Reviewed And Transmitted Disclosures To FTC And Receiver; Reviewed Receiver Reply Re: Motion For Permission To Send Correspondence To Beneficiaries | 0.6 | MM-M | 321.00 |
| 9/22/2014 | Organize Financial Disclosures | 0.5 | SL-M | 75.00 |
| 9/22/2014 | Review Email Re: Receiver Claim For Funds | 0.2 | KTG-M | 110.00 |
| 9/22/2014 | Review Motion Re: Retainer Status | 0.3 | KTG-M | 165.00 |
| 9/22/2014 | Reviewed Incoming Motion For Return Of Retainer Funds; Email To Client | 0.4 | MM-M | 214.00 |
| 9/22/2014 | Email Exchange With Client Re: Additional Financials | 0.2 | MM-M | 107.00 |
| 9/23/2014 | Exchange Emails With Client; Reviewed Incoming Order Re: Receiver Letters To Customers | 0.3 | MM-M | 160.50 |
| 9/24/2014 | Review Pleadings; Calendar Deadlines | 0.2 | SL-M | 30.00 |
| 9/26/2014 | Review Email Exchange | 0.2 | KTG-M | 110.00 |
| 9/26/2014 | Review and Calendar Paperless Order Regarding Deadline | 0.2 | SL-M | 30.00 |

**Total**

**Payments/Credits**

**Balance Due**

| Phone # | Fax: |
|---|---|
| 954-713-2700 | 954-713-2713 |

Page 4

FOR YOUR CONVENIENCE, WE NOW ACCEPT MASTERCARD, VISA, AND AMERICAN EXPRESS. TO PAY BY CREDIT CARD, PLEASE CONTACT Joulia Yakubovsky at 954-713-2712 or email at JYakubovsky@grumerlaw.com

**GRUMER & MACALUSO, P.A.**
ONE EAST BROWARD BOULEVARD
SUITE 1501
FORT LAUDERDALE, FL 33301

# Invoice

9/30/2014

| | |
|---|---|
| Invoice #: | 10476 |

**Bill To:**

Gary L. Kieper
TRI Resource Group, LTD
1519 Oshkosh Avenue
Oshkosh, Wisconsin 54902

**Terms-DUE ON RECEIPT**

| | |
|---|---|
| Re Matter ID: | 1603.001 Partners In Health |

| Date | Description | Time | Attorney | Amount |
|---|---|---|---|---|
| 9/26/2014 | Email To Client With Status And Explanation | 0.4 | MM-M | 214.00 |
| 9/27/2014 | Review Emails, Motion | 0.3 | KTG-M | 165.00 |
| 9/29/2014 | Reviewed Receiver's Motion For Return Of Funds; Researched Response And Conference With K. Grumer; Telephone Call And Email To Client | 1.1 | MM-M | 588.50 |
| 9/29/2014 | Review Status | 0.1 | KTG-M | 55.00 |
| 9/13/2014 | Executive 2000 Courier Service from Meland Russin to G & M on 9/10/2014 | 1 | Courier | 42.80 |
| 9/30/2014 | Postage USPS for September 2014 | 1 | Postage/Delivery | 116.48 |
| 9/30/2014 | Photocopies for September, 2014 | 7,592 | Photocopies | 759.20 |
| 9/30/2014 | Research Westlaw for September 2014 | 1 | Research | 362.98 |

| | | |
|---|---|---|
| **Total** | | $33,300.46 |
| **Payments/Credits** | | -$20,000.00 |
| **Balance Due** | | $13,300.46 |

| Phone # | Fax: |
|---|---|
| 954-713-2700 | 954-713-2713 |

FOR YOUR CONVENIENCE, WE NOW ACCEPT MASTERCARD, VISA, AND AMERICAN EXPRESS. TO PAY BY CREDIT CARD, PLEASE CONTACT Joulia Yakubovsky at 954-713-2712 or email at JYakubovsky@grumerlaw.com