# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) <br> ) <br> ) Case No. 1:14-cv-23109 RNS <br> ) |
| Plaintiff, | ) |
| | ) **PLAINTIFF'S NOTICE OF** |
| v. | ) **NON-OPPOSITION TO THE** |
| | ) **RECEIVER'S PENDING MOTION** |
| PARTNERS IN HEALTH CARE | ) **REGARDING THE SETTLEMENT** |
| ASSOCIATION, INC., *et al.*, | ) **WITH BUSINESS BANK AND THE** |
| | ) **PROPOSED AUCTION** |
| Defendants. | ) <br> ) |

    Plaintiff hereby respectfully notes that it does not oppose the Receiver's Motion filed on October 23, 2014, which seeks an order approving the settlement with Business Bank and the auction sale of certain receivership entities' property (dkt. 58).

                                       Respectfully submitted,

                                       s/     *Gary L. Ivens*
                                       Gary L. Ivens (Special Bar No. A5500671)
                                       Christopher E. Brown (Special Bar No. A5501993)
                                       FEDERAL TRADE COMMISSION
                                       600 Pennsylvania Avenue, NW, CC-8528
                                       Washington, DC  20580
                                       (202) 326-2330, givens@ftc.gov (Ivens)
                                       (202) 326-2825, cbrown3@ftc.gov (Brown)
                                       (202) 326-3395 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to the following:

KEITH T. GRUMER
MAIDENLY MACALUSO
Grumer & Macaluso PA
1 East Broward Blvd., Suite 1501
Fort Lauderdale, FL  33301
Email: kgrumer@grumerlaw.com
Email: mmacaluso@grumerlaw.com

BRUCE S. ROGOW
TARA A. CAMPION
Bruce A. Rogow PA
500 East Broward Blvd., Suite 1930
Fort Lauderdale, FL  33394
Email: brogow@rogowlaw.com
Email: tcampion@rogowlaw.com

LAWRENCE E. PECAN
Meland Russin & Budwick, P.A.
200 South Biscayne Blvd., Suite 3200
Miami, FL  33131
Email: lpecan@melandrussin.com

s/     *Gary Ivens*
Gary Ivens