UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) </br> ) </br> ) Case No. 1:14-cv-23109 RNS </br> ) </br> ) **PLAINTIFF'S NOTICE OF** </br> ) **NON-OPPOSITION TO THE** </br> ) **RECEIVER'S PENDING MOTION** </br> ) **FOR AN ORDER TO SHOW CAUSE** |
| Plaintiff, | |
| v. | |
| PARTNERS IN HEALTH CARE ASSOCIATION, INC., *et al.*, | |
| Defendants. | |

Plaintiff hereby respectfully notes that it does not oppose the Receiver's Motion filed on October 23, 2014, which seeks an order to show cause as to why Defendant Gary Kieper and Grumer & Macaluso, P.A., should not be held in contempt (dkt. 59).[1]

Respectfully submitted,

s/       *Gary L. Ivens*
Gary L. Ivens (Special Bar No. A5500671)
Christopher E. Brown (Special Bar No. A5501993)
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW, CC-8528
Washington, DC  20580
(202) 326-2330, givens@ftc.gov (Ivens)
(202) 326-2825, cbrown3@ftc.gov (Brown)
(202) 326-3395 (Fax)

---

[1] Plaintiff further notes that it will soon file a response to Grumer & Macaluso's motion for attorneys' fees.  That response will oppose some portions, but not all, of the fee request.

CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to the following:

KEITH T. GRUMER
MAIDENLY MACALUSO
Grumer & Macaluso PA
1 East Broward Blvd., Suite 1501
Fort Lauderdale, FL  33301
Email: kgrumer@grumerlaw.com
Email: mmacaluso@grumerlaw.com

BRUCE S. ROGOW
TARA A. CAMPION
Bruce A. Rogow PA
500 East Broward Blvd., Suite 1930
Fort Lauderdale, FL  33394
Email: brogow@rogowlaw.com
Email: tcampion@rogowlaw.com

LAWRENCE E. PECAN
Meland Russin & Budwick, P.A.
200 South Biscayne Blvd., Suite 3200
Miami, FL  33131
Email: lpecan@melandrussin.com

s/ *Gary Ivens*
Gary Ivens