UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14- 23109-CIV-SCOLA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

PARTNERS IN HEALTH CARE ASSOCIATION, INC. (also d/b/a/ Partners In Health Care, Inc.),
GARY L. KIEPER (individually and as officer or director of Partners In Health Care Association, Inc.),
UNITED SOLUTIONS GROUP INC. (also d/b/a Debt Relief Experts, Inc.),
WALTER S. VARGAS (individually and as an officer or director of United Solutions Group Inc.),
CONSTANZA GOMEZ VARGAS (individually and as a director or manager of United Solutions Group Inc.),

    Defendants.

_____/

## NOTICE OF COMPLIANCE

GRUMER & MACALUSO, PA, counsel for PARTNERS IN HEALTH CARE ASSOCIATION, INC. and GARY L. KIEPER, notice the Court and all parties that it has complied with this Court's Amended Order Granting Motion for Turnover of Receivership Funds [DE 65]. See attached Exhibit "A."

Respectfully submitted,

GRUMER & MACALUSO, P.A.
Attorneys for DEFENDANTS
One East Broward Boulevard, Suite 1501
Fort Lauderdale, Florida 33301
(954) 713-2700
(954) 713-2713 (fax)
Primary Email:        Service@grumerlaw.com
Secondary Emails:   kgrumer@grumerlaw.com
                    slopez@grumerlaw.com

By: __/s/ Keith T. Grumer_____
        KEITH T. GRUMER
        FLORIDA BAR No.:  550416


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 7th day of November, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or vial U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Keith T. Grumer