GRUMER & MACALUSO, P.A.
ATTORNEYS AT LAW
ONE EAST BROWARD BOULEVARD
SUITE 1501
FORT LAUDERDALE, FLORIDA 33301

BROWARD (954) 713-2700
DADE (305) 682-4941
TELEFAX (954) 713-2713

KEITH T. GRUMER

EMAIL: KGRUMER@GRUMERLAW.COM

November 7, 2014

VIA FEDERAL EXPRESS 771786943107 & E-MAIL (prussin@melandrussin.com)
Peter D. Russin, Esq.
Meland, Russin & Budwick PA
200 S. Biscayne Blvd., Suite 3200
Miami, FL  33131

Re:   Federal Trade Commission v. Partners in Health Care Association, Inc. et al.
      Case No. 14-cv-23109- RNS

Dear Mr. Russin:

Enclosed you will find this firm's Check No. 11614 in the amount of $20,000.00 payable to your firm's trust account, in compliance with the Court's November 7, 2014 Amended Order Granting Motion for Turnover of Receivership Funds [DE 65].

Thank you for your courtesy and consideration in this matter.

Very truly yours,

KEITH T. GRUMER

KTG:jf
Enclosures

cc:   Gary Kieper
      Gary Ivens, Esq.



**GRUMER & MACALUSO, P.A.**     11614
   Meland Russin & Budwick PA Trust     11/7/2014
                        Kieper, Gary Retainer Refund to Receiver per Court     20,000.00

WELLS FARGO - OP    Gary Kieper Retianer Refund to Receiver per Co    20,000.00

From: (954) 713-2700     Origin ID: HWOA
Keith Grumer

1 E. Broward
Suite 1501
Fort Lauderdale, FL 33301




J142214092303uv

SHIP TO: (305) 358-6363     BILL SENDER

**Peter D. Russin, Esq.**
**Meland, Russin & Budwick**
**200 South Biscayne Blvd.**
**Suite 3200**
**MIAMI, FL 33131**



Ship Date: 07NOV14
ActWgt: 0.1 LB
CAD: 102293276/INET3550

Delivery Address Bar Code



Ref #    1603.001
Invoice #
PO #
Dept #

MON - 10 NOV 10:30A
**PRIORITY OVERNIGHT**

TRK#    7717 8694 3107
0201

**3C MPBA**

33131
FL-US
**MIA**



522G1/616C/8AC9





**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

## Shipment Receipt

### Address Information

**Ship to:**
Peter D. Russin, Esq.
Meland, Russin & Budwick
200 South Biscayne Blvd.
Suite 3200
MIAMI, FL
33131
US
305-358-6363

**Ship from:**
Keith Grumer

1 E. Broward
Suite 1501
Fort Lauderdale, FL
33301
US
9547132700

### Shipment Information:
Tracking no.: 771786943107
Ship date: 11/07/2014
Estimated shipping charges: 6.48

### Package Information
Pricing option: FedEx Standard Rate
Service type: Priority Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.10  LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

### Billing Information:
Bill transportation to: MyAccount-481
Your reference: 1603.001
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

### Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.