UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:14-cv-23109-RNS

FEDERAL TRADE COMMISSION,

 Plaintiff,

v.

PARTNERS IN HEALTH CARE
ASSOCIATION, INC., *et al.,*

 Defendants.
_____/

### RECEIVER'S NOTICE OF FILING FIRST MONTHLY BANK STATEMENTS

Peter D. Russin, in his capacity as receiver (the "***Receiver***") of Partners in Health Care Association, Inc.; United Solutions Group Inc.; and their subsidiaries, affiliates, successors and assigns (collectively the "***Receivership Entities***"),[1] appointed pursuant to this Court's Temporary Restraining Order dated August 25, 2014 [ECF No. 9] (the "***TRO***"); the Stipulated Preliminary Injunction Against United Solutions Group Inc., Constanza Gomez Vargas, and Walter S. Vargas [ECF No. 31] (the ***"USGI Preliminary Injunction"***); and the Corrected Preliminary Injunction Against Partners In Health Care Association, Inc., and Gary L. Kieper [ECF No. 36] (the ***"PIHC Preliminary Injunction"***)[2] and provides:

Pursuant to paragraph P of the USGI Preliminary Injunction and PIHC Preliminary Injunction, the Receiver files a true and correct copy of the following receivership bank accounts:

---

[1] The administration of the Receivership Entities is referred to herein as the ***"Estate."***
[2] Collectively the USGI Preliminary Injunction and PIHC Preliminary Injunction are referred to as the ***"Preliminary Injunctions."***

1. Receiver's Account for Tri Resource Group, Ltd, Peter D. Russin, as Receiver - Gibraltar Account No. *3776;

2. Receiver's Account for Senior Advantage of Wisconsin, Inc. d/b/a Health Center, Peter D. Russin, as Receiver - Gibraltar Account No. *3784;

3. Receiver's Account United Solutions Group, Inc. d/b/a Debt Relief Experts, Inc., Peter D. Russin, as Receiver - Gibraltar Account No. *3717; and

4. Receiver's Account for PIHC, Inc. d/b/a Partners in Health Care, Peter D. Russin, as Receiver - Gibraltar Account No. *3792.

Dated: November 7, 2014.

    Respectfully submitted,

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 99086
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
200 South Biscayne Blvd., Ste. 3200
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for Peter D. Russin, Receiver*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing is being delivered to the following parties via transmission of Notices of Electronic Filing on November 7, 2014.

/s/ Lawrence E.  Pecan
Lawrence E. Pecan, Esquire

**Gary L. Ivens**
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
202-326-2230 - Fax: 326-3395
Email: givens@ftc.gov

**Christopher E. Brown**
U.S. Federal Trade Commission
600 Pennsylvania Ave NW
Mail Stop CC-8509
Washington, DC 20580
202-326-2825
Email: cbrown3@ftc.gov

**Keith Thomas Grumer**
Grumer & Macaluso PA
1 East Broward Boulevard
Suite 1501
Fort Lauderdale, FL 33301
954-713-2700 - Fax: 954-713-2713
Email: kgrumer@grumerlaw.com

**Bruce S. Rogow**
Bruce S. Rogow PA
500 East Broward Boulevard, Suite 1930
Fort Lauderdale, FL 33394
954-767-8909 - Fax: 954-764-1530
Email: brogow@rogowlaw.com

**Tara A Campion**
Bruce S. Rogow, P.A.
500 East Broward Blvd., Suite 1930
Fort Lauderdale, FL 33394
(954) 767-8909 - Fax: (954) 764-1530
Email: tcampion@rogowlaw.com

# GIBRALTAR PRIVATE
## Bank & Trust

```
***************AUTO**3-DIGIT 331          Date 10/27/14              Page     1
1395 0.6580 AT 0.406    6 1 138           Primary Account          88053792
RECEIVER'S ACCT FOR PIHC INC DBA PARTNER  Enclosures
D/B/A PARTNERS IN HEALTH CARE
PETER RUSSIN AS RECEIVER
200 S BISCAYNE BLVD SUITE 3200
MIAMI FL  33131-5323
```



Dear Client, There are pending changes regarding FDIC coverage. Please read the message at the bottom of the statement and for more information, please visit website:  http:/www.fdic.gov/deposit/deposits/unlimited/expiration.html

```
========================= A C C O U N T   S U M M A R Y =========================
Account Number   Type of Account              Current Balance     Enclosures
   88053792      Personal Checking                 141,430.61
```

Account Title:           RECEIVER'S ACCT FOR PIHC INC DBA PARTNER
                         D/B/A PARTNERS IN HEALTH CARE
                         PETER RUSSIN AS RECEIVER

| | | | |
|---|---|---|---|
| Personal Checking | | Number of Enclosures | 0 |
| Account Number | 88053792 | Statement Dates   10/02/14 thru 10/27/14 | |
| Beginning Balance | .00 | Days in the statement period | 26 |
| 1 Deposits/Credits | 141,430.61 | Average Ledger | 135,990.97 |
| Checks/Debits | .00 | Average Collected | 97,967.34 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 141,430.61 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |

| OUTSTANDING CHECKS | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | |
| | | | Sort your checks numerically or by date issued. | | | |
| | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | Reconcile your statement in the space provided below. | | | |
| | | | Enter bank balance from statement | | | |
| | | | Add deposits not credited by bank (if any) | | | |
| | | | TOTAL | | | |
| Total of Checks not paid | | | Subtract total of checks not paid | | | |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE ⇨ | | | | | | |

**In case of errors or questions about your electronic transfers**

In case of errors or questions about your electronic transfers, telephone us at 800.896.2265 or Write us at 55 Alhambra Plaza Coral Gables, FL 33134 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

# GIBRALTAR PRIVATE
### Bank & Trust

```
                                        Date 10/27/14        Page      2
                                        Primary Account      88053792
                                        Enclosures
```

```
        RECEIVER'S ACCT FOR PIHC INC DBA PARTNER
        D/B/A PARTNERS IN HEALTH CARE
        PETER RUSSIN AS RECEIVER
        200 S BISCAYNE BLVD SUITE 3200
        MIAMI FL 33131
```

Personal Checking                          88053792   (Continued)

=========================== Deposits and Credits ============================
Date      Description                              Amount            Refe
10/03     New Account Deposit                      141,430.61

=========================== Daily Balance Information ======================
Date        Balance       Date        Balance
10/02            .00      10/03       141,430.61

By law, as of 1/1/2013, funds in a noninterest-bearing transaction account(including an IOLTA/IOLA) will no longer receive unlimited deposit insurance coverage, but will be FDIC-insured to the legal maximum of $250,000 for each ownership category.



# GIBRALTAR PRIVATE
## Bank & Trust

```
***************AUTO**3-DIGIT 331         Date 10/27/14              Page    1
1391 0.6580 AT 0.406    6 1 134          Primary Account         88053717
RECEIVER'S ACCT UNITED SOLUTIONS GROUP   Enclosures
INC D/B/A DEBT RELIEF EXPERTS INC
PETER D RUSSIN AS RECEIVER
200 S. BISCAYNE BLVD, SUITE 3200
MIAMI FL  33131-5323
```

Dear Client, There are pending changes regarding FDIC coverage. Please read the message at the bottom of the statement and for more information, please visit website: http:/www.fdic.gov/deposit/deposits/unlimited/expiration.html

```
========================= A C C O U N T    S U M M A R Y =========================
Account Number    Type of Account              Current Balance    Enclosures
    88053717      Personal Checking                 53,040.84
===================================================================================
```

Account Title:         RECEIVER'S ACCT UNITED SOLUTIONS GROUP
                       INC D/B/A DEBT RELIEF EXPERTS INC
                       PETER D RUSSIN AS RECEIVER

```
Personal Checking                        Number of Enclosures                    0
Account Number              88053717     Statement Dates   10/03/14 thru 10/27/14
Beginning Balance                .00     Days in the statement period           25
    1 Deposits/Credits      53,040.84    Average Ledger                  53,040.84
      Checks/Debits               .00    Average Collected               38,245.40
Service Charge                   .00
Interest Paid                    .00
Ending Balance             53,040.84
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |



| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | | Reconcile your statement in the space provided below. | | | |
| | | | | Enter bank balance from statement | | | |
| | | | | Add deposits not credited by bank (if any) | | | |
| | | | | TOTAL | | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE ➡ | | | | | | | |

**In case of errors or questions about your electronic transfers**

In case of errors or questions about your electronic transfers, telephone us at 890.896.2265 or Write us at 55 Alhambra Plaza Coral Gables, FL 33134 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    (1) Tell us your name and account number (if any).
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

# GIBRALTAR PRIVATE
Bank & Trust

```
                                        Date 10/27/14              Page    2
                                        Primary Account            88053717
                                        Enclosures
```

```
        RECEIVER'S ACCT UNITED SOLUTIONS GROUP
        INC D/B/A DEBT RELIEF EXPERTS INC
        PETER D RUSSIN AS RECEIVER
        200 S. BISCAYNE BLVD, SUITE 3200
        MIAMI FL 33131
```

Personal Checking                           88053717   (Continued)

============================ Deposits and Credits ============================
Date     Description                              Amount           Refe
10/03    New Account Deposit                      53,040.84

============================ Daily Balance Information ============================
Date     Balance
10/03    53,040.84

By law, as of 1/1/2013, funds in a noninterest-bearing transaction account(including an IOLTA/IOLA) will no longer receive unlimited deposit insurance coverage, but will be FDIC-insured to the legal maximum of $250,000 for each ownership category.



# GIBRALTAR PRIVATE
## Bank & Trust

```
***************AUTO**3-DIGIT 331           Date 10/27/14              Page    1
1394 0.6580 AT 0.406     6 1 137           Primary Account         88053784
RECEIVER'S ACCT FOR SENIOR ADVANTAGE OF    Enclosures
WISCONSIN INC D/B/A HEALTH CENTER
PETER RUSSIN AS RECEIVER
200 S. BISCAYNE BLVD SUITE 3200
MIAMI FL   33131-5323
```

Dear Client, There are pending changes regarding FDIC coverage. Please read the message at the bottom of the statement and for more information, please visit website: http:/www.fdic.gov/deposit/deposits/unlimited/expiration.html

```
========================= A C C O U N T   S U M M A R Y =======================
Account Number    Type of Account                Current Balance    Enclosures
   88053784       Personal Checking                     13,096.25
================================================================================
```

Account Title:            RECEIVER'S ACCT FOR SENIOR ADVANTAGE OF
                          WISCONSIN INC D/B/A HEALTH CENTER
                          PETER RUSSIN AS RECEIVER

```
Personal Checking                          Number of Enclosures                0
Account Number              88053784       Statement Dates   10/03/14 thru 10/27/14
Beginning Balance                .00       Days in the statement period       25
   1 Deposits/Credits       13,096.25      Average Ledger               13,096.25
     Checks/Debits                .00      Average Collected             9,485.30
Service Charge                   .00
Interest Paid                    .00
Ending Balance             13,096.25
```



|  | Total For This Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |

| OUTSTANDING CHECKS | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | |
| | | | Sort your checks numerically or by date issued. | | | |
| | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | Reconcile your statement in the space provided below. | | | |
| | | | Enter bank balance from statement | | | |
| | | | Add deposits not credited by bank (if any) | | | |
| | | | TOTAL | | | |
| Total of Checks not paid | | | Subtract total of checks not paid | | | |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE ➡ | | | | | | |

**In case of errors or questions about your electronic transfers**

In case of errors or questions about your electronic transfers, telephone us at 800.896.2265 or Write us at 55 Alhambra Plaza Coral Gables, FL 33134 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    (1) Tell us your name and account number (if any).
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

# GIBRALTAR PRIVATE
**Bank & Trust**

```
                                        Date 10/27/14           Page     2
                                        Primary Account         88053784
                                        Enclosures
```

```
        RECEIVER'S ACCT FOR SENIOR ADVANTAGE OF
        WISCONSIN INC D/B/A HEALTH CENTER
        PETER RUSSIN AS RECEIVER
        200 S. BISCAYNE BLVD SUITE 3200
        MIAMI FL 33131
```

Personal Checking                      88053784   (Continued)

============================ Deposits and Credits ============================
Date    Description                              Amount           Refe
10/03   New Account Deposit                   13,096.25

============================ Daily Balance Information ============================
Date          Balance
10/03        13,096.25

By law, as of 1/1/2013, funds in a noninterest-bearing transaction account(including
an IOLTA/IOLA) will no longer receive unlimited deposit insurance coverage, but
will be FDIC-insured to the legal maximum of $250,000 for each ownership category.



# GIBRALTAR PRIVATE
## Bank & Trust

```
***************AUTO**3-DIGIT 331          Date 10/27/14              Page      1
1393 0.6580 AT 0.406    6 1 136            Primary Account         88053776
RECEIVER'S ACCT TRI RESOURCE GROUP LTD     Enclosures
PETER RUSSIN AS RECEIVER
200 S BISCAYNE BLVD SUITE 3200
MIAMI FL   33131-5323
```

Dear Client, There are pending changes regarding FDIC coverage. Please read the message at the bottom of the statement and for more information, please visit website:  http:/www.fdic.gov/deposit/deposits/unlimited/expiration.html

```
========================== A C C O U N T   S U M M A R Y =======================
Account Number    Type of Account              Current Balance    Enclosures
    88053776      Personal Checking                  26,273.24
```

```
Account Title:              RECEIVER'S ACCT TRI RESOURCE GROUP LTD
                            PETER RUSSIN AS RECEIVER

Personal Checking                         Number of Enclosures                 0
Account Number              88053776      Statement Dates   10/03/14 thru 10/27/14
Beginning Balance                 .00     Days in the statement period       25
    1 Deposits/Credits       26,273.24    Average Ledger                26,273.24
      Checks/Debits                .00    Average Collected             18,972.73
Service Charge                    .00
Interest Paid                     .00
Ending Balance              26,273.24
```



|  | Total For This Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |

| OUTSTANDING CHECKS | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | | | |
| NUMBER | AMOUNT | | | | | |
| | | | | | | |
| | | | | | | |
| | | | Enter bank balance from statement | | | |
| | | | Add deposits not credited by bank (if any) | | | |
| | | | TOTAL | | | |
| Total of Checks not paid | | | Subtract total of checks not paid | | | |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE ➡ | | | | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

**In case of errors or questions about your electronic transfers**

In case of errors or questions about your electronic transfers, telephone us at 800.896.2265 or Write us at 55 Alhambra Plaza Coral Gables, FL 33134 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    (1) Tell us your name and account number (if any).
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

# GIBRALTAR PRIVATE
### Bank & Trust

```
                                          Date 10/27/14          Page      2
                                          Primary Account        88053776
                                          Enclosures

           RECEIVER'S ACCT TRI RESOURCE GROUP LTD
           PETER RUSSIN AS RECEIVER
           200 S BISCAYNE BLVD SUITE 3200
           MIAMI FL 33131
```

Personal Checking                         88053776   (Continued)

============================ Deposits and Credits ============================
Date      Description                                  Amount        Refe
10/03     New Account Deposit                       26,273.24

============================ Daily Balance Information ============================
Date           Balance
10/03          26,273.24

By law, as of 1/1/2013, funds in a noninterest-bearing transaction account(including an IOLTA/IOLA) will no longer receive unlimited deposit insurance coverage, but will be FDIC-insured to the legal maximum of $250,000 for each ownership category.

