#### Item 20.     Personal Property

List all personal property, by category, whether held for personal use or for investment, including but not limited to, furniture and household goods of value, computer equipment, electronics, coins, stamps, artwork, gemstones, jewelry, bullion, other collectibles, copyrights, patents, and other intellectual property, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

| Property Category (e.g., artwork, jewelry) | Name of Owner | Property Location | Acquisition Cost | Current Value |
|---|---|---|---|---|
| Furniture/Household | Self | 1519 Oshkosh Ave | $10,000 | $4000 |
| Snow Blower/Lawn Mower | Self | " " | $1000 | $300 |
| Engagement Ring | Self | Receiver | $5000 | $2500 |
| Incidentials | " | 1519 Oshkosh Ave | $1,500 | $500 |
|  |  |  | $ | $ |
|  |  |  | $ | $ |

#### Item 21.     Cars, Trucks, Motorcycles, Boats, Airplanes, and Other Vehicles

List all cars, trucks, motorcycles, boats, airplanes, and other vehicles owned or operated by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸ Vehicle Type  Boat  Make  Rinker  Model  Vee Vish  Year  1983
Registered Owner's Name  Day Keiper  Registration State & No.  NOT Registered
Address of Vehicle's Location  520 S Westland Dr, Appleton, WI
Purchase Price $ 25,000  Current Value $ 8000  Account/Loan No. unknown
(1993)

Lender's Name and Address _____

Original Loan Amount $_____ Current Loan Balance $_____ Monthly Payment $_____

▸ Vehicle Type  Boat  Make  Rinker  Model  330 Vish Vee  Year  1999
Registered Owner's Name  Day Keiper Jeannie Schopp  Registration State & No. _____
Address of Vehicle's Location  1351 Egg Harbor Ln, Oshkosh, WI
Purchase Price $ 43,000  Current Value $ 35,000  Account/Loan No.  0

Lender's Name and Address _____

Original Loan Amount $_____ Current Loan Balance $_____ Monthly Payment $_____

Page 9                            Initials _____