United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission, Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 14-23109-Civ-Scola |
| ) | |
| Partners In Heath Care Association, ) | |
| Inc., *et al.*, Defendants ) | |

### Order Referring Motion To Magistrate Judge

The Court **refers** the Receiver's Motion For An Order To Show Cause Why Gay Kieper and Grumer & Macaluso, P.A. Should Not Be Held In Contempt of Court (ECF No. 59) to United States Magistrate Judge Alicia M. Otazo-Reyes to be heard and determined, consistent with 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of the Local Magistrate Judge Rules.

**Done and ordered** in chambers, at Miami, Florida, on November 21, 2014.

_____
Robert N. Scola, Jr.
United States District Judge