UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:14-23109-CIV-SCOLA/OTAZO-REYES

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

PARTNERS IN HEALTH CARE ASSOCIATION,
INC.; GARY L. KIEPER; UNITED SOLUTIONS
GROUP INC.; WALTER S. VARGAS; and
CONSTANZA GOMEZ VARGAS,

    Defendants.
_____/

## ORDER SETTING SHOW CAUSE HEARING

THIS CAUSE came before the Court upon Receiver Peter D. Russin's ("Receiver") Motion for an Order to Show Cause Why Gary Kieper and Grumer & Macaluso, P.A. Should Not Be Held in Contempt of Court (hereafter, "Motion to Show Cause") [D.E. 59]. This matter was referred to the undersigned by the Honorable Robert N. Scola, Jr., United States District Judge, pursuant to 28 U.S.C. § 636 [D.E. 79]. Upon due consideration, it is

ORDERED AND ADJUDGED that a Show Cause Hearing is hereby **SET** for **Monday, December 22, 2014 at 1:00 P.M., at the United States District Court, 301 North Miami Ave., Miami, Florida, Tenth Floor**.

DONE AND ORDERED in Chambers at Miami, Florida this 24th day of November, 2014.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Robert N. Scola, Jr.
       Counsel of Record