UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14- 23109-CIV-SCOLA

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

PARTNERS IN HEALTH CARE ASSOCIATION, INC. (also d/b/a/ Partners In Health Care, Inc.),
GARY L. KIEPER (individually and as officer or director of Partners In Health Care Association, Inc.),
UNITED SOLUTIONS GROUP INC. (also d/b/a Debt Relief Experts, Inc.),
WALTER S. VARGAS (individually and as an officer or director of United Solutions Group Inc.),
CONSTANZA GOMEZ VARGAS (individually and as a director or manager of United Solutions Group Inc.),

        Defendants.

_____/

## AMENDED MOTION TO WITHDRAW

    GRUMER & MACALUSO, P.A., hereby files this amended motion to withdraw as counsel for Defendants, PARTNERS IN HEALTH CARE ASSOCIATION, INC. and GARY L. KIEPER, (collectively "DEFENDANTS') and, in support thereof, state as follows:

    1.    <u>Representation</u>: The undersigned law firm was retained to represent Defendants PARTNERS IN HEALTH CARE ASSOCIATION, INC. and GARY L. KIEPER ("Defendants"), in the above captioned matter.

2. <u>Irreconcilable Differences:</u> Irreconcilable differences have arisen necessitating the withdrawal of this firm's continued representation in this matter, including but not limited to the Defendants' inability to make adequate financial arrangements for payment of legal services. As result, the undersigned will be unable to effectively and properly continue representing the Defendants herein.

3. <u>Defendants Noticed</u>: The movant has notified the Defendants of their intended withdrawal from the representation, and all Defendants are on notice of this Motion and do not oppose withdrawal.

4. <u>Contact Information for Defendants</u>: The last known mailing address for Gary Kieper, individually, and as representative of Partners In Health Care Association, Inc. is: 1519 Oshkosh Avenue, Oshkosh, WI 54902. Mr. Kieper's email address is garykieper@gmail.com.

WHEREFORE, GRUMER & MACALUSO, P.A. moves for an Order permitting its withdrawal in the above captioned matter.

Respectfully submitted,

GRUMER & MACALUSO, P.A.
Attorneys for DEFENDANTS
One East Broward Boulevard, Suite 1501
Fort Lauderdale, Florida 33301
(954) 713-2700; (954) 713-2713 (fax)
Primary Email:     Service@grumerlaw.com
Secondary Emails:  kgrumer@grumerlaw.com
                   slopez@grumerlaw.com

By: __/s/ Keith T. Grumer_____
         KEITH T. GRUMER
         FLORIDA BAR No.: 550416

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with Plaintiff's counsel and Receiver's counsel and is authorized to represent that they do not oppose the requested relief.  The undersigned has also conferred with Defendant Gary Kieper, who is also the corporate representative for Partners in Health Care, who also does not oppose the requested relief.

By:  /s/ Keith T. Grumer
KEITH T. GRUMER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 25th day of November, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or vial U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Keith T. Grumer

**Service List**

Gary Kieper
1519 Oshkosh Avenue
Oshkosh, WI 54902
 Email: garykieper@gmail.com