UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> PARTNERS IN HEALTH CARE ASSOCIATION, INC., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) Case No. 1:14-cv-23109 RNS <br> ) <br> ) **PLAINTIFF'S NOTICE OF** <br> ) **NON-OPPOSITION TO THE** <br> ) **RECEIVER'S FIRST FEE** <br> ) **APPLICATION** <br> ) <br> ) <br> ) <br> ) |

Plaintiff hereby respectfully notes that it does not oppose the Receiver's First Fee Application (dkt. 69).

Respectfully submitted,

s/       *Christopher E. Brown*
Gary L. Ivens (Special Bar No. A5500671)
Christopher E. Brown (Special Bar No. A5501993)
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW, CC-8528
Washington, DC  20580
(202) 326-2330, givens@ftc.gov (Ivens)
(202) 326-2825, cbrown3@ftc.gov (Brown)
(202) 326-3395 (Fax)

2

CERTIFICATE OF SERVICE

   I hereby certify that on November 26, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to the following:

KEITH T. GRUMER
Grumer & Macaluso PA
1 East Broward Blvd., Suite 1501
Fort Lauderdale, FL  33301
Email: kgrumer@grumerlaw.com


BRUCE S. ROGOW
TARA A. CAMPION
Bruce A. Rogow PA
500 East Broward Blvd., Suite 1930
Fort Lauderdale, FL  33394
Email: brogow@rogowlaw.com
Email: tcampion@rogowlaw.com


LAWRENCE E. PECAN
Meland Russin & Budwick, P.A.
200 South Biscayne Blvd., Suite 3200
Miami, FL  33131
Email: lpecan@melandrussin.com


             s/     *Christopher E. Brown*
             Christopher E. Brown