United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission, Plaintiff )<br>)<br>v.  )<br>)<br>Partners In Heath Care Association, )<br>Inc., *et al.*, Defendants ) | Civil Action No. 14-23109-Civ-Scola |

### Order Granting Receiver's First Fee Application

    This matter is before the Court on the Receiver's Unopposed First Fee Application (ECF No. 69). Under Article XXI of the Preliminary Injunction (ECF No. 36 at 28), "[T]he Receiver and all personnel hired by the Receiver . . . are entitled to reasonable compensation for the performance of duties pursuant to this Order and of the cost of actual out-of-pocket expenses incurred by them, from the Assets not held by, in the possession or control of, or which may be received by, the Receivership Defendants."

    Accordingly, after reviewing the Motion, the billing records, and the relevant legal authorities, the Court finds the fees and expenses detailed in the Motion to be reasonable and necessary. Accordingly, the Court **grants** the Receiver's Motion (ECF No. 69) and authorizes the following amounts to be paid for fees and expenses incurred during the period ending on October 31, 2014:

    1.) $59,056.63 to Peter D. Russin;
    2.) $101,952.50 to Meland Russin & Budwick, P.A.;
    3.) $13,198.32 to Steinhilber, Swanson, Mares, Marone, & McDermott;
    4.) $504.77 to KapilaMukamal;
    5.) $750.00 to The Roca Group, Inc.; and
    6.) $330.00 to Kassina Reginnetter and Deanna Moore.

    **Done and ordered** in chambers, at Miami, Florida, on November 26, 2014.

_____
Robert N. Scola, Jr.
United States District Judge