United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission, Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-23109-Civ-Scola |
| | ) | |
| Partners In Heath Care Association, | ) | |
| Inc*., et al.*, Defendants | ) | |

### Order Granting Amended Unopposed Motion to Withdraw as Counsel

Grumer & Macaluso, P.A. moves to withdraw as counsel for Defendants Partners In Health Care Association, Inc. and Gary Kieper. In support, Grumer & Macaluso states that irreconcilable differences have arisen, which necessitate the withdrawal of the firm's representation in this matter. It is therefore **ordered** that the Motion (ECF No. 82) is **granted** as follows:

1. Grumer & Macaluso has shown good cause to withdraw and is hereby discharged as counsel of record in this case. However, the Court expressly reserves jurisdiction over Grumer & Macaluso for the purpose of ruling on the pending sanctions motion (ECF No. 59).

2. Grumer & Macaluso must promptly serve this Order on Defendants Partners in Health and Gary Kieper. A notice must then be filed with the Court describing how and when the Order was served.

3. Because entities may not proceed *pro se*, s*ee Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985), Defendant Partners in Health is directed to retain new counsel by December 29, 2014, and to have its attorney file a Notice of Appearance with the Court by that date. If Defendant fails to do so, then the Court may strike Defendant's pleadings and hold Defendant in default.

4. By December 29, 2014, Defendant Gary Kieper must either (a) retain new counsel and have that counsel file a Notice of Appearance with the Court by that date, or (b) file a Notice with the Court stating that he wishes to represent herself (i.e., proceed *pro se*). Kieper's failure to do either (a) or (b) by that date may result in his pleadings being stricken from the record and his being held in default.

5. Until these Defendants retain an attorney or file the appropriate notice, all future filings, correspondence, and orders must be sent to the following address: 1519 Oshkosh Avenue, Oshkosh, WI 54902 (email, garykieper@gmail.com).  The Clerk will update the docket to reflect the *pro se* status of Gary Kieper and to link the above address with these parties to ensure that the Clerk's Office will mail copies of future filings, correspondence, and orders to these Defendants.

**Done and ordered** in chambers, at Miami, Florida, on December 1, 2014.

Robert N. Scola, Jr.
United States District Judge