UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:14-cv-23109-RNS

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

PARTNERS IN HEALTH CARE
ASSOCIATION, INC., *et al.,*

    Defendants.
_____/

## RECEIVER'S NOTICE OF FILING SECOND MONTHLY BANK STATEMENTS

Peter D. Russin, in his capacity as receiver (the "***Receiver***") of Partners in Health Care Association, Inc.; United Solutions Group Inc.; and their subsidiaries, affiliates, successors and assigns (collectively the "***Receivership Entities***"),[1] appointed pursuant to this Court's Temporary Restraining Order dated August 25, 2014 [ECF No. 9] (the "***TRO***"); the Stipulated Preliminary Injunction Against United Solutions Group Inc., Constanza Gomez Vargas, and Walter S. Vargas [ECF No. 31] (the ***"USGI Preliminary Injunction"***); and the Corrected Preliminary Injunction Against Partners In Health Care Association, Inc., and Gary L. Kieper [ECF No. 36] (the ***"PIHC Preliminary Injunction"***)[2] and provides:

Pursuant to paragraph P of the USGI Preliminary Injunction and PIHC Preliminary Injunction, the Receiver files a true and correct copy of the following receivership bank accounts:

---

[1] The administration of the Receivership Entities is referred to herein as the ***"Estate."***
[2] Collectively the USGI Preliminary Injunction and PIHC Preliminary Injunction are referred to as the ***"Preliminary Injunctions."***

1. Receiver's Account for Tri Resource Group, Ltd, Peter D. Russin, as Receiver - Gibraltar Account No. *3776;

2. Receiver's Account for Senior Advantage of Wisconsin, Inc. d/b/a Health Center, Peter D. Russin, as Receiver - Gibraltar Account No. *3784;

3. Receiver's Account United Solutions Group, Inc. d/b/a Debt Relief Experts, Inc., Peter D. Russin, as Receiver - Gibraltar Account No. *3717; and

4. Receiver's Account for PIHC, Inc. d/b/a Partners in Health Care, Peter D. Russin, as Receiver - Gibraltar Account No. *3792.

Dated: December 8, 2014.

> Respectfully submitted,
>
> /s/ Lawrence E. Pecan
> Lawrence E. Pecan, Esquire
> Florida Bar No. 99086
> lpecan@melandrussin.com
> MELAND RUSSIN & BUDWICK, P.A.
> 200 South Biscayne Blvd., Ste. 3200
> Miami, Florida  33131
> Telephone: (305) 358-6363
> Telecopy: (305) 358-1221
>
> *Attorneys for Peter D. Russin, Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing is being delivered to the following parties via transmission of Notices of Electronic Filing on December 8, 2014.

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire

**Gary L. Ivens**
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
202-326-2230 - Fax: 326-3395
Email: givens@ftc.gov

**Christopher E. Brown**
U.S. Federal Trade Commission
600 Pennsylvania Ave NW
Mail Stop CC-8509
Washington, DC 20580
202-326-2825
Email: cbrown3@ftc.gov

**Keith Thomas Grumer**
Grumer & Macaluso PA
1 East Broward Boulevard
Suite 1501
Fort Lauderdale, FL 33301
954-713-2700 - Fax: 954-713-2713
Email: kgrumer@grumerlaw.com

**Bruce S. Rogow**
Bruce S. Rogow PA
500 East Broward Boulevard, Suite 1930
Fort Lauderdale, FL 33394
954-767-8909 - Fax: 954-764-1530
Email: brogow@rogowlaw.com

**Tara A Campion**
Bruce S. Rogow, P.A.
500 East Broward Blvd., Suite 1930
Fort Lauderdale, FL 33394
(954) 767-8909 - Fax: (954) 764-1530
Email: tcampion@rogowlaw.com

# GIBRALTAR PRIVATE
## Bank & Trust

```
***************AUTO**3-DIGIT 331        Date 11/25/14              Page    1
1424 0.6580 AT 0.406    6 1 134         Primary Account              3717
RECEIVER'S ACCT UNITED SOLUTIONS GROUP  Enclosures
INC D/B/A DEBT RELIEF EXPERTS INC
PETER D RUSSIN AS RECEIVER
200 S. BISCAYNE BLVD, SUITE 3200
MIAMI FL   33131-5323
```



```
========================= A C C O U N T   S U M M A R Y =========================
Account Number   Type of Account              Current Balance     Enclosures
         3717    Personal Checking                  53,020.83
=================================================================================

Account Title:            RECEIVER'S ACCT UNITED SOLUTIONS GROUP
                          INC D/B/A DEBT RELIEF EXPERTS INC
                          PETER D RUSSIN AS RECEIVER

Personal Checking                          Number of Enclosures              0
Account Number                    3717     Statement Dates  10/28/14 thru 11/25/14
Beginning Balance            53,040.84     Days in the statement period     29
       Deposits/Credits            .00     Average Ledger            53,026.35
     1 Checks/Debits             20.01     Average Collected         53,026.35
Service Charge                     .00
Interest Paid                      .00
Ending Balance               53,020.83
```

|  | Total For This Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |

```
========================= Withdrawals and Debits =============================
Date      Description                               Amount           Refe
11/05     CHK ORDER2 HARLAND CLARKE                 20.01-
          \SEC
```

55 Alhambra Plaza, Coral Gables, FL 33134  Tel. 800.896.2265
www.gibraltarprivate.com
Member FDIC

# GIBRALTAR PRIVATE
### Bank & Trust

```
                                          Date 11/25/14           Page    2
                                          Primary Account             ▇3717
                                          Enclosures


              RECEIVER'S ACCT UNITED SOLUTIONS GROUP
              INC D/B/A DEBT RELIEF EXPERTS INC
              PETER D RUSSIN AS RECEIVER
              200 S. BISCAYNE BLVD, SUITE 3200
              MIAMI FL 33131




Personal Checking                         ▇3717  (Continued)

=========================== Daily Balance Information =======================
Date         Balance         Date         Balance
10/28        53,040.84       11/05        53,020.83
```



Celebrating 20 Years of Managing, Preserving and Building Client Wealth



# GIBRALTAR PRIVATE
## Bank & Trust

```
****************AUTO**3-DIGIT 331           Date 11/25/14            Page     1
1428 0.6580 AT 0.406    6 1 138             Primary Account          ████3792
RECEIVER'S ACCT FOR PIHC INC DBA PARTNER    Enclosures
D/B/A PARTNERS IN HEALTH CARE
PETER RUSSIN AS RECEIVER
200 S BISCAYNE BLVD SUITE 3200
MIAMI FL  33131-5323
```

```
========================= A C C O U N T   S U M M A R Y =========================
Account Number   Type of Account               Current Balance      Enclosures
      ████3792   Personal Checking                 141,410.60
```

Account Title:        RECEIVER'S ACCT FOR PIHC INC DBA PARTNER
                      D/B/A PARTNERS IN HEALTH CARE
                      PETER RUSSIN AS RECEIVER

```
Personal Checking                          Number of Enclosures                0
Account Number            ████3792         Statement Dates  10/28/14 thru 11/25/14
Beginning Balance       141,430.61         Days in the statement period       29
    Deposits/Credits           .00         Average Ledger             141,416.12
  1 Checks/Debits             20.01        Average Collected          141,416.12
Service Charge                 .00
Interest Paid                  .00
Ending Balance          141,410.60
```

|                          | Total For This Period | Total Year-to-Date |
|--------------------------|----------------------:|-------------------:|
| Total Overdraft Fees     | $.00                  | $.00               |
| Total Returned Item Fees | $.00                  | $.00               |

```
========================= Withdrawals and Debits =========================
Date    Description                            Amount          Refe
11/05   CHK ORDER2 HARLAND CLARKE              20.01-
        \SEC
```



# GIBRALTAR PRIVATE
Bank & Trust

```
                                        Date 11/25/14              Page    2
                                        Primary Account              3792
                                        Enclosures
```



```
            RECEIVER'S ACCT FOR PIHC INC DBA PARTNER
            D/B/A PARTNERS IN HEALTH CARE
            PETER RUSSIN AS RECEIVER
            200 S BISCAYNE BLVD SUITE 3200
            MIAMI FL 33131
```

Personal Checking                           3792   (Continued)

```
============================ Daily Balance Information =========================
Date         Balance         Date         Balance
10/28         141,430.61     11/05          141,410.60
```

Celebrating 20 Years of Managing, Preserving and Building Client Wealth



# GIBRALTAR PRIVATE
## Bank & Trust

```
****************AUTO**3-DIGIT 331          Date 11/25/14           Page     1
1427 0.6580 AT 0.406     6 1 137           Primary Account         ███3784
RECEIVER'S ACCT FOR SENIOR ADVANTAGE OF    Enclosures
WISCONSIN INC D/B/A HEALTH CENTER
PETER RUSSIN AS RECEIVER
200 S. BISCAYNE BLVD SUITE 3200
MIAMI FL  33131-5323
```

```
=========================== A C C O U N T   S U M M A R Y ========================
Account Number   Type of Account              Current Balance    Enclosures
       ███3784   Personal Checking                 13,894.31
===================================================================================

Account Title:           RECEIVER'S ACCT FOR SENIOR ADVANTAGE OF
                         WISCONSIN INC D/B/A HEALTH CENTER
                         PETER RUSSIN AS RECEIVER

Personal Checking                          Number of Enclosures                 0
Account Number              ███3784        Statement Dates  10/28/14 thru 11/25/14
Beginning Balance         13,096.25        Days in the statement period        29
    2 Deposits/Credits       818.07        Average Ledger               13,649.92
    1 Checks/Debits           20.01        Average Collected            13,563.47
Service Charge                  .00
Interest Paid                   .00
Ending Balance            13,894.31
```



|  | Total For This Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |

```
============================ Deposits and Credits ===========================
Date    Description                              Amount       Refe
10/30   Deposit                                  116.67
11/07   Deposit                                  701.40
```

# GIBRALTAR PRIVATE
Bank & Trust

Date 11/25/14                Page    2
Primary Account       3784
Enclosures

RECEIVER'S ACCT FOR SENIOR ADVANTAGE OF
WISCONSIN INC D/B/A HEALTH CENTER
PETER RUSSIN AS RECEIVER
200 S. BISCAYNE BLVD SUITE 3200
MIAMI FL 33131

Personal Checking                          3784  (Continued)

========================= Withdrawals and Debits =============================
Date    Description                                    Amount          Refe
11/05   CHK ORDER2 HARLAND CLARKE                       20.01-
        \SEC

========================= Daily Balance Information =========================
Date      Balance        Date    Balance
10/28    13,096.25      11/05   13,192.91
10/30    13,212.92      11/07   13,894.31

Celebrating 20 Years of Managing, Preserving and Building Client Wealth



# GIBRALTAR PRIVATE
## Bank & Trust

```
***************AUTO**3-DIGIT 331         Date 11/25/14              Page    1
1426 0.6580 AT 0.406    6 1 136          Primary Account               3776
RECEIVER'S ACCT TRI RESOURCE GROUP LTD   Enclosures
PETER RUSSIN AS RECEIVER
200 S BISCAYNE BLVD SUITE 3200
MIAMI FL  33131-5323
```



```
========================== A C C O U N T   S U M M A R Y ==========================
Account Number    Type of Account                  Current Balance    Enclosures
         3776     Personal Checking                      50,649.33
====================================================================================

Account Title:         RECEIVER'S ACCT TRI RESOURCE GROUP LTD
                       PETER RUSSIN AS RECEIVER

Personal Checking                            Number of Enclosures                  0
Account Number                   3776        Statement Dates   10/28/14 thru 11/25/14
Beginning Balance           26,273.24        Days in the statement period          29
    3 Deposits/Credits      24,396.10        Average Ledger                 34,592.94
    1 Checks/Debits             20.01        Average Collected              32,551.94
Service Charge                    .00
Interest Paid                     .00
Ending Balance              50,649.33
```

|  | Total For This Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |

```
============================= Deposits and Credits =============================
Date    Description                          Amount            Refe
10/30   Deposit                              124.10
11/07   Deposit                            4,014.99
11/18   Deposit                           20,257.01
```

55 Alhambra Plaza, Coral Gables, FL 33134  Tel. 800.896.2265
www.gibraltarprivate.com

Member FDIC

# GIBRALTAR PRIVATE
Bank & Trust



Date 11/25/14  
Primary Account  
Enclosures  

Page    2  
3776

RECEIVER'S ACCT TRI RESOURCE GROUP LTD  
PETER RUSSIN AS RECEIVER  
200 S BISCAYNE BLVD SUITE 3200  
MIAMI FL 33131  

Personal Checking                                    3776  (Continued)

=========================== Withdrawals and Debits ===========================
| Date  | Description              | Amount  | Refe |
|-------|--------------------------|---------|------|
| 11/05 | CHK ORDER2 HARLAND CLARKE \SEC | 20.01- |      |

=========================== Daily Balance Information ===========================
| Date  | Balance   | Date  | Balance   | Date  | Balance   |
|-------|-----------|-------|-----------|-------|-----------|
| 10/28 | 26,273.24 | 11/05 | 26,377.33 | 11/18 | 50,649.33 |
| 10/30 | 26,397.34 | 11/07 | 30,392.32 |       |           |

Celebrating 20 Years of Managing, Preserving and Building Client Wealth

