UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:14-23109-CIV-SCOLA/OTAZO-REYES

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

PARTNERS IN HEALTH CARE ASSOCIATION,
INC.; GARY L. KIEPER; UNITED SOLUTIONS
GROUP INC.; WALTER S. VARGAS; and
CONSTANZA GOMEZ VARGAS,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Gary L. Kieper's ("Kieper") Motion for Leave to Testify by Phone or Through a Notarized Statement (hereafter, "Motion for Leave to Testify by Phone") [D.E. 90]. This matter was referred to the undersigned by the Honorable Robert N. Scola, Jr., United States District Judge, pursuant to 28 U.S.C. § 636 [D.E. 79]. Upon due consideration, it is

ORDERED AND ADJUDGED that Plaintiff Federal Trade Commission shall respond to the Motion for Leave to Testify by Phone by **December 17, 2014**.

DONE AND ORDERED in Chambers at Miami, Florida this 12th day of December, 2014.

                                                         ALICIA M. OTAZO-REYES
                                                         UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Robert N. Scola, Jr.
        Counsel of Record