# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) ) ) Case No. 1:14-cv-23109 RNS |
| Plaintiff, | ) ) |
| v. | ) **PLAINTIFF'S NOTICE OF** ) **NON-OPPOSITION TO THE** ) **RECEIVER'S PENDING MOTION** |
| PARTNERS IN HEALTH CARE ASSOCIATION, INC., *et al.*, | ) **FOR PAYMENT OF FEES** ) ) |
| Defendants. | ) ) |

Plaintiff hereby respectfully notes that it does not oppose the Receiver's Motion filed on January 29, 2015, which seeks an order to allow payment of fees to DeeAnna Moore (dkt. 104).

Respectfully submitted,

s/    *Gary L. Ivens*
Gary L. Ivens (Special Bar No. A5500671)
Christopher E. Brown (Special Bar No. A5501993)
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW, CC-8528
Washington, DC  20580
(202) 326-2330, givens@ftc.gov (Ivens)
(202) 326-2825, cbrown3@ftc.gov (Brown)
(202) 326-3395 (Fax)

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to the following:

| | |
|---|---|
| LAWRENCE E. PECAN<br>Meland Russin & Budwick, P.A.<br>200 South Biscayne Blvd., Suite 3200<br>Miami, FL  33131<br>Email: lpecan@melandrussin.com<br><br>   *Attorney for the Receiver* | BRUCE S. ROGOW<br>TARA A. CAMPION<br>Bruce A. Rogow PA<br>500 East Broward Blvd., Suite 1930<br>Fort Lauderdale, FL  33394<br>Email: brogow@rogowlaw.com<br>Email: tcampion@rogowlaw.com<br>   *Attorneys for United Solutions Group,*<br>   *Walter Vargas, and*<br>   *Constanza Gomez Vargas* |

and that I served the following defendants in the manner noted:

BY FIRST-CLASS MAIL, POSTAGE PREPAID:

PARTNERS IN HEALTH CARE ASS'N INC.
GARY KIEPER
1519 Oshkosh Ave.
Oshkosh, WI  54902

*and by email at*:  garykieper@gmail.com.

                                                   s/      *Gary Ivens*
                                                         Gary Ivens