United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission, Plaintiff )<br>)<br>v. )<br>)<br>Partners In Heath Care Association, )<br>Inc., *et al.*, Defendants ) | Civil Action No. 14-23109-Civ-Scola |

### Order Adopting Magistrate's Report And Recommendation

This matter was referred to United States Magistrate Judge Alicia M. Otazo-Reyes for a Report and Recommendation on the Receiver's Motion for an Order to Show Cause Why Gary Kieper and Grumer & Macaluso, P.A. Should Not Be Held in Contempt of Court (ECF No. 59). On January 6, 2015, Judge Otazo-Reyes issued a Report, recommending that the Court deny the Motion. (Report & Recommendations, ECF No. 99.) No objections have been filed and the time to object has passed. Having considered Judge Otazo-Reyes's Report, the record, and the relevant legal authorities, this Court finds Judge Otazo-Reyes's Report and Recommendation cogent and compelling.

The Court **affirms and adopts** Judge Otazo-Reyes's Report and Recommendation (ECF No. 99). The Court **denies** the Receiver's Motion, and **denies as moot** Kieper's Motion for Clarification. (ECF No. 102).

**Done and ordered** in chambers, at Miami, Florida, on February 2, 2015.

_____
Robert N. Scola, Jr.
United States District Judge