**BOX 1**

**(Partners in Health Care, Tri-Resource Group)**

- HCH Refund Reports
- Northstar Health Applications
- Cancelled Member Statements
- NHB Health Savings Plans Applications (NHB=National Health Brokers)
- Senior Advantage Inc.  Enrollment Reports
- Census Lists without social security numbers for various companies
- New Plan Pricing and Benefits Information
- HSA Preservation Plan Enrollment Forms
- Deductible Protection Plan Forms
- Accident Protection Plans
- Some of this stuff is under Midwest Insurance Brokerage Ltd
- HCH Reports
- Golden Vitality Applications (Provided by Health Solutions Ltd)
- Senior Select Applications
- Invoices
- Various complaints from the Department of Agriculture Trade and Consumer Protection and individual customers as well
- Complaint from the Office of the Commissioner of Insurance
- Marketing and Postage information
- Various other complaints
- Various other marketing materials
- Senior Advantage of Wisconsin Inc. documents including commission statements ]
- Partner in Health Care bank statements and reconciliations
- Client Leads

**BOX 2**

**(Senior Advantage)**

- Senior Advantage of Wisconsin Account Summaries
- Client Leads
- Client Policy Reports
- Appointment Intake Forms
- Universal American Applications

1

**BOX 3**

**(Tri-Resource Group)**

- Universal American Applications
- Today's Options Applications
- United HealthCare Applications
- Tri-Resource Group – Senior Marketing Specialist

**BOX 4**

**(Senior Advantage and Tri-Resource)**

- United HealthCare Applications (Senior Marketing Specialists)
- Secure Horizons Applications (AmeriLife Marketing Group)
- United HealthCare Applications and Universal Scope of Appointment Forms
- Aetna Medicare Applications
- Allianz Life Insurance Company Applications
- Annuity Investors Life Insurance Company Applications
- Anthem Applications
- Arise Health Plan Applications
- Conseco Applications
- Constitution Life Applications
- Foresters Applications
- United of Omaha Life Insurance Company documents

**BOX 5**

**(Tri-Resource Group and Senior Advantage)**

- Applications to various companies
- Supply Orders
- Client concern paperwork
- New Employee Forms (including job descriptions and resumes)

**BOX 6**

**(Senior Advantage and Partners in Health Care)**

- Agent Information Documents

**BOX 7**

**(Senior Advantage and Partners in Health Care)**

- Agent Information Documents

**BOX 8**

**(Senior Advantage and Partners in Health Care)**

- Agent Information Documents

**BOX 9**

**(Senior Advantage, Partners in Health Care and Tri-Resource Group)**

- Agent Information Documents

**BOX 10**

**(Senior Advantage, Partners in Health Care and Tri-Resource Group)**

- Agent Information Documents
- Corporate Documentation for Senior Advantage of Wisconsin Inc.
- Mostly Jeff Smith and Dale Smith Contracts

**BOX 11**

**(Senior Advantage and Tri-Resource Group)**

- Jeff Smith Contracts
- David VanVonderen Contracts
- Employment Applications (Partners in Health Care)

**BOX 12**

**(Senior Advantage of Wisconsin)**

- Various Enrollment Applications

**BOX 13**

**(Senior Advantage of Wisconsin)**

- Various Enrollment Applications

**BOX 14**

**(Tri-Resource Group, Partners in Health Care and Senior Advantage**)

- Various Enrollment Forms and Applications

**BOX 15**

**(Tri-Resource Group, Partners in Health Care and Senior Advantage)**

- Various Enrollment Forms and Applications

**BOX 16**

**(Senior Advantage of Wisconsin)**

- Various Applications

**BOX 17**

**(Tri-Resource Group, Senior Advantage)**

- Employee Files

**BOX 18**

**(Senior Advantage)**

- Various Enrollment Request Forms and Documents
- Payroll and Employment Tax Information

**BOX 19**

**(Senior Advantage)**

- Quickbook Reports
- Payroll Reports
- Tax Documents
- Agent Commission Reports

**BOX 20**

**(Senior Advantage)**

- Commission Statements
- Various Contracts

**BOX 21**

**(Senior Advantage)**

- Contracts and Various Applications

**BOX 22**

**(Partners in Health Care)**

- Call Center Operator Materials
- Testimonials
- Do Not Call Lists
- Employee Informational Sheets and Office Guidelines
- Commission Reports
- Chargeback Details
- Employment Files
- Call Center Scripts and Paperwork

**BOX 23**

**(Partners in Health Care and Senior Advantage)**

- Various Enrollment Applications
- Authorization Forms
- Customer Correspondence
- Assorted Computer Software Discs

**BOX 24**

**(Partners in Health Care)**

- Wage and Commission Statements
- Receipts, Deposit Slips, Expense Receipts
- Employee Informational Packets

**BOX 25**

**(Partners in Health Care)**

- Call Center Sale Sheets/Intake Forms
- Client Lead Lists
- Program Information Sheets

**BOX 26**

**(Partners in Health Care)**

- Plan Information and Intake Worksheets
- Marketing Materials
- Lead Sheets
- Commission Statements

**BOX 27**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Commission Statements
- Refund Statements
- Discount Program Marketing Agreement
- Inventory Summaries
- Profit and Loss Statements
- Jeff Smith Certifications
- Corporate Documents (including Partners in Health Care Articles of Incorporation)
- Agent Information
- Various Applications

**BOX 28**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Client Files
- Tax Paperwork
- Higher Response Marketing Paperwork / Wire Instructions
- Daniel Williquette lawsuit paperwork
- Commission Statements
- Financial / Bank Statements
- Wire Receipts

**BOX 29**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Client Files
- IRS Mailing envelopes

- Employee Files
- Tax paperwork
- Annual Report
- Child Support paperwork
- Various Bills
- Employee Manual paperwork
- Bank Statements

**BOX30**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Insurance License Paperwork
- Employee handbook paperwork
- Tax Paperwork
- Commission statements
- Various bills/invoices
- Financial / Bank Statements
- Commission Statements

**BOX 31**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Tax Paperwork
- Bank Statements
- Deposit Paperwork
- Insurance Applications
- Employee Paperwork / Resumes
- To Go Menus
- Commission Statements
- Employee Files
- WI SCTF Paperwork
- Refund Paperwork
- Commercial Offer to purchase Westland Building

**BOX 32**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Commission Statements
- Various communications with plan providers
- Various receipts / statements

**BOX 33**

**(Partners in Health Care, Senior Advantage, Tri-Resource, GM Real Time Leads, Inc., GMV Marketing LLC)**

- Bank account / wire transfer info
- Various merchant correspondence
- Calstar paperwork
- Commission Statements
- GM Real Time Leads Inc., paperwork
- Employee Paperwork
- Tax paperwork
- GMV Marketing LLC paperwork

**BOX 34**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Financial statements
- Tax records
- Commission Statements
- Various receipts
- Blank checks

**BOX 35**

**(Partners in Health Care, Senior Advantage, Tri-Resource, GMV Marketing LLC)**

- Tax information
- Various receipts / invoices
- Employee handbook
- Financial reports
- GMV Marketing LLC paperwork
- Needymeds Drug Discount cards
- Rouman and Associates short dividers
- Blank Checks

**BOX36**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Commission Statements
- Blank checks
- Phone call logs

**BOX 37**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Leads
- Tax Info
- Applications
- Phone Call logs
- Blank Checks

**BOX 38**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Blank Checks
- Tax documents
- Agent applications

**BOX 39**

**(Partners in Health Care, Senior Advantage)**

- Leads
- Communication / faxes
- Canceled clients
- Blank checks

**BOX 40**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Blank checks
- Payroll info

**BOX 41**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Tax documents
- Payroll records

**BOX 42**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Payroll / Commission documents
- Checking records
- Financial statements

## BOX 43

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Payroll / Commission documents
- Checking records
- Financial statements
- Misc applications
- LTC CEO Sales Toolkit DVDs

## BOX 44

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Applications
- Goldencare USA materials

## BOX 45

**(Partners in Health Care)**

- Client Files / Insurance claims / Bill mediation
- Goldencare USA Materials

## BOX 46

**(Partners in Health Care, Tri-Resource)**

- Pain med files
- Chargebacks 2012
- Receipts; financial docs 2012
- Goldencare USA materials
- Misc leads and applications

## BOX 47

**(Partners in Health Care)**

- Leads

## BOX 48

### (Partners in Health Care)

- Chargebacks
- Leads
- Workshop materials

## BOX 49

### (Partners in Health Care, Senior Advantage)

- Applications
- Bills / Invoices
- Client intake sheets

## BOX 50

### (Partners in Health Care, Senior Advantage)

- Client intake sheets
- Leads

## BOX 51

### (Partners in Health Care, Senior Advantage)

- Client intake sheets
- Applications
- Leads

## BOX 52

### (Partners in Health Care, Senior Advantage)

- Bank Statements
- Commission Reports
- Leads
- Client policy report

**BOX 53**

**(Partners in Health Care, Senior Advantage)**

- Production reports
- Deposits
- Invoices
- Blank Checks

**BOX 54**

**(Partners in Health Care, Senior Advantage)**

- Payroll documents
- Commission statements
- Prescription order forms

**BOX 55**

**(Partners in Health Care)**

- Chargebacks

**BOX56**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Meeting / Seminar docs
- Licenses
- Various correspondence / faxes

**BOX 57**

**(Partners in Health Care)**

- Leads

**BOX 58**

**(Partners in Health Care)**

- Leads

**BOX 59**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Marketing / Promotional Materials

**BOX60**

**(Partners in Health Care, Senior Advantage)**

- Tax docs
- Commission statements
- Agent docs
- Corporate docs
- Payroll docs

**BOX 61**

**(Senior Care USA, Inc.)**

- Senior Care USA, Inc. docs, circa 2005
- Prescription drug program information (online / from Canada)
- Employee files, resumes, etc.
- Phone logs

**BOX 62**

**(Partners in Health Care, Senior Advantage)**

- Bills / Invoices
- Tax info
- Client intake sheets
- Cancellations
- Leads
- Marketing materials

**BOX 63**

**(Partners in Health Care)**

- Financial documents, 2007

**BOX 64**

**(Partners in Health Care)**

- Chargebacks, 2013

## BOX 65

**(Partners in Health Care)**

- Member handbooks and envelopes

## BOX 66

**(Partners in Health Care)**

- Various client files / call sheets

## BOX 67

**(Partners in Health Care)**

- Various client files / call sheets
- Prescription order forms

## BOX 68

**(Partners in Health Care)**

- Prescription order forms
- Tax documents
- Prescription inquiries

## BOX 69

**(Partners in Health Care)**

- Rouman & Associates folders

## BOX 70

**(Partners in Health Care)**

- Leads
- Client intake sheets

**BOX 71**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Prescription order forms

**BOX 72**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Claim Forms
- Cancelled Accounts

**BOX 73**

**(Partners in Health Care)**

- Plan information
- Leads

**BOX 74**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Various client files

**BOX 75**

**(Partners in Health Care)**

- Leads

**BOX 76**

**(Partners in Health Care)**

- Calstar documents
- Member handbooks

**BOX 77**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Marketing materials / articles

**BOX 78**

**(Partners in Health Care, Senior Advantage)**

- Prescription Order Forms

**BOX 79**

**(Partners in Health Care, Senior Advantage)**

- Client intake shets

**BOX 80**

**(Partners in Health Care)**

- Member handbooks

**BOX 81**

**(Partners in Health Care)**

- Prescription drug files, various

**BOX 82 – 86**

**(Partners in Health Care)**

- Member Handbooks

**BOX 87**

**(Partners in Health Care, Senior Advantage)**

- Various client files

**BOX 88**

**(Partners in Health Care)**

- Commission statements
- Member handbooks
- Various business documents

## BOX 89

**(Partners in Health Care)**

- Hard drives, removed from office computers

## BOX 90– RETURNED TO GARY 1/16/2015

**(Partners in Health Care, Various Personal Items)**

- Various reward items (can koozies, golf balls, money clips)
- Various personal items left on site including several books

## BOX 91 – RETURNED TO GARY 1/16/2015

**(Gary Kieper; Regennitter)**

- Personal documents, tax returns, boat documentation, passport, etc.
- Regennitter Check into Cash Application

## BOX 92

**(Senior Care USA, Inc.; Gary and Luz Kieper; Affordable Drugs for Americans; Independent Marketing Service Corp.)**

- Blank and canceled checks
- Marketing and business information
- Receipts and tax documents

## BOX 93– RETURNED TO GARY 1/16/2015

**(Gary Kieper)**

- Personal items, blankets

## BOX 94

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Box A of documents scanned at Fed Ex for the FTC


**BOX 95**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Box B of documents scanned at Fed Ex for the FTC


**BOX 96**

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Box B of documents scanned at Fed Ex for the FTC


**BOX 97**

**(Partners in Health Care, Senior Advantage, Tri-Resource, Senior Care USA, Inc.)**

- Bank Statements for Affordable Drugs for Americans (2006-2010) and Checkbook/Register
- Bank Statements for Independent Marketing Service Corp. (2006 – 2012)
- Bank Statements for Senior Care USA (2005)
- Bank Statements for Senior Advantage of Wisconsin Inc (2010 – 2011)
- Bank Statements for Partners in Health Care and Deposit Book (2005 – 2007)
- DVD Presentation Discs
- Blackberry smart phone
- Receipts
- Partners in Health Care Tax Lien Documents (2010)
- Telemarketers Daily Telephone Logs
- Reclining Chair Receipt
- Information for Healthcare Seminars
- Diabetes Sign Logs
- Wisconsin Department of Regulation Licensing
- TDS Service Contract
- Quickbooks Receipt
- Go Daddy Registration
- Microsoft Office 365 Receipt
- Job Descriptions
- Sam's Club Information
- New Office Paperwork

- AT&T Information
- Senior Advantage of Wis Tax Records (941's 4th Q 2009, 1st and 2nd Q 2010, 940 2009)
- Senior Advantage (Tax Lien Documents 2009 - 2010)
- Tri-Resource Tax Records (1120 – 2009
- PIHC Tax Records (1120's – 2009 and various tax lien statements 2009 - 2010)
- Insurance Newscast binder
- Speed-dial directory
- Healthcare / Medicare reform info packets
- Medicaid Reports
- Various client files
- Spare Keys
- Sales Articles
- Amega Information
- IZIGG Information
- Inez Schwoch Complaint Documents
- Net Quotes – Internet Leads
- Statement of Attending Physician Forms
- Independent Marketing Information
- Recruiting
- Corporation Organization/Incorporation Documents and EIN Apps  - Partners in Health, Senior Care and Affordable Drugs for Americans
- Call Scripts
- Veterans Affairs Aid and Attendance Benefits

## BOX 98

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Agent agreements
- Travel documents
- Office docs
- College Ave building lease
- Commissions
- Various contracts
- Applications
- Marketing documents

## BOX 99

**(Partners in Health Care, Senior Advantage, Tri-Resource)**

- Various marketing / sales documents / information
- Insurance Newscast Binder
- Spare Keys
- PIHC Working File

- Seminar Selling
- Marketing Letters
- Sales Training
- Agent Recruiting
- Dental Network
- Call-a-Nurse
- Claim Re-pricing
- Neighborhood Pharmacy
- United American
- Affinity Group Prospects
- HSA Preservation Contacts
- Vision Network Discount
- Healics Blood Screenings
- Accident Medical Expense
- Fitness Club
- Newsletter information
- Qualified Leads
- Advertising for Medicaid

**BOX 100**

**Personal Items to be Returned to Gary Kieper**

- Personal Receipts, Bills, Bank Statements and Miscellaneous mail (2007 – 2010)
- Associated Bank Checks for personal bank account
- Personal photographs
- Check carbons (2007)
- Tax Lien documents (personal)

**BOX 101**

**(Partners in Health Care)**

- Today's Options Plan Guides

**BOX 102**
- Hanging Folders

**BOX 103**

- Office Supplies – 3 ring binders, boot disks, label sheets

**UNBOXED**

- Laminated poster

- Large banner