UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:14-cv-23109-RNS

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

PARTNERS IN HEALTH CARE
ASSOCIATION, INC., *et al.,*

    Defendants.
_____/

### RECEIVER'S MOTION TO AMEND ORDER APPROVING PAYMENT OF FEES AND EXPENSES TO DEEANNA MOORE

Peter D. Russin, in his capacity as receiver (the "***Receiver***") of Partners in Health Care Association, Inc.; United Solutions Group, Inc.; and their subsidiaries, affiliates, successors and assigns (collectively the "***Receivership Entities***"),[1] appointed pursuant to this Court's Temporary Restraining Order dated August 25, 2014 [ECF No. 9] (the "***TRO***"); the Stipulated Preliminary Injunction Against United Solutions Group, Inc., Constanza Gomez Vargas, and Walter S. Vargas [ECF No. 31] (the ***"USGI Preliminary Injunction"***); and the Corrected Preliminary Injunction Against Partners In Health Care Association, Inc., and Gary L. Kieper [ECF No. 36] (the ***"PIHC Preliminary Injunction"***) and, pursuant to Article XXI of the PIHC Preliminary Injunction, states:

    1.    On January 29, 2015, the Receiver filed *Receiver's Motion for Approval of Payment of Fees and Expenses to Deeanna Moore* [ECF No. 104].

---

[1] The administration of the Receivership Entities is referred to herein as the ***"Estate."***

2. On January 30, 2015, the Plaintiff filed its Notice of Non-Opposition to the Receiver's Pending Motion for Payment of Fees [ECF No. 105].

3. On February 24, 2015, the Court entered its Order Granting Motion for Approval of Payment of Fees and Expenses to DeeAnna Moore (*"Ms. Moore"*) [ECF No. 113] (the *"Order"*), which inadvertently contained a scrivener's error as to the breakdown of the payment to Ms. Moore.

4. The Order authorized the payment of $545.00, but directed a payment of $222.00 and $223.00, which totaled $445.00, not $545.00.

5. The Receiver is requesting the entry of an amended order authorizing the Receiver to pay Ms. Moore an additional $50.00 from the assets of PIHC, Inc., and $50.00 from the assets of Tri Resource Group, Ltd. to correct any previous shortfall.

WHEREFORE, the Receiver requests the Court to enter an amended order authorizing the Receiver to pay DeeAnna Moore an additional $50.00 from the assets of PIHC, Inc., and $50.00 from the assets of Tri Resource Group, Ltd., similar to the form order attached as <u>Exhibit A</u>, and grant such other and further relief as is just and appropriate.

Respectfully submitted,

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 99086
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
200 South Biscayne Blvd., Ste. 3200
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for Peter D. Russin, Receiver*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing is being delivered to the following parties via transmission of Notices of Electronic Filing on April 6, 2015.

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire

**Gary L. Ivens**
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
202-326-2230 - Fax: 326-3395
Email: givens@ftc.gov

**Christopher E. Brown**
U.S. Federal Trade Commission
600 Pennsylvania Ave NW
Mail Stop CC-8509
Washington, DC 20580
202-326-2825
Email: cbrown3@ftc.gov

**Bruce S. Rogow**
Bruce S. Rogow PA
500 East Broward Boulevard, Suite 1930
Fort Lauderdale, FL 33394
954-767-8909 - Fax: 954-764-1530
Email: brogow@rogowlaw.com

**Tara A Campion**
Bruce S. Rogow, P.A.
500 East Broward Blvd., Suite 1930
Fort Lauderdale, FL 33394
(954) 767-8909 - Fax: (954) 764-1530
Email: tcampion@rogowlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:14-cv-23109-SCOLA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

PARTNERS IN HEALTH CARE
ASSOCIATION, INC., *et al.,*

    Defendants.

_____/

### AMENDED[1] ORDER APPROVING RECEIVER'S MOTION FOR APPROVAL OF PAYMENT OF FEES AND EXPENSES TO DEEANNA MOORE

THIS CAUSE came before the Court upon Peter Russin's (the *"Receiver"*) Motion For Approval of Payment of Fees and Expenses to DeeAnna Moore [ECF No. 104] (the "*Motion*") and the Receiver's Motion to Amend Order Approving Payment of Fees and Expenses to DeeAnna Moore (the "*Motion to Amend*") and the Court, having reviewed the Motion and the Motion to Amend, has determined that there is good cause for granting the Motion, that notice of the Motion was appropriate under the circumstances, and that relief requested in the Motion is in the best interest of the receivership estate.

Thus, it is ORDERED that

1.    The Motion is **GRANTED** in its entirety.

2.    The payment to DeeAnna Moore for incurred fees and expenses in the amount of $545 from the Estate is APPROVED without the necessity of a further hearing. The Receiver

---

[1] This Order amends the Court's prior Order [ECF No. 113], which authorized the payment of $545.00, but directed a payment of $222.00 and $223.00, which totaled $445.00, not $545.00. Since the Receiver has already made payment of $445.00, the Receiver is directed to pay an additional $50.00 from the assets of PIHC, Inc., and shall pay $50.00 from the assets of Tri Resource Group, Ltd. to correct any previous shortfall.

1

EXHIBIT A

2

shall pay $272.00 from the assets of PIHC, Inc., and shall pay $273.00 from the assets of Tri Resource Group, Ltd.

    SO ORDERED, this \_\_\_ day of April 2015.


_____
UNITED STATES DISTRICT JUDGE
ROBERT N. SCOLA, JR.