United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission, Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 14-23109-Civ-Scola |
| ) | |
| Partners In Health Care Association, ) | |
| Inc., *et al.*, Defendants ) | |

### Order Requiring Compliance With Local Rule 26.1

THIS MATTER is before the Court upon an independent review of the record.  The Court reminds the parties that Local Rule 26.1 mandates that "discovery requests, responses, and notices must not be filed with the Court or the Clerk of the Court, nor proof of service thereof, until they are used in the proceeding or the court orders filing[.]"  L.R. 26.1(b).

**Done and ordered** in chambers, at Miami, Florida, on April 27, 2015.

_____
Robert N. Scola, Jr.
United States District Judge