UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:14-cv-23109-RNS

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

PARTNERS IN HEALTH CARE
ASSOCIATION, INC., *et al.,*

    Defendants.
_____/

## FOURTH REPORT OF RECEIVER

Peter D. Russin, in his capacity as receiver (the "***Receiver***") of Partners in Health Care Association, Inc.; United Solutions Group Inc.; and their subsidiaries, affiliates, successors and assigns (collectively the "***Receivership Entities***"),[1] appointed pursuant to this Court's Temporary Restraining Order dated August 25, 2014 [ECF No. 9] (the "***TRO***"); the Stipulated Preliminary Injunction Against United Solutions Group Inc., Constanza Gomez Vargas, and Walter S. Vargas [ECF No. 31] (the ***"USGI Preliminary Injunction"***); and the Corrected Preliminary Injunction Against Partners In Health Care Association, Inc., and Gary L. Kieper [ECF No. 36] (the ***"PIHC Preliminary Injunction"***)[2] submits his Fourth Report of Receiver:

This report is prepared and submitted by the Receiver to assist the Court and all parties in interest. The Receiver filed a Preliminary Report on September 3, 2014 [ECF No. 19] covering

---

[1] The administration of the Receivership Entities is referred to herein as the ***"Estate."***

[2] Collectively the USGI Preliminary Injunction and PIHC Preliminary Injunction are referred to as the ***"Preliminary Injunctions."***

the Receiver's efforts from his appointment until that date. The Receiver also filed his Report Regarding Banestral Group [ECF No. 33] on September 9, 2014. On November 7, 2014, the Receiver filed this Third Report of Receiver [ECF No. 68] (the **"Third Report"**). This report covers the time since the Third Report through March 31, 2015. The items and information set forth herein are to the best of the Receiver's information and belief.

### A. Disposition of Assets

On November 14, 2014, the Court entered its *Order Granting Receiver's Motion For The Entry Of An Order Approving The Settlement With Business Bank And The Auction Sale of the PIHC Companies' Personal Property* [ECF No. 76] (the **"Auction and Settlement Order"**). Pursuant to the Auction and Settlement Order, the Receiver was authorized and directed to liquidate the Wisconsin businesses and vacate the premises, while settling with the Wisconsin Landlord, Business Bank.

Pursuant to the Auction and Settlement Order, Business Bank, the landlord, retained its $5,000.00 deposit, which it held on a contract executed by PIHC Inc. prior to the Receivership to purchase the office, and set such amount off against the arrearage in rent on the lease. The Estate continued to make weekly payments of $1,000.00 until the lease was terminated on one week's notice, immediately after the auction authorized by the Auction and Settlement Order.

The Receiver's auctioneer, Hansen & Young, marketed the personal property located at the Wisconsin offices, and on December 24, 2014, the last of the auctions for sale of such property was completed. This generated gross proceeds of $12,417.00, as more particularly set forth in Hansen & Young's Seller Settlement, which is attached hereto as **Exhibit A**. The net proceeds (after payment of commissions and expenses) of $9,217.43 are currently being held in

the Receiver's Wisconsin attorneys' trust account. The Receiver also returned substantially all personal property owned by Defendant, Gary Kieper, to Mr. Kieper. One box of Mr. Kieper's personal documents and records remain at the office of the Receiver's Wisconsin attorneys, who are attempting to coordinate a time for Mr. Kieper to review and retrieve the documents. A ring found in a safe at the Wisconsin Offices is being held by the Trustee, as it remains unclear whether it was purchased with proceeds of the PIHC business.

Separately, the Florida offices occupied by USGI were leased by Banestral Group USA, Inc., which this Court previously carved out of the Receivership Estate. Banestral Group USA, Inc. determined that it no longer needed the space, and after informing the Receiver, terminated its lease for the offices formerly occupied by USGI and Banestral Group USA, Inc. Banestral Group USA, Inc., at all times relevant to this case represented that the computers, furniture, and other property at the Florida office were purchased and owned by Banestral Group USA, Inc. After consulting multiple appraisers informally, at no expense to the Estate, the Receiver determined (after consultation with the FTC) that any remaining personal property at the Florida offices was of no value to Estate, and abandoned the administration of such property.

Because of the liquidation, currently, other than monthly storage fees of $53.00, the Receivership Estate has no fixed expenses, enabling it to conserve resources.

B.  Administration of the Estate

During the time since the Third Report, the Receiver took action to ensure the Receivership Estate complied with its requirements as to taxation. The Receiver retained KapilaMukamal to assist in this regard, and with the Court's permission, retained former PIHC employee, DeeAnna Moore, to generate W-2s and 1099s for former employees, which were

mailed out timely. The Receiver continues to receive medical bills; explanations of benefits; authorization forms; requests for termination of services; and correspondence from vendors and taxing authorities for the Wisconsin Receivership Entities. These letters are promptly answered, informing such parties as to the existence of the Receivership, the termination of operations, and any relevant information in the Receiver's possession.

The Receiver has also continued to receive some regular payments of commissions for Medicare Part C plans brokered by Senior Advantage of Wisconsin, Inc. Because these payments were made by large, well-known insurers, and because these payments do not appear to have been proceeds of the Medical Discount Card portion of the business, the Receiver has continued to accept such funds and deposit the same in the Receivership account for the corresponding Receivership Entity.

The Receiver continues to regularly correspond with businesses and government regulatory bodies to advise of the Receivership and provide information where available to the Receiver and permissible under the Preliminary Injunctions. The Receiver awaits a final disposition of the case, so that a determination of a final disposition of the Receivership assets, and a close of the Receivership can be accomplished. Given that the Estate's assets currently total approximately $81,000, and its administrative liabilities currently total in excess of $50,000, the Receiver submits that there will likely be insufficient funds to allow for a claims process.

**C. Receivership Defendant's Assets and Administrative Claims**

Pursuant to Court orders, the Receiver has received and disbursed funds, as described in the register attached as **Exhibit B**. As of April 21, 2015, the Receiver holds the following funds, which are now being held in separate Receivership Accounts:

- ○ $5,162.21 -  Senior Advantage of Wisconsin, Inc.

- ○ $17,439.21 - United Solutions Group, Inc.

- ○ $29,766.29-  PIHC, Inc.

- ○ $20,029.74 - Tri Resource Group, Ltd.

- ○ $9,217.43 – Auction Proceeds (held in Wisconsin Counsel's Trust Account)

**TOTAL: $81,614.88**

The Receiver is also aware of the following administrative expenses of Estate professionals through March 31, 2015:

- ○ $13,331.50 - Peter D. Russin, as Receiver

- ○ $28,425.81 - Meland Russin & Budwick, P.A.

- ○ $7,344.11. - Steinhilber, Swanson, Mares, Marone, & McDermott

- ○ $1,159.12 - KapilaMukamal

**TOTAL: $ 50,260.54**

### D.  Control and Disposition of Property

As set forth in previous reports, the Receiver discovered that after the entry of the TRO, Grumer & Macaluso, P.A. and Gary Kieper transferred or used approximately $25,500.00 in funds previously held in Tri Resource Group, Ltd.'s account at Associated Bank.

Following a demand for return of the monies (which was unanswered), the Receiver filed the Motion for Turnover of Receivership Funds Transferred to Grumer and Macaluso, P.A. and Funds Withdrawn from the Tri Resource Group, Ltd. Account [ECF No. 46], which was opposed by Mr. Kieper and Grumer & Macaluso, P.A. [ECF No. 48]. The Court ultimately ordered Mr.

Kieper and Grumer & Macaluso, P.A. to turn over the funds [ECF No. 57], which they had declined to do. The Receiver then filed a motion for an order to show cause [ECF No. 59].

This ultimately resulted in the return of the funds. The Court later awarded $15,315.50 to Grumer and Macaluso, P.A. [ECF No. 85], but also referred the show-cause motion to Judge Otazo-Reyes. [ECF No. 79]. The Receiver prepared for and attended a hearing on December 22, 2014, and Judge Otazo-Reyes ultimately recommended that the motion be denied as moot as to Grumer & Macaluso, P.A., as the funds were returned after the filing of the show-cause motion, and denied as to Mr. Kieper, due to his inability to pay [ECF No. 99]. The Report and Recommendations were approved by the Court. [ECF No. 107].

*Remainder of Page Intentionally Left Blank*

# **CONCLUSION**

The Receiver has liquidated the assets of the Receivership Estate, and has minimized the continuing administrative expenses by eliminating the Estate's fixed costs. While the assets of the Estate are limited, the Receiver remains ready, following the final disposition of the case, to carry out the final distribution of the assets of the Estate and close the Receivership..

    s/ Peter D. Russin
Peter D. Russin, Receiver
prussin@melandrussin.com
200 South Biscayne Blvd., Ste. 3200
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*The Receiver*

--and--

    s/ Lawrence E.  Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 99086
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
200 South Biscayne Blvd., Ste. 3200
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for Peter D. Russin, Receiver*

Seller Settlement



**Hansen & Young**
1264 5th Avenue
Prairie Farm, WI 54762
Phone: (715) 837-1016
Fax: (715) 837-1025

# EXHIBIT A

### Seller Information

| | |
|---|---|
| Seller Name: | Menn, Jon |
| Seller Number: | JON |
| | Edit Contract |
| Company: | Attorney |
| Location: | |
| Phone: | |

### Auction Information

| | |
|---|---|
| Auction: | Appleton Office Supplies |
| Date: | 12/24/2014 00:00 |
| Location: | 520 S Westland Drive |
| | Appleton, WI 54914 |

**Lots**

| Lot Num | Description | Bidder | Quantity Purchased | Bid | Lot SubTotal | Comm % | Comm Total | Lot Net |
|---|---|---|---|---|---|---|---|---|
| 9334 | Desk and Cabinet - 1 48"x24"x 30" (1) 66"x29"x30" 37"x20.5"x30" | 231 | 1.0x | $575.00 | $575.00 | 15% | ($86.25) | $488.75 |
| 9335 | (2) Cabinets - 30"x13"x71" (1)13"x12"x27" | 237 | 1.0x | $120.00 | $120.00 | 15% | ($18.00) | $102.00 |
| 9336 | Desk Chair on Wheels - On Wheels See Pictures | 242 | 1.0x | $120.00 | $120.00 | 15% | ($18.00) | $102.00 |
| 9337 | Confrence Table and Chairs - Includes 8 Chairs | 260 | 1.0x | $160.00 | $160.00 | 15% | ($24.00) | $136.00 |
| 9339 | Rocking Chair with Foot Rest - See Pictures | 242 | 1.0x | $110.00 | $110.00 | 15% | ($16.50) | $93.50 |
| 9340 | Wooden Cabinet - 30"x13"x71" Cherry in Finish | 248 | 1.0x | $78.00 | $78.00 | 15% | ($11.70) | $66.30 |
| 9341 | Wooden Cabinet - 30"x13"x71" Cherry in Finish | 247 | 1.0x | $68.00 | $68.00 | 15% | ($10.20) | $57.80 |
| 9342 | Confrence Table and Chairs - 96"X43"x30" Inlcudes 6 Chairs, See Pictures | 231 | 1.0x | $1,025.00 | $1,025.00 | 15% | ($153.75) | $871.25 |
| 9343 | (1) Cherry Finish Filing Cabinet - 30"x21"x30" | 221 | 1.0x | $68.00 | $68.00 | 15% | ($10.20) | $57.80 |
| 9344 | (1) Cherry Finish Filing Cabinet - 27"x20"x31" | 231 | 1.0x | $92.00 | $92.00 | 15% | ($13.80) | $78.20 |
| 9345 | (1) Cherry Finish Desk - 66"x31"x30" | 260 | 1.0x | $500.00 | $500.00 | 15% | ($75.00) | $425.00 |
| 9346 | Reception Desk and 2 Cubicles - 25'x8.5' See Pictures | 247 | 1.0x | $150.00 | $150.00 | 15% | ($22.50) | $127.50 |
| 9401 | (2) Cubical Partions - Includes filing Cabinets, Table Tops, No Contents on tables Inlcuded, | 247 | 1.0x | $220.00 | $220.00 | 15% | ($33.00) | $187.00 |
| 9402 | (4) Cubicals Partions - Includes filing Cabinets, Table Tops, No Contents on tables Inlcuded, | 247 | 1.0x | $230.00 | $230.00 | 15% | ($34.50) | $195.50 |
| 9403 | (3) Cubicals Partions - 8' long, 64" Tall, Includes filing Cabinets, Table Tops, No Contents on tables Inlcuded, | 247 | 1.0x | $150.00 | $150.00 | 15% | ($22.50) | $127.50 |
| 9404 | (10) Small Cubicals - 52.25"x 64.5" (1) Is an Endwall Only has One End , Inlcudes Table Top, | 247 | 1.0x | $6.00 | $6.00 | 15% | ($0.90) | $5.10 |
| 9405 | (9) Small Cubicals - 52.25"x64.5" Includes Both Ends | 247 | 1.0x | $21.00 | $21.00 | 15% | ($3.15) | $17.85 |
| 9406 | 1 Small Partion | 247 | 1.0x | $16.00 | $16.00 | 15% | ($2.40) | $13.60 |
| 9407 | (5) Small Cubicals - Does Not Include Back Side, End Walls Both Ends, 52.25"x64.5" See Pictures | 247 | 1.0x | $1.00 | $1.00 | 15% | ($0.15) | $0.85 |
| 9408 | (4) Small Cubicals - 52.25"x64.5" | 247 | 1.0x | $1.00 | $1.00 | 15% | ($0.15) | $0.85 |
| 9409 | (1) Large Cubical - Approx. 12.5'x 3.5', Includes Table Top, Storage Racks, and Electrical Outlets, See Pictures | 247 | 1.0x | $110.00 | $110.00 | 15% | ($16.50) | $93.50 |
| 9410 | Office Desk - 60"x 29" See Pictures | 247 | 1.0x | $26.00 | $26.00 | 15% | ($3.90) | $22.10 |
| 9411 | Office Desk - 71"x29" See Pictures | 260 | 1.0x | $24.00 | $24.00 | 15% | ($3.60) | $20.40 |
| 9412 | Office Desk - 72"x65" Inlcudes Storage Rack, and Light, See Pictures | 247 | 1.0x | $50.00 | $50.00 | 15% | ($7.50) | $42.50 |
| 9413 | Wooden Shelf - 51.5"x22.5" See Pictures | 247 | 1.0x | $23.00 | $23.00 | 15% | ($3.45) | $19.55 |
| 9414 | Organizing Shelf Unit - 70"x56", See Pictures | 224 | 1.0x | $56.00 | $56.00 | 15% | ($8.40) | $47.60 |
| 9415 | Wooden Shelf and Table - Shelf, 36.5"x36", Table See Pictures | 128 | 1.0x | $1.00 | $1.00 | 15% | ($0.15) | $0.85 |
| 9416 | Desk - 36"x24"x30, See Pictures | 160 | 1.0x | $4.00 | $4.00 | 15% | ($0.60) | $3.40 |
| 9417 | (4) Chairs - See Pictures | 237 | 1.0x | $32.00 | $32.00 | 15% | ($4.80) | $27.20 |
| 9418 | Wooden Shelf - 36"Width 12" Depth47Height", See Pictures | 234 | 1.0x | $32.00 | $32.00 | 15% | ($4.80) | $27.20 |
| 9419 | (3) Filing Cabinets - (2) 23"x15"24", (1) 18"x14"x27", See Pictures | 247 | 1.0x | $34.00 | $34.00 | 15% | ($5.10) | $28.90 |
| 9420 | (3) Filing Cabinets - (1) 25"x15"29" (1) 26.5"x15"x27" (1) 25"x15"x51.5" See Pictures | 260 | 1.0x | $120.00 | $120.00 | 15% | ($18.00) | $102.00 |
| 9421 | (1) Coat Rack - Approx. 6' Tall, See Pictures | 111 | 1.0x | $32.00 | $32.00 | 15% | ($4.80) | $27.20 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9422 | Kyocera Copy Machine - 40/45ppm Monitor, ADD31643334, 60Hz, 120 Volts, See Pictures | 262 | 1.0x | $260.00 | $260.00 | 15% | ($39.00) | $221.00 |
| 9423 | Kyocera Printer and More - Ecosys, FS-C5150DN, Inlcudes Cords and Boxes of Toner and More Under Table, See Pictures | 219 | 1.0x | $160.00 | $160.00 | 15% | ($24.00) | $136.00 |
| 9424 | Kyocera Printer and More - Model FS-1370DN, Includes Filing Folders and More, See Pictures | 186 | 1.0x | $50.00 | $50.00 | 15% | ($7.50) | $42.50 |
| 9425 | ASUS LCD Monitor and More - ASUS LCD Monitor, SN B7LMQS018752, Polycom Telephone, Inlcudes Lenovo Think Pad SN K1313001406, Logitech Wireless Mouse and Keyboard, See Pictures | 194 | 1.0x | $38.00 | $38.00 | 15% | ($5.70) | $32.30 |
| 9426 | Lenovo Laptop - Laptop Model CB03012001 SN: CB21065700 Includes Charger and Computer Bag, and Electrical Outlet Strip, See Pictures | 241 | 1.0x | $260.00 | $260.00 | 15% | ($39.00) | $221.00 |
| 9427 | Computer Chair and Carpet Protector Floor Mat, - See Pictures | 256 | 1.0x | $54.00 | $54.00 | 15% | ($8.10) | $45.90 |
| 9428 | Kyocera Printer and More - ECOsYS P2135DNm, Toner, Red Ink, and Sewing Kit and Printer Rack, Bulletin Board, See Pictures | 251 | 1.0x | $92.00 | $92.00 | 15% | ($13.80) | $78.20 |
| 9429 | HP Pavilion - HP Pavilion p2, PC SN MXU2050C96, Model p201113w, HP S2031 Monitor, SN 3CQ150PNBP, Includes Corded Microsoft Keyboard, Lenovo Corded Mouse, See Pictures | 238 | 1.0x | $150.00 | $150.00 | 15% | ($22.50) | $127.50 |
| 9430 | Office Supplies - Inlcudes Plastic Stackable Filing System, Pens, Highlighters, Stapler, Binder Clips and More, See Pictures | 132 | 1.0x | $16.00 | $16.00 | 15% | ($2.40) | $13.60 |
| 9431 | Ofiice Chair on Wheels - Inlcudes Chair and Plastic Floor Mat, See Pictures | 247 | 1.0x | $32.00 | $32.00 | 15% | ($4.80) | $27.20 |
| 9432 | Wooden Shelf - 36" Width,12" Depth, 47.5" Tall | 237 | 1.0x | $13.00 | $13.00 | 15% | ($1.95) | $11.05 |
| 9433 | Table and (2) Office Chairs - Table 46" Width 23.5" Depth, 29" Tall, (2) Chairs on Wheels, See Pictures | 165 | 1.0x | $21.00 | $21.00 | 15% | ($3.15) | $17.85 |
| 9434 | Cabinet and Drawers and More - 19.25"x15.75"x30" Contents in Drawers Include, Includes Time Clock, Card Holders, Paper Holder, See Pictures | 106 | 1.0x | $42.00 | $42.00 | 15% | ($6.30) | $35.70 |
| 9435 | Table and More - Table 72"x30"x29" Includes Box of Paper, Phone, and More, See Pictures | 179 | 1.0x | $28.00 | $28.00 | 15% | ($4.20) | $23.80 |
| 9436 | Oxford Esselte Cart on Wheels and HP Deskjet 9800 - Oxford Esselte Cart 18"x13"x28" HP Deskjet SN MY6AJ1Z0PZ, See Pictures | 219 | 1.0x | $26.00 | $26.00 | 15% | ($3.90) | $22.10 |
| 9437 | Filing Cabinet and Fax Machine - Hp 1040 Fax Machine Model SDGOB-0403-01, SN SNCCKAJG84, 3 Drawer Filing Cabinet 22"x16.75"x26" See Pictures | 259 | 1.0x | $30.00 | $30.00 | 15% | ($4.50) | $25.50 |
| 9438 | Filing Cabinet and Envirotech Heater - 2 Drawer Filing Cabinet, 23"x 15"x27.5" Envirotech Heater Model Eh-211, SN J5C 75150,120Volts, 12.5 Amps, 1500 Watts, See Pictures | 159 | 1.0x | $9.00 | $9.00 | 15% | ($1.35) | $7.65 |
| 9439 | Office Chair and Mat and More - Office Chair on Wheels, Includes Misc. Cords and Ink, See Pictures | 160 | 1.0x | $11.00 | $11.00 | 15% | ($1.65) | $9.35 |
| 9440 | Brother MFC Printer/ Fax/ Copier/ Scanner - Model MFC-8460N, SN U61508A7J357622, Includes Cord, See Pictures | 204 | 1.0x | $92.00 | $92.00 | 15% | ($13.80) | $78.20 |
| 9441 | (2) Chairs - (2) Blue Chairs, See Pictures | 227 | 1.0x | $21.00 | $21.00 | 15% | ($3.15) | $17.85 |
| 9442 | (2) Chairs - (2) Pink Chairs, See Pictures | 244 | 1.0x | $17.00 | $17.00 | 15% | ($2.55) | $14.45 |
| 9443 | Chair and Mat - Office Chair on Wheels, And Mat, See Pictures | 242 | 1.0x | $66.00 | $66.00 | 15% | ($9.90) | $56.10 |
| 9444 | (3) Microsoft Head Set - Includes Microphone, Model LX3000, See Pictures | 231 | 1.0x | $48.00 | $48.00 | 15% | ($7.20) | $40.80 |
| 9445 | Samsung SyncMaster 731B Monitor and ASUS Hard - Samsung Display Screen Model LS17MEBSBD/XAA, SN ME17H9NL614094F, ASUS Hard Drive Sn B8PDCG005RX, Includes Cords, Telephone,Speakers, See Pictures | 187 | 1.0x | $160.00 | $160.00 | 15% | ($24.00) | $136.00 |
| 9446 | Office Supplies - Includes Stapler, 3 Hole Punch, Post It Notes, Pens, Pencils, Highlighters, and More, See Pictures | 132 | 1.0x | $40.00 | $40.00 | 15% | ($6.00) | $34.00 |
| 9447 | (2) Chairs - (2) Pink Chairs, See Pictures | 244 | 1.0x | $17.00 | $17.00 | 15% | ($2.55) | $14.45 |
| 9448 | Office Supplies - Contents on Desk, Includes 3 Hole Punch, Stapler, Post It Notes, Calculator, and More See Pictures | 256 | 1.0x | $21.00 | $21.00 | 15% | ($3.15) | $17.85 |
| 9449 | Office Chair and Mat and More - Chair On Wheels, See Pictures | 110 | 1.0x | $13.00 | $13.00 | 15% | ($1.95) | $11.05 |
| 9450 | Dell Computer and Phone - Dell Monitor SN MX08R3394760532PAZMK, Dell Hardrive SN 00043-463-777-449, Inlcudes Dell Keyboard, Mouse, Polycom Telephone, See Pictures | 237 | 1.0x | $42.00 | $42.00 | 15% | ($6.30) | $35.70 |
| 9451 | Hp Monitor and Lenovo Hardrive and More - HP Monitor SN 6CM2510ZOL, Lenovo SN ES10253737 Model R30X22816800, Wired Keyboard, and Polycom Telephone and Headset, See Pictures | 241 | 1.0x | $150.00 | $150.00 | 15% | ($22.50) | $127.50 |
| 9452 | Mircophone Head Sets - Approx. 5 Head Sets, and Desk Fan, See Pictures | 106 | 1.0x | $5.00 | $5.00 | 15% | ($0.75) | $4.25 |
| 9453 | Mircrosoft Wireless Mouse and Key Board - See Pictures | 247 | 1.0x | $13.00 | $13.00 | 15% | ($1.95) | $11.05 |
| 9454 | Head set and Wireless Mouses - (1) Microphone Head Set and (3) Wireless Mouses, See Pictures | 103 | 1.0x | $12.00 | $12.00 | 15% | ($1.80) | $10.20 |
| 9455 | (3) Wired Mouses - (2) HP Mouses, (1) Microsoft, See Pictures | NOT SOLD | - | $0.00 | $0.00 | 15% | ($0.00) | $0.00 |
| 9456 | (2) Wireless Optical Mouses - (2)Logitech Mouses with (2) Recievers, See Pictures | 204 | 1.0x | $5.00 | $5.00 | 15% | ($0.75) | $4.25 |
| 9457 | (2) Wireless Keyboards (1) Corded Keyboard, (2) Wireless Mouse - See Pictures | 204 | 1.0x | $22.00 | $22.00 | 15% | ($3.30) | $18.70 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9458 | File Folders and Dividers - Includes 1x Sheet Protectors, and Milla Folders, (6) Stackable Desktop Files, See Pictures | 220 | 1.0x | $5.00 | $5.00 | 15% | ($0.75) | $4.25 |
| 9459 | Computer Chair and Mat - Computer Chair on Wheels, See Pictures | 231 | 1.0x | $62.00 | $62.00 | 15% | ($9.30) | $52.70 |
| 9460 | Kyocera Printer and More - Ecosys. P2135DN, Polycom Telephone Includes Bag of Ink Various Kinds, See Pictures | 186 | 1.0x | $94.00 | $94.00 | 15% | ($14.10) | $79.90 |
| 9461 | HP Monitor and More - HP Monitor Model W2071D SN 6CM3272KFN, Includes Cords and More, See Pictures | 214 | 1.0x | $34.00 | $34.00 | 15% | ($5.10) | $28.90 |
| 9462 | Lane Comptuer Chair and Mat - Includes Lane Compture Chair and Mat, See Pictures | 221 | 1.0x | $160.00 | $160.00 | 15% | ($24.00) | $136.00 |
| 9463 | Office Supplies - Includes Npte Pads, Pens, Pencils, Scissors, Stapler, Rubber Bands, Calculator, Dust Remover, Lysol and More, See Pictures | 234 | 1.0x | $20.00 | $20.00 | 15% | ($3.00) | $17.00 |
| 9464 | Sceptre Monitor and Asus Hardrive and More - Sceptre Monitor 643R9GR1AA0625, ASUS Hardrive SN C5PDCG000SED, Dell Cord Keyboard, and Speakers, See Pictures | 238 | 1.0x | $170.00 | $170.00 | 15% | ($25.50) | $144.50 |
| 9465 | Printer and Telephone - Lazerjet 4050 Printer and Polycom Telephone, See Pictures | 241 | 1.0x | $68.00 | $68.00 | 15% | ($10.20) | $57.80 |
| 9466 | Office Chair and Mat - Office Chair on Wheels, See Pictures | 185 | 1.0x | $14.00 | $14.00 | 15% | ($2.10) | $11.90 |
| 9467 | (4) Drawer Filing Cabinet - 15"x25"x52" See Pictures | 247 | 1.0x | $50.00 | $50.00 | 15% | ($7.50) | $42.50 |
| 9468 | Dell Monitor and Mounted Monitor and More - Dell SN CN-04DDG1-64180-096-17UT, AOC LCD Monitor SN FAWDAHA050289, Speakers, Polycom Telephone, See Picture | 241 | 1.0x | $180.00 | $180.00 | 15% | ($27.00) | $153.00 |
| 9469 | Contents on Desk - Inlcude Dsk Filing System, Envolopes, Ceramic Heater, Craft Dots, See Pictures | 224 | 1.0x | $26.00 | $26.00 | 15% | ($3.90) | $22.10 |
| 9470 | Serta Office Chair and Mat - See Pictures | 231 | 1.0x | $150.00 | $150.00 | 15% | ($22.50) | $127.50 |
| 9471 | (7) Small Garbage Cans - See Pictures | 204 | 1.0x | $7.00 | $7.00 | 15% | ($1.05) | $5.95 |
| 9472 | (6) Small Garbage Cans - Includes Box of Misc, See Pictures | 244 | 1.0x | $7.00 | $7.00 | 15% | ($1.05) | $5.95 |
| 9473 | (9) Small Garbage Cans - See Pictures | RNM | - | $6.00* | $0.00 | 0% | ($0.00) | $0.00 |
| 9474 | Office Chair and Table - Table 47.25"x22"x30.25" See Pictures | 221 | 1.0x | $150.00 | $150.00 | 15% | ($22.50) | $127.50 |
| 9475 | Office Chair and Floor Mat - See Pictures | 221 | 1.0x | $98.00 | $98.00 | 15% | ($14.70) | $83.30 |
| 9476 | (2) Monitors and (1) Hardrive - (1) Gateway Monitor (1) Acer Monitor, (1) Emachine Hardrive, Includes Cords and More, See Pictures | 236 | 1.0x | $26.00 | $26.00 | 15% | ($3.90) | $22.10 |
| 9477 | Speakers - As Is, See Pictures | 204 | 1.0x | $5.00 | $5.00 | 15% | ($0.75) | $4.25 |
| 9478 | (1) Dell Monitor (1) Compaq Hardrive - Includes Cords and Serge Outlet and More, See Pictures | 103 | 1.0x | $26.00 | $26.00 | 15% | ($3.90) | $22.10 |
| 9479 | Pile of Binders and More - Desk Top Files, and Notebooks, See Pictures | 224 | 1.0x | $17.00 | $17.00 | 15% | ($2.55) | $14.45 |
| 9480 | Pile of Binders and More - Desk Top Files, and Notebooks, See Pictures | 224 | 1.0x | $11.00 | $11.00 | 15% | ($1.65) | $9.35 |
| 9481 | Pile of Binders and More - Desk Top Files, and Notebooks, See Pictures | 234 | 1.0x | $12.00 | $12.00 | 15% | ($1.80) | $10.20 |
| 9482 | Pile of Binders and More - Desk Top Files, and Notebooks, See Pictures | 224 | 1.0x | $7.00 | $7.00 | 15% | ($1.05) | $5.95 |
| 9483 | Fellowes Paper Shredder - SN SB-99Cl 091020 GA 003300m See Pictures | 247 | 1.0x | $130.00 | $130.00 | 15% | ($19.50) | $110.50 |
| 9484 | Pile of Misc. Cords - See Pictures | 236 | 1.0x | $6.00 | $6.00 | 15% | ($0.90) | $5.10 |
| 9485 | Contents on Desk - Includes HP LCD Monitor Model W19, Compag Hardrive Sn3Cr14000836, Model CQ2014, Dell Corded keyboard, Speakers and More, See Pictures | 238 | 1.0x | $170.00 | $170.00 | 15% | ($25.50) | $144.50 |
| 9486 | Chair and Mat - Computer Chair on Wheels, See Pictures | 221 | 1.0x | $42.00 | $42.00 | 15% | ($6.30) | $35.70 |
| 9487 | Bretford Cabinet on Wheels - 20"x20.25"X 24", See Pictures | 247 | 1.0x | $32.00 | $32.00 | 15% | ($4.80) | $27.20 |
| 9488 | Pile of Microphone HeadSets - See Pictures | 111 | 1.0x | $12.00 | $12.00 | 15% | ($1.80) | $10.20 |
| 9489 | Comtent of Table and (2) Chairs - Includes Cordless Phones, Laser Toner Cartridge, See Pictures | 247 | 1.0x | $74.00 | $74.00 | 15% | ($11.10) | $62.90 |
| 9490 | (2) Office Chairs on Wheels - See Pictures | 230 | 1.0x | $62.00 | $62.00 | 15% | ($9.30) | $52.70 |
| 9491 | (2) Office Chairs on Wheels - See Pictures | 230 | 1.0x | $62.00 | $62.00 | 15% | ($9.30) | $52.70 |
| 9492 | (2) Office Chairs on Wheels - See Pictures | 247 | 1.0x | $60.00 | $60.00 | 15% | ($9.00) | $51.00 |
| 9493 | (2) Office Chairs on Wheels - See Pictures | 204 | 1.0x | $62.00 | $62.00 | 15% | ($9.30) | $52.70 |
| 9494 | (2) Office Chairs on Wheels - See Pictures | 247 | 1.0x | $60.00 | $60.00 | 15% | ($9.00) | $51.00 |
| 9495 | Acer Monitor and Dell Hardrive - Monitor Model S200HQL, SN MMLZ3AA003336036F7234, Dell Hardrive, Includes Cords and Keyboard, See Pictures | 237 | 1.0x | $30.00 | $30.00 | 15% | ($4.50) | $25.50 |
| 9496 | Emachine Monitor and Dell Hardrive - Includes emachine Monitor, Dell Hardrive, Keyboard, Mouse and Microphone Headset | 262 | 1.0x | $20.00 | $20.00 | 15% | ($3.00) | $17.00 |
| 9497 | Emachine Monitor and Dell Hardrive - Includes emachine Monitor, Dell Hardrive, Keyboard, Mouse and Microphone Headset | 262 | 1.0x | $21.00 | $21.00 | 15% | ($3.15) | $17.85 |
| 9498 | HP Monitor and Dell Hardrive - Includes HP Monitor, Dell Hardrive, Keyboard, Dell Mouse, Includes Cords, See Pictures | 132 | 1.0x | $21.00 | $21.00 | 15% | ($3.15) | $17.85 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9499 | Hardrive, Includes Cords and Keyboard, See Pictures | | | | $21.00 | 15% | | $17.85 |
| 9500 | Acer Monitor and Dell Hardrive - Acer Monitor SN MMLZAA00133909ABC2431, Includes Dell Corded Keyboard, Microphone Headset, See Pictures | 132 | 1.0x | $34.00 | $34.00 | 15% | ($5.10) | $28.90 |
| 9501 | Acer Monitor and HP Compaq Hardrive - Acer Monitor SN MMLZAA00133909ABC2434, HP Compaq Hardrive, Includes HPCorded Keyboard, Microphone Headset, See Pictures | 132 | 1.0x | $21.00 | $21.00 | 15% | ($3.15) | $17.85 |
| 9502 | Sony Monitor and Hp Compaq Hardrive - Sony Monitor SN 1412048, HP Compaq Hardrive, Includes Cords, Wired HP Keyboard, See Pictures | 132 | 1.0x | $21.00 | $21.00 | 15% | ($3.15) | $17.85 |
| 9503 | Sony Monitor and Hp Compaq Hardrive - Sony Monitor SN 6316101, HP Compaq Hardrive, Includes Cords, Wired HP Keyboard, See Pictures | 145 | 1.0x | $13.00 | $13.00 | 15% | ($1.95) | $11.05 |
| 9504 | Gateway Monitor and HP Compaq Hardrive - Gateway Monitor SNM1Y8A D0100688, Hp Compaq Hardrive, Includes Dell Corded Keyboard, and Mouse,See Pictures | 213 | 1.0x | $30.00 | $30.00 | 15% | ($4.50) | $25.50 |
| 9505 | (2) Stiner Office Chairs - Brand New In Boxes, See Pictures | 247 | 1.0x | $110.00 | $110.00 | 15% | ($16.50) | $93.50 |
| 9506 | (2) Stiner Office Chairs - Brand New In Boxes, See Pictures | 247 | 1.0x | $110.00 | $110.00 | 15% | ($16.50) | $93.50 |
| 9507 | (2) Stiner Office Chairs - Brand New In Boxes, See Pictures | 247 | 1.0x | $110.00 | $110.00 | 15% | ($16.50) | $93.50 |
| 9508 | (2) Stiner Office Chairs - Brand New In Boxes, See Pictures | 247 | 1.0x | $110.00 | $110.00 | 15% | ($16.50) | $93.50 |
| 9509 | (2) Stiner Office Chairs - Brand New In Boxes, See Pictures | 247 | 1.0x | $110.00 | $110.00 | 15% | ($16.50) | $93.50 |
| 9510 | (2) Stiner Office Chairs - Brand New In Boxes, See Pictures | 247 | 1.0x | $110.00 | $110.00 | 15% | ($16.50) | $93.50 |
| 9511 | (2) Stiner Office Chairs - Brand New In Boxes, See Pictures | 247 | 1.0x | $110.00 | $110.00 | 15% | ($16.50) | $93.50 |
| 9512 | Hp Compaq Hardrive, and More - No Monitor, HP Compaq Hardrive,Inlcudes Keyboard, Cords, See Pictures | 160 | 1.0x | $22.00 | $22.00 | 15% | ($3.30) | $18.70 |
| 9513 | Hp Compaq Hardrive, Starlogic Monitor - Starlogic SN MJ9A63CKV000703, Dell Keyboard, See Pictures | 231 | 1.0x | $21.00 | $21.00 | 15% | ($3.15) | $17.85 |
| 9514 | Gateway Monitor and HP Compaq Hardrive - Gateway Monitor SNM1Y91 D0100688, Hp Compaq Hardrive, Includes HP Corded Keyboard, and Mouse,See Pictures | 103 | 1.0x | $28.00 | $28.00 | 15% | ($4.20) | $23.80 |
| 9515 | HP Monitor and Hp Hardrive - HP Monitor SN CNN8031S24, Includes Dell Mouse and Keyboard, See Pictures | 213 | 1.0x | $58.00 | $58.00 | 15% | ($8.70) | $49.30 |
| 9516 | HP Monitor and Dell Hardrive - HP Monitor SN CNN804!HRJ, Inlcudes Dell Hardrive, Dell Keyboard and Microsoft Mouse, Microphone Headset, See Pictures | 160 | 1.0x | $24.00 | $24.00 | 15% | ($3.60) | $20.40 |
| 9517 | Dell Monitor and HP Hardrive - Dell Monitor Model 1901FP, HP Hardrive, Includes Keyboard, Mouse and Cords, See Pictures | 237 | 1.0x | $28.00 | $28.00 | 15% | ($4.20) | $23.80 |
| 9518 | Sceptre Monitor and Dell Hardrive and More - Sceptre Monitor, Dell hardrive, Includes Keyboard, Headset, Mouse and More | 187 | 1.0x | $32.00 | $32.00 | 15% | ($4.80) | $27.20 |
| 9519 | Dell Monitor and Dell Hardrive - Dell Monitor, Dell Hardrive, Includes HP Keyboard, Mouse, Microphone Headset, See Pictures | 237 | 1.0x | $30.00 | $30.00 | 15% | ($4.50) | $25.50 |
| 9520 | Acer Monitor and Dell Hardrive - Asus LCD Monitor, SN ETLOEoDo1694OOAB1005OO, Delll Hardrive, Includes Frisby Keyboard, HP Mouse and More, See Pictures | 237 | 1.0x | $34.00 | $34.00 | 15% | ($5.10) | $28.90 |
| 9521 | (2) Office Chairs on Wheels - See Pictures | 213 | 1.0x | $21.00 | $21.00 | 15% | ($3.15) | $17.85 |
| 9522 | (2) Office Chairs on Wheels - See Pictures | 178 | 1.0x | $70.00 | $70.00 | 15% | ($10.50) | $59.50 |
| 9523 | (2) Office Chairs on Wheels - See Pictures | 221 | 1.0x | $76.00 | $76.00 | 15% | ($11.40) | $64.60 |
| 9524 | (2) Office Chairs on Wheels - See Pictures | 260 | 1.0x | $80.00 | $80.00 | 15% | ($12.00) | $68.00 |
| 9525 | Hp Compaq Hardrive Box of New Cables - See Pictures | 213 | 1.0x | $6.00 | $6.00 | 15% | ($0.90) | $5.10 |
| 9526 | Dell Monitor and Lenovo Hardrive - Dell Monitor Model 1702EP, Includes Keyboard, Speakers, See Pictures | 236 | 1.0x | $21.00 | $21.00 | 15% | ($3.15) | $17.85 |
| 9527 | (2) Sercurity Cameras and Monitor - Lorex Monitor, See Pictures | 237 | 1.0x | $170.00 | $170.00 | 15% | ($25.50) | $144.50 |
| 9528 | (2) Office Chairs on Wheels - See Pictures | 213 | 1.0x | $22.00 | $22.00 | 15% | ($3.30) | $18.70 |
| 9529 | Pile of Misc - Inlcudes Cords, Sheet Protectors, and More | 118 | 1.0x | $3.00 | $3.00 | 15% | ($0.45) | $2.55 |
| 9530 | Brand New Asus Keyboard - Inlcudes Cord, See Pictures | 214 | 1.0x | $6.00 | $6.00 | 15% | ($0.90) | $5.10 |
| 9531 | (2) Hardrives and Box of Misc. - See Pictures | 187 | 1.0x | $5.00 | $5.00 | 15% | ($0.75) | $4.25 |
| 9532 | Windows 7 Home Premium - Includes External Hardrive, See Pictures | 236 | 1.0x | $24.00 | $24.00 | 15% | ($3.60) | $20.40 |
| 9533 | (1) Dell Hardrive (1) HP Hardrive - See Pictures | 237 | 1.0x | $21.00 | $21.00 | 15% | ($3.15) | $17.85 |
| 9534 | Smart UPS APC Unimteruptable Power Supply - Smart Ups 1000, See Pictures | 234 | 1.0x | $40.00 | $40.00 | 15% | ($6.00) | $34.00 |
| 9535 | Smart UpS APC Power Supply - Smart Ups 700, See Pictures | 224 | 1.0x | $17.00 | $17.00 | 15% | ($2.55) | $14.45 |
| 9536 | Linksys Cisco Wireless Router - SN 13310604308299, See Pictures | 238 | 1.0x | $50.00 | $50.00 | 15% | ($7.50) | $42.50 |
| 9537 | AT&T U-Verse Wireless Supply - SN158598841659376, See Pictures | 241 | 1.0x | $2.00 | $2.00 | 15% | ($0.30) | $1.70 |
| 9538 | HP Media Vault - Model MV2100 Series, See Pictures | 234 | 1.0x | $82.00 | $82.00 | 15% | ($12.30) | $69.70 |
| 9539 | HP Invent Switching Power Suppy - SN ATZD0802026101, See Pictures | 111 | 1.0x | $2.00 | $2.00 | 15% | ($0.30) | $1.70 |
| 9540 | Seasonic - Model SSA, See Pictures | 111 | 1.0x | $1.00 | $1.00 | 15% | ($0.15) | $0.85 |
| 9541 | APC Battery Backup Surge Protection - Imput 120 Volts, 8A, 60 Hz. See Pictures | 204 | 1.0x | $12.00 | $12.00 | 15% | ($1.80) | $10.20 |

| 9542 | Bolt-It-All - Includes the Document Model, See Pictures | 110 | 1.0x | $21.00 | $21.00 | 15% | ($3.15) | $17.85 |
|---|---|---|---|---|---|---|---|---|
| 9543 | Content on Table - Pile of Keyboards, Roll of Brown Paper, Roll Of Wire, Owners manual, See Pictures | 213 | 1.0x | $5.00 | $5.00 | 15% | ($0.75) | $4.25 |
| 9544 | (5) Ethernet Boxes - (2) Buffalo (1) Patton (1) Actiontec, (1) Unknown Brand See Pictures | 111 | 1.0x | $1.00 | $1.00 | 15% | ($0.15) | $0.85 |
| 9545 | Box of Flourescent Lights - Unknown Amount, See Pictures | 128 | 1.0x | $5.00 | $5.00 | 15% | ($0.75) | $4.25 |
| 9546 | Box of Misc. - Includes Telephone Parts, Rulers, and More, See Pictures | 132 | 1.0x | $2.00 | $2.00 | 15% | ($0.30) | $1.70 |
| 9547 | (1) Punching Machines (1) Binding Machine - Punching Machine Model 12-D Unit# 562439, (1) Binding Machine Model 12-D, Unit # 562271 | 111 | 1.0x | $32.00 | $32.00 | 15% | ($4.80) | $27.20 |
| 9548 | Lngento Heavy Duty Paper Cutter - 25.25"x26" See Pictures | 224 | 1.0x | $110.00 | $110.00 | 15% | ($16.50) | $93.50 |
| 9549 | X-Acto Paper Cutter and Misc. Cords - Misc. Cords, Paper Cuter, | 240 | 1.0x | $28.00 | $28.00 | 15% | ($4.20) | $23.80 |
| 9550 | Box of Ethernet Boxes, - See Pictures | 236 | 1.0x | $34.00 | $34.00 | 15% | ($5.10) | $28.90 |
| 9551 | Sprint HtC Mogui - Includes Case, Includes Charger, See Pictures | 253 | 1.0x | $2.00 | $2.00 | 15% | ($0.30) | $1.70 |
| 9552 | Drawer Pulls and More - Includes Haworth parts and Misc. Drawer Pulls | 213 | 1.0x | $1.00 | $1.00 | 15% | ($0.15) | $0.85 |
| 9553 | Rubbermaid Roughneck Garbage Can - See Pictures | 244 | 1.0x | $23.00 | $23.00 | 15% | ($3.45) | $19.55 |
| 9554 | Box of Misc. - Binder Spirals, and Misc. Stuff, See Pictures | 111 | 1.0x | $6.00 | $6.00 | 15% | ($0.90) | $5.10 |
| 9555 | Box of Cords - Includes Extention Power Surgers, and More, See Pictures | 246 | 1.0x | $3.00 | $3.00 | 15% | ($0.45) | $2.55 |
| 9556 | Box of Cords - Includes Extention Power Surgers, and More, See Pictures | 187 | 1.0x | $13.00 | $13.00 | 15% | ($1.95) | $11.05 |
| 9557 | Table - Contents on Table Not Included | 111 | 1.0x | $21.00 | $21.00 | 15% | ($3.15) | $17.85 |
| 9558 | Shelf and Contents - Contents Include Ethernet Boxes | 133 | 1.0x | $300.00 | $300.00 | 15% | ($45.00) | $255.00 |
| 9559 | Table, Contents,Chair - See Pictures | 132 | 1.0x | $21.00 | $21.00 | 15% | ($3.15) | $17.85 |
| 9560 | Table and Contents - Contents Include Misc. Cords, CDs, Wood Pieces, and More | 237 | 1.0x | $30.00 | $30.00 | 15% | ($4.50) | $25.50 |
| 9561 | (3) Four Drawer Filing Cabinets - 18"x28.25"x52" See Pictures | 247 | 1.0x | $210.00 | $210.00 | 15% | ($31.50) | $178.50 |
| 9562 | (2) 2 Drawer Filing Cabinets - See Pictures | 224 | 1.0x | $28.00 | $28.00 | 15% | ($4.20) | $23.80 |
| 9563 | (1) Filing Cabinet and Monitor - See Pictures | NOT SOLD | - | $0.00 | $0.00 | 15% | ($0.00) | $0.00 |
| 9564 | (1) Filing Cabinet and Shelf - See Pictures | NOT SOLD | - | $0.00 | $0.00 | 15% | ($0.00) | $0.00 |
| 9565 | (2) Tables and Contents - Contents Include Flinging Cabinet Folders, | 214 | 1.0x | $2.00 | $2.00 | 15% | ($0.30) | $1.70 |
| 9566 | (1) 2 Drawer Filing Cabinet - See Pictures | 252 | 1.0x | $11.00 | $11.00 | 15% | ($1.65) | $9.35 |
| 9567 | Shelf On Wheels and Shelf - Contents Included, Binders, Trash Cans and Bottle, See Pictures | 165 | 1.0x | $6.00 | $6.00 | 15% | ($0.90) | $5.10 |
| 9568 | Bench - (2) Legs are Missing, See Pictures | 178 | 1.0x | $3.00 | $3.00 | 15% | ($0.45) | $2.55 |
| 9569 | Glass Partition Wall - See Pictures | 237 | 1.0x | $16.00 | $16.00 | 15% | ($2.40) | $13.60 |
| 9570 | Kyocera Printer and Cords - Model FS-1035MFP, See Pictures | 186 | 1.0x | $130.00 | $130.00 | 15% | ($19.50) | $110.50 |
| 9571 | Samsung Monitor and More - Inlcudes Telephone, Speakers, Cords, and More, See Pictures | 128 | 1.0x | $48.00 | $48.00 | 15% | ($7.20) | $40.80 |
| 9572 | Rouman Cabinet - Contents not Included, See Lots 9577, 9578, | 260 | 1.0x | $190.00 | $190.00 | 15% | ($28.50) | $161.50 |
| 9573 | Contents on Desk Top - Contents Include Toliet Paper, Paper, Folders and More, See Pictures | 224 | 1.0x | $23.00 | $23.00 | 15% | ($3.45) | $19.55 |
| 9574 | Christmas Dcor. - Includes Mini Stockigns, Lights, Tree Skirts, Christmas Tree, and More, See Pictures | 227 | 1.0x | $4.00 | $4.00 | 15% | ($0.60) | $3.40 |
| 9575 | (2) Electric Erasers - (1) Bruning (1) Unknown Brand, See Pictures | 246 | 1.0x | $1.00 | $1.00 | 15% | ($0.15) | $0.85 |
| 9576 | (2) Dry Erase Boards - Includes (2) Erasers and (4) Markers, See Pictures | 261 | 1.0x | $42.00 | $42.00 | 15% | ($6.30) | $35.70 |
| 9577 | Contents of Top 3 Shelves - Includes Staplerr, Plastic Binding, Hanging Folders, See Pictures | 242 | 1.0x | $62.00 | $62.00 | 15% | ($9.30) | $52.70 |
| 9578 | Contents of Bottom 2 Shelfs - Includes Paper Misc. Sizes and Color, See PIctures | 179 | 1.0x | $38.00 | $38.00 | 15% | ($5.70) | $32.30 |
| 9579 | Cabinet - Contents Not Included, See Lots 9580, 9581, | 261 | 1.0x | $160.00 | $160.00 | 15% | ($24.00) | $136.00 |
| 9580 | Content s of Top 3 Shelves - Contents Include Tape, Ink. Stamp. Envelopes and More | 106 | 1.0x | $26.00 | $26.00 | 15% | ($3.90) | $22.10 |
| 9581 | Contents of Bottom 2 Shelfs - Contents Include Misc. Paper, Size, Color, Clasp Envolopes, See Pictures | 224 | 1.0x | $28.00 | $28.00 | 15% | ($4.20) | $23.80 |
| 9582 | Cabinet - Contents Not Inclided, Concents can Be found on Lot Number 9883 | 261 | 1.0x | $90.00 | $90.00 | 15% | ($13.50) | $76.50 |
| 9583 | Contents of Lower Shelf - Contents Inlcude Stapler, Marking Paint, Cleaning Kit, and More, See Pictures | 242 | 1.0x | $9.00 | $9.00 | 15% | ($1.35) | $7.65 |
| 9584 | Contents of Counter and Cupbaords and Drawers - Contents Include Jars, Cups, Ice Trays and More, See Pictures | 106 | 1.0x | $1.00 | $1.00 | 15% | ($0.15) | $0.85 |
| 9585 | Bulletin Board - See Pictures | 224 | 1.0x | $28.00 | $28.00 | 15% | ($4.20) | $23.80 |
| 9586 | Panasonic Mircowave - Model NN-6371WM N, SN Aw305401018 | 204 | 1.0x | $21.00 | $21.00 | 15% | ($3.15) | $17.85 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9587 | Contents in Garbage Can Contents 250 | | | 250 | 1.0x | $1.00 | $250.00 | 15% | ($37.50) | $212.50 |
| 9588 | Contents in Closet - Includes Cleaning Supplies, Toliet Paper, 10 Paper Towel Packs and More See Pictures | 242 | 1.0x | $22.00 | $22.00 | 15% | ($3.30) | $18.70 |

Total Lots: 200     Total: $12,417.00 $1,862.55

### Expenses

| Date | Type | Merchant | Description | Amount | Notes |
|---|---|---|---|---|---|
| | Seller | hansen and young | [Advertising]Advertising Expenses(ADVERT) | $1,132.02 | |
| 02/09/2015 | Seller | Hansen and Young | JK Electric | $205.00 | This is for disconnecting electric from cubicals |

Total Expenses: 2     Total: $1,337.02

| Summary | |
|---|---|
| Auction Gross | $12,417.00 |
| Commissions | $1,862.55 |
| Expenses | $1,337.02 |
| Auction Net | $9,217.43 |
| Total Paid | $0.00 |
| Balance Due | $9,217.43 |

Case 1:14-cv-23109-RNS Document 131 Entered on FLSD Docket 04/30/2015 Page 13 of 17

Receiver's Acct for Senior Advantage of Wisconsin, Inc. d/b/a Health Center, Peter D. Russin, as Receiver - Gibraltar Acct No. ▬

EXHIBIT B

| To/From | How | Purpose | Date | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| North Shore Bank | Cashier's Check No. 20265511 | close acct | 10/2/2014 | $ - | $ 6,916.51 | $ 6,916.51 |
| North Shore Bank | Cashier's Check No. 20265512 | close acct | 10/2/2014 | $ - | $ 4,324.65 | $ 11,241.16 |
| North Shore Bank | Cashier's Check No. 20265513 | close acct | 10/2/2014 | $ - | $ 1,855.09 | $ 13,096.25 |
| Wellpoint | Checks no. 0004585998, 00000028 | commissions paid | 10/30/2014 | $ - | $ 116.67 | $ 13,212.92 |
| Coventry Carelink Insurance Servic | Check 3982 | commissions paid | | $ - | $ 701.40 | $ 13,914.32 |
| bank charge for checks | debit | checks | 11/5/2014 | $ 20.01 | $ - | $ 13,894.31 |
| WellPoint | Check 4590961 | commissions paid | 12/8/2014 | $ - | $ 24.37 | $ 13,918.68 |
| VOID | Check No. 101 | VOID | | $ - | $ - | $ 13,918.68 |
| VOID | Check No. 102 | VOID | | $ - | $ - | $ 13,918.68 |
| DJH Solutions, LLC | Check No. 103 | ECF No. 86 and WD #1543353 | 12/10/2014 | $ 19.66 | $ - | $ 13,899.02 |
| Steinhilber Swanson et al. | Check No. 104 | ECF No. 86 and WD #1543353 | 12/10/2014 | $ 943.38 | $ - | $ 12,955.64 |
| KapilaMukamal | Check No. 105 | ECF No. 86 and WD #1543353 | 12/10/2014 | $ 30.04 | $ - | $ 12,925.60 |
| Meland Russin & Budwick, P.A. | Check No. 106 | ECF No. 86 and WD #1543353 | 12/12/2014 | $ 4,757.91 | $ - | $ 8,167.69 |
| Peter D. Russin, Receiver | Check No. 107 | ECF No. 86 and WD #1543353 | 12/12/2014 | $ 3,882.34 | $ - | $ 4,285.35 |
| WellPoint | Check 4596030 | commissions paid | 1/5/2015 | $ - | $ 13.98 | $ 4,299.33 |
| WellPoint | Check 4593467 | commissions paid | 1/5/2015 | $ - | $ 29.56 | $ 4,328.89 |
| Mutual of Omaho Ins. Co. | Check 13106574 | commissions paid | 1/23/2015 | $ - | $ 105.00 | $ 4,433.89 |
| Mutual of Omaho Ins. Co. | Check 13094602 | commissions paid | 1/23/2015 | $ - | $ 290.32 | $ 4,724.21 |
| Gibraltar bank | debit | maintenance bank fee | 1/26/2015 | $ 10.00 | $ - | $ 4,714.21 |
| Anthem | Check No. 4602695 | commissions paid | 3/2/2015 | $ - | $ 54.15 | $ 4,768.36 |
| Gibraltar bank | debit | maintenance bank fee | 2/25/2015 | $ 10.00 | $ - | $ 4,758.36 |
| Anthem Inc. | Check No. 4605340 | commissions paid | 3/11/2015 | $ - | $ 13.98 | $ 4,772.34 |
| Anthem Inc. | Check No. 4607053 | commissions paid | 3/24/2015 | $ - | $ 22.17 | $ 4,794.51 |
| Anthem Inc. | Check No. 4609554 | commissions paid | 3/24/2015 | $ - | $ 18.00 | $ 4,812.51 |
| Gibraltar bank | debit | maintenance bank fee | 3/25/2015 | $ 10.00 | $ - | $ 4,802.51 |
| Anthem Inc. | Check No. 4611230 | commissions paid | 4/8/2015 | $ - | $ 54.15 | $ 4,856.66 |
| Mutual of Omaho Ins. Co. | Check No. 13143977 | commissions paid | 4/8/2015 | $ - | $ 305.55 | $ 5,162.21 |
| CMS Inc. Medicare | Check No. 214571 | commissions paid | 4/22/2015 | $ - | $13.83 | $ 5,176.04 |
| CMS Inc. Medicare | Check No. 214572 | commissions paid | 4/22/2015 | $ - | $ 4.50 | $ 5,180.54 |

{Firm Clients\3407\3407-1\00867263.XLS.}

Receiver's Acct United Solutions Group, Inc. d/b/a Debt Relief Experts, Inc., Peter D. Russin, as Receiver - Gibraltar  Acct No. ▮

| To/From | How | Purpose | Date | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| JPMorgan Chase Bank, N.A. | Cashier's Check No. 4555337231 | close Debt's acct *8249 | 10/2/2014 | $ - | $ 53,040.84 | $ 53,040.84 |
| bank charge for checks | debit | checks | 11/5/2014 | $ 20.01 | $ - | $ 53,020.83 |
| The ROCA Group, Inc. | Check No. 101 | ECF No. 86 | 12/8/2014 | $ 750.00 | $ - | $ 52,270.83 |
| VOID | Check No. 102 | VOID | | $ - | $ - | $ 52,270.83 |
| VOID | Check No. 103 | VOID | | $ - | $ - | $ 52,270.83 |
| KapilaMukamal | Check No. 104 | ECF No. 86 and WD #1543353 | 12/10/2014 | $ 84.52 | $ - | $ 52,186.31 |
| Meland Russin & Budwick, P.A. | Check No. 105 | ECF No. 86 and WD #1543353 | 12/12/2014 | $ 35,387.05 | $ - | $ 16,799.26 |
| Peter D. Russin, Receiver | Check No. 106 | ECF No. 86 and WD #1543353 | 12/12/2014 | $ 4,740.89 | $ - | $ 12,058.37 |
| United States Treasury | Check No. 36362737 | refund 2011 Form 1120 | 1/5/2015 | $ - | $ 143.84 | $ 12,202.21 |
| United States Treasury | Check No. 36362738 | refund 2012 Form 1120 | 1/5/2015 | $ - | $ 5,237.00 | $ 17,439.21 |

Receiver's Acct for PIHC, Inc. d/b/a Partners in Health Care, Peter D. Russin, as Receiver - Gibraltar  Acct No. ▮▮▮▮

| To/From | How | Purpose | Date | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| North Shore Bank | Cashier's Check No. 20265510 | close acct | 10/2/2014 | $ - | $ 92.00 | $ 92.00 |
| Associated Bank | Cashier's Check No. 2005730642 | close acct *1510 | 10/2/2014 | $ - | $ 115,925.92 | $ 116,017.92 |
| Associated Bank | Cashier's Check No. 2005730649 | close acct *4793 | 10/2/2014 | $ - | $ 25,412.69 | $ 141,430.61 |
| bank charge for checks | debit | checks | 11/5/2014 | $ 20.01 | $ - | $ 141,410.60 |
| VOID | Check No. 101 | VOID | | | $ - | $ 141,410.60 |
| VOID | Check No. 102 | VOID | | | $ - | $ 141,410.60 |
| DJH Solutions, LLC | Check No. 103 | ECF No. 86 and WD #1543353 | 12/10/2014 | $ 199.70 | $ - | $ 141,210.90 |
| Steinhilber Swanson et al. | Check No. 104 | ECF No. 86 and WD #1543353 | 12/10/2014 | $ 9,584.51 | $ - | $ 131,626.39 |
| KapilaMukamal | Check No. 105 | ECF No. 86 and WD #1543353 | 12/10/2014 | $ 305.18 | $ - | $ 131,321.21 |
| Meland Russin & Budwick, P.A. | Check No. 106 | ECF No. 86 and WD #1543353 | 12/12/2014 | $ 48,339.28 | $ - | $ 82,981.93 |
| Peter D. Russin, Receiver | Check No. 107 | ECF No. 86 and WD #1543353 | 12/12/2014 | $ 39,443.64 | $ - | $ 43,538.29 |
| The Business Bank | Check No. 108 | ECF No. 76 | 1/26/2015 | $ 13,500.00 | $ - | $ 30,038.29 |
| DeeAnna Moore | Check No. 109 | ECF No. 113 | 3/2/2015 | $ 222.00 | $ - | $ 29,816.29 |
| DeeAnna Moore | Check No. 110 | ECF No. 113 and ECF No. 120 | 4/13/2015 | $ 50.00 | $ - | $ 29,766.29 |

Receiver's Acct for Tri Resource Group, Ltd, Peter D. Russin, as Receiver - Gibraltar  Acct No. ▮

| To/From | How | Purpose | Date | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| Associated Bank | Cashier's Check No. 2005730631 | close acct *0926 | 10/2/2014 | $ - | $ 26,273.24 | $ 26,273.24 |
| WellPoint | Checks no. 0002111306 and 00020 | commissions paid | 10/30/2014 | $ - | $ 124.10 | $ 26,397.34 |
| Settlers Life Insurance Company | check 273302 | EFT return #83097 | 11/7/2014 | $ - | $ 264.62 | $ 26,661.96 |
| UnitedHealthcare | check 0004434709 | EFT return #27931 | 11/7/2014 | $ - | $ 3,750.37 | $ 30,412.33 |
| MRB Trust Account | check 8779 | return of funds per ecf no. 65 | 11/18/2014 | $ - | $ 20,000.00 | $ 50,412.33 |
| Settlers Life Insurance Company | check 274728 | commissions paid | 11/18/2014 | $ - | $ 257.01 | $ 50,669.34 |
| bank charge for checks | debit | checks | 11/5/2014 | $ 20.01 | $ - | $ 50,649.33 |
| Misc deposits (see WD comment: | checks | commissions paid | 12/8/2014 | $ - | $ 4,419.20 | $ 55,068.53 |
| Grumer & Macaluso, P.A. | Check No. 101 | ECF No. 85 | 12/8/2014 | $ 15,315.50 | $ - | $ 39,753.03 |
| Kassina Reginnetter | Check No. 102 | ECF No. 86 | 12/8/2014 | $ 144.00 | $ - | $ 39,609.03 |
| Deanna Moore | Check No. 103 | ECF No. 86 | 12/8/2014 | $ 186.00 | $ - | $ 39,423.03 |
| Capital One NA | Check No. 104 | preliminary injunction | 12/8/2014 | $ 23.30 | $ - | $ 39,399.73 |
| VOID | Check No. 105 | VOID | | | $ - | $ 39,399.73 |
| VOID | Check No. 106 | VOID | | | $ - | $ 39,399.73 |
| DJH Solutions, LLC | Check No. 107 | ECF No. 86 and WD #1543353 | 12/10/2014 | $ 55.64 | $ - | $ 39,344.09 |
| Steinhilber Swanson et al. | Check No. 108 | ECF No. 86 and WD #1543353 | 12/10/2014 | $ 2,670.43 | $ - | $ 36,673.66 |
| KapilaMukamal | Check No. 109 | ECF No. 86 and WD #1543353 | 12/10/2014 | $ 85.03 | $ - | $ 36,588.63 |
| Meland Russin & Budwick, P.A. | Check No. 110 | ECF No. 86 and WD #1543353 | 12/12/2014 | $ 13,468.26 | $ - | $ 23,120.37 |
| Peter D. Russin, Receiver | Check No. 111 | ECF No. 86 and WD #1543353 | 12/12/2014 | $ 10,989.76 | $ - | $ 12,130.61 |
| Constitution Life Ins. Co. | Check No. 1220133705 | commissions paid | 1/5/2015 | $ - | $ 47.56 | $ 12,178.17 |
| UnitedHealthcare | Check No. 4708255 | commissions paid | 1/5/2015 | $ - | $ 1,634.88 | $ 13,813.05 |
| Settlers Life Insurance Company | Check No. 26544583097 | commissions paid | 1/5/2015 | $ - | $ 249.95 | $ 14,063.00 |
| Pyramid | Check No. 1120079532 | commissions paid | 1/5/2015 | $ - | $ 810.63 | $ 14,873.63 |
| UnitedHealthcare | Check No. 4734285 | commissions paid | 1/12/2015 | $ - | $ 15.20 | $ 14,888.83 |
| Medico Ins Co | Check No. 63057 | commissions paid | 1/13/2015 | $ - | $ 95.83 | $ 14,984.66 |
| Mutual of Omaha | Check No. 13109247 | commissions paid | 1/27/2015 | $ - | $ 99.24 | $ 15,083.90 |
| Settlers Life Insurance Company | Check No. 280903 | commissions paid | 2/11/2015 | $ - | $ 244.83 | $ 15,328.73 |
| UnitedHealthcare | Check No. 4821594 | commissions paid | 2/11/2015 | $ - | $ 1,362.40 | $ 16,691.13 |
| DeeAnna Moore | Check No. 112 | ECF No. 113 | 3/2/2015 | $ 223.00 | $ - | $ 16,468.13 |
| UnitedHealthcare | Check No. 4850778 | commissions paid | 3/2/2015 | $ - | $ 5.26 | $ 16,473.39 |
| United Healthcare | Check No. 4940210 | commissions paid | 3/11/2015 | $ - | $ 1,341.44 | $ 17,814.83 |
| Settlers Life Ins Co. | Check No. 283486 | commissions paid | 3/11/2015 | $ - | $ 268.97 | $ 18,083.80 |
| Aetna | Check No. 65089475 | commissions paid | 3/24/2015 | $ - | $408.87 | $ 18,492.67 |
| Settlers Life Ins Co | Check No. 285389 | commissions paid | 4/1/2015 | $ - | $ 245.11 | $ 18,737.78 |
| United Healthcare | Check No. 5049194 | commissions paid | 4/6/2015 | $ - | $ 1,336.70 | $ 20,074.48 |
| United Healthcare | Check No. 5077611 | commissions paid | 4/8/2015 | $ - | $ 5.26 | $ 20,079.74 |
| DeeAnna Moore | Check No. 113 | ECF No. 113 and ECF No. 120 | 4/13/2015 | $ 50.00 | $ - | $ 20,029.74 |
| Anthem | Check No. 2192466 | commissions paid | 4/22/2015 | $ - | $ 63.75 | $ 20,093.49 |
| Washington National Ins Co. | Check No. 7658427 | commissions paid | 4/27/2015 | $ - | $ 388.55 | $ 20,482.04 |
| Settlers Life Ins Co. | Check No. 287300 | commissions paid | 4/29/2015 | $ - | $244.83 | $ 20,726.87 |