United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 14-23109-Civ-Scola |
| | ) |
| Partners In Heath Care Association, Inc., *et al.*, Defendants | ) |

### Order Granting Receiver's Second Fee Application

This matter is before the Court on the Receiver's Second Fee Application (ECF No. 132). Under Article XXI of the Preliminary Injunction (ECF No. 36 at 28), "[T]he Receiver and all personnel hired by the Receiver . . . are entitled to reasonable compensation for the performance of duties pursuant to this Order and of the cost of actual out-of-pocket expenses incurred by them, from the Assets not held by, in the possession or control of, or which may be received by, the Receivership Defendants."

Accordingly, after reviewing the Motion, the billing records, and the relevant legal authorities, the Court finds the fees and expenses detailed in the Motion to be reasonable and necessary. Accordingly, the Court **grants** the Receiver's Motion (ECF No. 132) and authorizes the following amounts to be paid for fees and expenses incurred during the period of November 1, 2014, through March 31, 2015:

1.) $13,331.50 to Peter D. Russin;
2.) $28,425.81 to Meland Russin & Budwick, P.A.;
3.) $7,344.11 to Steinhilber, Swanson, Mares, Marone, & McDermott, which may apply to the amount owed it any funds held in its trust account, as proceeds of the auction sale. Any remaining trust account funds should be deposited in the PIHC, Inc. Receivership Account;
4.) $1,157.12 to KapilaMukamal;

**Done and ordered** in chambers, at Miami, Florida, on August 19, 2015.

Robert N. Scola, Jr.
United States District Judge